| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: |
| EASTERN DISTRICT OF NORTH CAROLINA |
| Case number *(if known)* _____   Chapter  **7** |

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy  4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**  Sona BLW Precision Forge, Inc.

**2. All other names debtor used in the last 8 years**
  Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number** (EIN)  56-1975725

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **500 Oak Tree Drive**<br>**Selma, NC 27576**<br>Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Johnston**<br>County | **Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |

**5. Debtor's website** (URL)  _____

**6. Type of debtor**
  ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
  ☐ Partnership (excluding LLP)
  ☐ Other. Specify: _____

Debtor  **Sona BLW Precision Forge, Inc.**  Case number (*if known*) _____
        Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
   See http://www.uscourts.gov/four-digit-national-association-naics-codes.
   ____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

■ Chapter 7
☐ Chapter 9
☐ Chapter 11. *Check all that apply*:

  ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).
  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  ☐ A plan is being filed with this petition.
  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.
☐ Yes.

If more than 2 cases, attach a separate list.

| District | When | Case number |
|---|---|---|
| District | When | Case number |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | | Relationship | |
|---|---|---|---|
| District | When | Case number, if known | |

Debtor **Sona BLW Precision Forge, Inc.**   Case number (*if known*) _____
          Name

**11. Why is the case filed in *this district*?**    *Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard?  _____
☐ It needs to be physically secured or protected from the weather.
☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
☐ Other

**Where is the property?**  _____
                          Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.   Insurance agency  _____
         Contact name      _____
         Phone             _____

### Statistical and administrative information

**13. Debtor's estimation of available funds**   *Check one:*

☐ Funds will be available for distribution to unsecured creditors.
■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ■ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor **Sona BLW Precision Forge, Inc.**
Name

Case number (*if known*)

| | Request for Relief, Declaration, and Signatures |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **August 19, 2016**
MM / DD / YYYY

X **/s/ Todd Downie**                                   **Todd Downie**
Signature of authorized representative of debtor        Printed name

Title  **President**

**18. Signature of attorney**

X **/s/ Gerald A. Jeutter, Jr. NC State Bar No.**       Date **August 19, 2016**
Signature of attorney for debtor                        MM / DD / YYYY

**Gerald A. Jeutter, Jr. NC State Bar No.**
Printed name

**Gerald A. Jeutter, Jr., Attorney at Law PA**
Firm name

**615 Oberlin Road, Suite 102**
**Post Office Box 12585**
**Raleigh, NC 27605**
Number, Street, City, State & ZIP Code

Contact phone  **919-334-6631**      Email address  **jeb@jeutterlaw.com**

**17724**
Bar number and State

UNANIMOUS WRITTEN CONSENT OF
DIRECTORS
OF
SONA BLW PRECISION FORGE, INC.
TO
ACTION WITHOUT MEETING

We, the undersigned, being all of the directors of SONA BLW Precision Forge, Inc., a North Carolina corporation (the "Corporation") acting by unanimous written consent in lieu of a meeting of the directors, do hereby adopt the following resolutions by signing our written consent thereto and do hereby direct the Secretary of the Corporation to place this consent in the minutes of the proceedings of the directors of the Corporation.

### Chapter 7 Bankruptcy

WHEREAS, after review of the financial status of the corporation and extended negotiations with lenders, the directors deem it to be in the best interests of the corporation to file a petition for protection of the US Bankruptcy Court.

RESOLVED that the corporation is hereby authorized to file a Chapter 7 Petition in the United States Bankruptcy Court for the Eastern District of North Carolina (the "Voluntary Petition"), and also to retain the firm of Gerald A. Jeutter, Jr. Attorney at Law, PA, and such other professionals as that firm directs, as bankruptcy counsel for the Corporation.

RESOLVED, that the Voluntary Petition is hereby approved in all respects in such form as may be approved by the President of the corporation; and that the President of the Corporation is hereby authorized and empowered, in the name and on behalf of the Corporation, to execute and deliver the Voluntary Petition which was approved by the sole shareholder.

RESOLVED, that the President, any Vice President or the Treasurer of the Corporation and any person or persons designated and authorized so to act by any officer of the Corporation are hereby authorized and directed to execute and deliver such other and further certificates and additional documents, and to take such other steps and do such other acts and things, as in their judgment may be necessary, appropriate or desirable in order to carry out the terms, provisions and intent of the Voluntary Petition and to otherwise consummate the transactions contemplated thereby.

*[signature page follows]*

These actions are effective as of August 17, 2016.

_____
Carl-Albert Petzoldt, Director

_____
Himanshu Koirala, Director

Filed with the proceedings of the
Board of Directors of the Corporation.

_____
Todd A. Downie, President

UNANIMOUS WRITTEN CONSENT OF DIRECTORS
OF SONA BLW PRECISION FORGE, INC.
TO ACTION WITHOUT MEETING

These actions are effective as of August 17, 2016.

_____
Carl-Albert Petzoldt, Director

_____
Himanshu Koirala, Director

Filed with the proceedings of the
Board of Directors of the Corporation.

*[signature]*
Todd A. Downie, President

UNANIMOUS WRITTEN CONSENT OF DIRECTORS
OF SONA BLW PRECISION FORGE, INC.
TO ACTION WITHOUT MEETING

B2030 (Form 2030) (12/15)

## United States Bankruptcy Court
### Eastern District of North Carolina

In re  **Sona BLW Precision Forge, Inc.**                                                                 Case No.
                                    Debtor(s)                                                              Chapter  **7**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   | | |
   |---|---|
   | For legal services, I have agreed to accept | $ **17,165.00** |
   | Prior to the filing of this statement I have received | $ **17,165.00** |
   | Balance Due | $ **0.00** |

2. $ **335.00** of the filing fee has been paid.

3. The source of the compensation paid to me was:

   ■ Debtor     ☐ Other (specify):

4. The source of compensation to be paid to me is:

   ■ Debtor     ☐ Other (specify):

5. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
   e. [Other provisions as needed]

7. By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| **August 19, 2016** | **/s/ Gerald A. Jeutter, Jr. NC State Bar No.** |
| *Date* | **Gerald A. Jeutter, Jr. NC State Bar No. 17724** |
| | *Signature of Attorney* |
| | **Gerald A. Jeutter, Jr., Attorney at Law PA** |
| | **615 Oberlin Road, Suite 102** |
| | **Post Office Box 12585** |
| | **Raleigh, NC 27605** |
| | **919-334-6631  Fax: 919-833-9793** |
| | **jeb@jeutterlaw.com** |
| | *Name of law firm* |

| | | |
|---|---|---|
| AAA Scale Company, Inc.<br>Attn: Officer/Managing Agent<br>P.O. Box 7056<br>Wilson, NC 27895 | Amerigas Propane LP<br>Attn: Officer/Managing Agent<br>P.O. Box 371473<br>Pittsburgh, PA 15250-7473 | Bolt Express<br>Attn: Officer/Managing Agent<br>75 Remittance Dr., Ste 1231<br>Chicago, IL 60675 |
| Accent Imaging, Inc.<br>Attn: Officer/Managing Agent<br>8121 Brownleigh Dr.<br>Raleigh, NC 27617 | Apex Industrial Group<br>Attn: Officer/Managing Agent<br>6509 Hilburn Dr., Suite 100<br>Raleigh, NC 27613 | Braj Aggarwal, CPA, P.C.<br>Attn: Officer/Managing Agent<br>37-05 74th Street, 3rd Floor<br>Jackson Heights, NY 11372 |
| AccuSource, Inc.<br>Attn: Officer/Managing Agent<br>1240 E. Ontario Avenue<br>Corona, CA 92881 | Aramark/AUS Central Lockbox<br>Attn: Officer/Managing Agent<br>P.O. Box 731676<br>Dallas, TX 75376 | Callaway Industrial Services, Inc.<br>Attn: Officer/Managing Agent<br>P.O. Box 3128<br>Mooresville, NC 28117 |
| Advanced Calibration Label, LLC<br>Attn: Officer/Managing Agent<br>2035 Contractors Road, Ste 7<br>Sedona, AZ 86336 | AT&T Mobility<br>Attn: Officer/Managing Agent<br>P.O. Box 5014<br>Carol Stream, IL 60197-5014 | Carolina Ice Company<br>Attn: Officer/Managing Agent<br>2466 Old Poole Rd.<br>Kinston, NC 28504 |
| AFC-Holcroft<br>Attn: Officer/Managing Agent<br>P.O. Box 67000<br>Detroit, MI 48267 | Atmosphere Engineering Company<br>Attn: Officer/Managing Agent<br>419 W. Boden Street<br>Milwaukee, WI 53207 | Carr Lane Roemheld Mfg. Co.<br>Attn: Officer/Managing Agent<br>927 Horan Drive<br>Fenton, MO 63026 |
| Air Liquide Industrial US<br>Attn: Officer/Managing Agent<br>180 W. Germantown Pike<br>Norristown, PA 19401 | ATO AG<br>Attn: Managing Agent<br>ViaPenate, 4-6850 Mendrisio<br>SWITZERLAND | CDW Computer Centers, Inc.<br>Attn: Officer/Managing Agent<br>P.O. Box 75723<br>Chicago, IL 60675 |
| AJAX Tocco Magnethermic<br>Attn: Officer/Managing Agent<br>P.O. Box 78000<br>Detroit, MI 48278-1449 | Augustin Partners, LLC<br>Attn: Officer/Managing Agent<br>300 East 42nd St., 17th Floor<br>New York, NY 10017 | CEFI, S.R.L.<br>Attn: Officer/Managing Agent<br>Viale America 4 Castellamonte 100<br>ITALY |
| Allred Mechanical Services, Inc.<br>Attn: Officer/Managing Agent<br>P.O. Box 7663<br>Rocky Mount, NC 27804 | B.V. Tech<br>Attn: Officer/Managing Agent<br>Bliesstrabe 31 Gersheim 5<br>GERMANY | Ceratizit USA, Inc.<br>Attn: Officer/Managing Agent<br>P.O. Box 13235<br>Newark, NJ 07101-3235 |
| American Broach and Machine Co.<br>Attn: Officer/Managing Agent<br>575 South Mansfield St.<br>Ypsilanti, MI 48197 | BlackHawk Industrial<br>Attn: Officer/Managing Agent<br>P.O. Box 8599<br>Saint Louis, MO 63126 | Cherry Bekaert & Holland, LLP<br>Attn: Officer/Managing Agent<br>P.O. Box 25549<br>Richmond, VA 23261-5549 |

Cleveland Deburring Machine Company
Attn:  Officer/Managing Agent
3370 West 140th Street
Cleveland, OH 44111

Conveying Solutions
Attn:  Officer/Managing Agent
P.O. Box 1866
Charleston, WV 25327

Cooley Wire Products Mfg., Co.
Attn:  Officer/Managing Agent
5025 North River Road
Schiller Park, IL 60176

Crotts & Saunders, LLC
Attn:  Officer/Managing Agent
2709 Boulder Park Court
Winston Salem, NC 27101-4776

Crystal Springs
Attn:  Officer/Managing Agent
P.O. Box 660579
Dallas, TX 75266-0579

Custom Coating, Inc.
Attn:  Officer/Managing Agent
1937 Jacob Street
Auburn, IN 46706

Daryl Hopkins dba Fast Track Expedi
Attn:  Officer/Managing Agent
6054 S. NC Hwy 231
Middlesex, NC 27557

Dayco Manufacturing
Attn:  Officer/Managing Agent
6116 US 70 Hwy. W.
Clayton, NC 27520

Dieffenbacher North America
Attn:  Officer/Managing Agent
9495 Twin Oaks Drive Windsor Ontari
CANADA

Dillon Supply Co., Inc.
Attn:  Officer/Managing Agent
P.O. Box 602541
Charlotte, NC 28260-2541

Direct Energy Business
Attn:  Officer/Managing Agent
P.O. Box 32179
New York, NY 10087-2179

DSV Air & Sea, Inc.
Attn:  Officer/Managing Agent
P.O. Box 200876
Pittsburgh, PA 15251-0876

Duke Energy
Attn:  Officer/Managing Agent
P.O. Box 1003
Charlotte, NC 28201-1003

Edwards Inc.
Attn:  Officer/Managing Agent
4119 Sheep Pasture Road
Spring Hope, NC 27882

Electric Equipment Co.
Attn:  Officer/Managing Agent
P.O. Box 37339
Raleigh, NC 27627

Elind SPA, Attn:  Officer/Agent
Viale Delle Industrie 17
10078 Venaria Reale TO
ITALY

Escape Proof, Inc.
Attn:  Officer/Managing Agent
1496 Durham St. Oakville Ontario
CANADA

Fastenal
Attn:  Officer/Managing Agent
P.O. Box 978
Winona, MN 55987

Federal Express Corporation
Attn:  Officer/Managing Agent
P.O. Box 371461
Pittsburgh, PA 15250-7461

Federal Express Freight East
Attn:  Officer/Managing Agent
P.O. Box 223125
Pittsburgh, PA 15251-2125

Felicity Barber
217 Charlevoix St.
Clawson, MI 48017

Ford Credit
Attn:  Officer/Managing Agent
P.O. Box 552679
Detroit, MI 48255

Forging Industry Association
Attn:  Officer/Managing Agent
1111 Superior Ave., Suite 615
Cleveland, OH 44114

Fraisa USA
Attn:  Officer/Managing Agent
1111 Superior Ave., Ste 615
Cleveland, OH 44114

Fuchs Lubricants Co.
Attn:  Officer/Managing Agent
17050 Lathrop Avenue
Harvey, IL 60426

Fujifilm North America Corporation
Attn:  Officer/Managing Agent
Dept. CH19009
Palatine, IL 60055-9009

G&W Equipment
Attn:  Officer/Managing Agent
600 Lawton Road
Charlotte, NC 28216

Garfinkel Immigration Law Firm
Attn: Officer/Managing Agent
6100 Fairview Rd., Suite 200
Charlotte, NC 28210

Hardee's Lawn Precision Cut, Inc.
Attn: Officer/Managing Agent
2699 Government Rd.
Clayton, NC 27520

Ingersoll-Rand Co.
Attn: Officer/Managing Agent
15768 Collections Center Dr.
Chicago, IL 60693

General Machine & Saw Co.
Attn: Officer/Managing Agent
740 West Center Street
Marion, OH 43302

Hartzog Granite Company
Attn: Officer/Managing Agent
120 marvin Place Road
Lynchburg, VA 24503

Inline Fluidpower
Attn: Officer/Managing Agent
P.O. Box 179
Smithfield, NC 27577

GerdauSpecial Steel
Attn: Officer/Managing Agent
P.O. Box 67000
Detroit, MI 48267

Heat Treating Services LTD., Inc.
Attn: Officer/Managing Agent
P.O. Box 1889
Simpsonville, SC 29681

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Gerlieva Spruhtechnik
Attn: Officer/Managing Agent
Tiergarten Str. 8, 79423 Heitershei
 GERMANY

Heatbath Corporation
Attn: Officer/Managing Agent
P.O. box 51048
Indian Orchard, MA 01151

Ionic Technologs
Attn: Officer/Managing Agent
207 Fairforest Way
Greenville, SC 29607

GKI, Inc.
Attn: Officer/Managing Agent
6204 Factory Rd.
Crystal Lake, IL 60014

Hitachi Metals America, LLC
Attn: Officer/Managing Agent
85 West Algonquin Rd. Ste 400
Arlington Heights, IL 60005

J&S Fluid Power, LLC
Attn: Officer/Managing Agent
P.O. Box 8311
Rocky Mount, NC 27804

Global EDM
Attn: Officer/Managing Agent
P.O. Box 713680
Cincinnati, OH 45271

Holland (HMES)
Attn: Officer/Managing Agent
27052 Network Place
Chicago, IL 60673-1270

J.G. Weisser Sohne
Werkzuegmaschinenfabrik
1531 Georgen
GERMANY

Graphel Corporation, Inc.
Attn: Officer/Managing Agent
P.O. Box 369
West Chester, OH 45071

HYG Financial Services, Inc.
Attn: Officer/Managing Agent
P.O. Box 643749
Pittsburgh, PA 15264

J.J. Keller & Associates, Inc.
Attn: Officer/Managing Agent
P.O. Box 548
Neenah, WI 54957

Hagemeyer North America, Inc.
Attn: Officer/Managing Agent
P.O. Box 404753
Atlanta, GA 30384

IBI Group of North Carolina, PC
Attn: Officer/Managing Agent
801 Corporate Center Dr.
Raleigh, NC 27607

John Cutler
105 Prancer Circle
Selma, NC 27576

Hampton Inn
Attn: Officer/Managing Agent
1695 Outlet Center Dr.
Selma, NC 27576

IC-Fluid Power, Inc.
Attn: Officer/Managing Agent
63 Dixie Highway
Rossford, OH 43460

Johnston Community College
Attn: Officer/Managing Agent
P.O. Box 2350
Smithfield, NC 27577

K&J Enterprises
Attn: Officer/Managing Agent
1400 East Geer St.
Durham, NC 27704

Mager Scientific, Inc.
Attn: Officer/Managing Agent
P.O. Box 160
Dexter, MI 48130-0160

MSC Industrial Supply
Attn: Officer/Managing Agent
Dept. Ch 0075
Palatine, IL 60055

Kasto-Racine Inc.
Attn: Officer/Managing Agent
P.O. Box 14310
Pittsburgh, PA 15239

Mazak Corporation
Attn: Officer/Managing Agent
P.O. Box 702600
Cincinnati, OH 45270

Muish Sapra
Selma, NC 27576

Kone Cranes
Attn: Officer/Managing Agent
4401 Gateway Blvd.
Springfield, OH 45502

McMaster Carr upply Company
Attn: Officer/Managing Agent
P.O. Box 7690
Chicago, IL 60680

National Assoc of Chiefs of Police
Attn: Officer/Managing Agent
P.O. Box 82188
Phoenix, AZ 85071-2188

Landstar Express America, Inc.
Attn: Officer/Managing Agent
16881 Collection Center Drive
Chicago, IL 60693

Metro Technologies
Attn: Officer/Managing Agent
410 South Salsibury St., Suite 112
Raleigh, NC 27601

NC Department of Revenue
Attn: Bankruptcy Unit
P.O. Box 1168
Raleigh, NC 27602-1168

Landstar Ranger, Inc.
Attn: Officer/Managing Agent
P.O. Box 784293
Philadelphia, PA 19178-4293

Miller Transfer
Attn: Officer/Managing Agent
P.O. Box 453
Carson, CA 90745

Newage Testing Instruments
Attn: Officer/Managing Agent
P.O. Box 601466
Charlotte, NC 28260

Lansing Forge Inc.
Attn: Officer/Managing Agent
5232 Aurelius Rd.
Lansing, MI 48911

Mobile Mini
Attn: Officer/Managing Agent
P.O. Box 740773
Cincinnati, OH 45274

Newport Group, Inc.
Attn: Officer/Managing Agent
P.O. Box 7477

Latrobe Specialty Steel Co.
Attn: Officer/Managing Agent
P.O. Box 644186
Pittsburgh, PA 15264

Moore's Machine Company of Sanford
Attn: Officer/Managing Agent
310 McNeill Road
Sanford, NC 27330

NMHG Financial Srvs c/o CT Liens
Attn: Officer/Managing Agent
P.O. Box 29071
Glendale, CA 91209

Livingston & Haven
Attn: Officer/Managing Agent
P.O. Box 890218
Charlotte, NC 28289

Morrisette Paper Co.
Attn: Officer/Managing Agent
P.O. Box 890982
Charlotte, NC 28289-0982

North American Steel Co.
Attn: Officer/Managing Agent
P.O. Box 28126
Cleveland, OH 44128

Machine Tech, Inc.
Attn: Officer/Managing Agent
7 Crowders Ridge
Clover, SC 29710

Motion Industries Inc.
Attn: Officer/Managing Agent
P.O. Box 404130
Atlanta, GA 30384

Oasis Alignment Services, LLC
Attn: Officer/Managing Agent
225 Pckering Road
Rochester, NH 03867

Ogletree Deakins Nash
Attn: Officer/Managing Agent
P.O. Box 89
Greenville, SC 29602

Quill Corporation
Attn: Managing Agent
P.O. Box 37600
Philadelphia, PA

Servo Motors and Drives
Attn: Officer/Managing Agent
P.O. Box 20923
Milwaukee, WI 53220

Pangborn Corp
Attn: Officer/Managing Agent
P.O. Box 936006
Atlanta, GA 31193-6006

RayTech Machine Tools
Attn: Officer/Managing Agent
4915 Waters Edge Dr., Ste 265
Raleigh, NC 27606

Shamrock Environmental Corporatio
Attn: Officer/Managing Agent
6106 Corporate Park dr.
Browns Summit, NC 27214

Parson's Woodworking
Attn: Officer/Managing Agent
P.O. Box 829
Rocky Mount, NC 27801

Red Star Oil Co., Inc.
Attn: Officer/Managing Agent
802 Purser Drive
Raleigh, NC 27603

SMS Meer Service, Inc.
Attn: Officer/Managing Agent
210 West Kensinger Dr.
Cranberry Twp, PA 16066

Pitney Bowes
Attn: Officer/Managing Agent
P.O. Box 371887
Pittsburgh, PA 15250-7874

Rockford Systems, Inc.
Attn: Officer/Managing Agent
802 Purser Drive
Raleigh, NC 27603

SONA AutoComp Germany
Klusring 22
49152 Bad Essen GERMANY

PNC Bank, N.A. - Bankruptcy Dept.
Attn: Officer/Managing Agent
P.O. Box 5570
Cleveland, OH 44101

Rocky Mount Electric Motor, LLC
Attn: Officer/Managing Agent
P.O. Box 1063
Rocky Mount, NC 27802

SONA AutoComp Germany Attn: O
Papenberger Strabe 37
42859 Remscheid
GERMANY

PNC Bank, N.A. - Commercial Loan SC
Attn: Officer/Managing Agent
500 First Avenue
Pittsburgh, PA 15219

Rodeco Company, Inc.
Attn: Officer/Managing Agent
5811 Elwin Buchanan Dr.
Sanford, NC 27330

Sona AutoComp US
Attn: Officer/Managing Agent
500 Oak Tree Drive
Selma, NC 27576

PQ Systems
Attn: Officer/Managing Agent
P.O. Box 750010
Dayton, OH 45475

Sachin Maggo
Selma, NC 27576

Sona BLW Prazisionsschmiede
Attn: Officer/Managing Agent
Paperberger strasse 37 Remscheid
42809   GERMANY

Press, Inc.
Attn: Officer/Managing Agent
5330 Manchester Avenue
Morristown, TN 37816

Sam Analytic Solutions LLC
Attn: Officer/Managing Agent
9720 Dayton Court
Raleigh, NC 27617

Sona BLW Prazisionsschmiede Gm
Attn: Officer/Managing Agent
Frankfurter Ring 227 Munchen 8080
GERMANY

Professional Fire Extinguisher, Inc
Attn: Officer/Managing Agent
P.O. Box 1115
Clayton, NC 27528

Selas Heat Technology Company, LLC
Attn: Officer/Managing Agent
11012 Aurora-Hudson Road
Streetsboro, OH 44241

Sona BLW Precision Forgings Ltd
Attn: Officer/Managing Agent
Begumpur Khotola Gurgaon AL 122
INDIA

Source Scan Agency Pvt Ltd
Attn: Officer/Managing Agent
638 Pace City II, Sector 37 II
Gurgaon Haryana INDIA

Suntrust Equipment Finance & Lease
Attn: Officer/Managing Agent
300 East Joppa Rd., Suite 700
Towson, MD 21286

TimkenSteel Corporation
Attn: Officer/Managing Agent
28777 Network Place
Chicago, IL 60673

Southeast Industrial Equipment
Attn: Officer/Managing Agent
P.O. Box 63230
Charlotte, NC 28263-3230

Super Systems, Inc.
Attn: Officer/Managing Agent
7205 Edington Dr.
Cincinnati, OH 45249

Total Quality Logistics
Attn: Officer/Managing Agent
P.O. Box 634558
Cincinnati, OH 45263-4558

Southeast Toyota Finance
Attn: Officer/Managing Agent
P.O. Box 70831
Charlotte, NC 28272

Systel Business Equipment
Attn: Officer/Managing Agent
P.O. Box 41602
Philadelphia, PA 19101

Town of Selma
Attn: Officer/Managing Agent
100 North Raiford Street
Selma, NC 27576

Southeastern Freight
Attn: Officer/Managing Agent
P.O. Box 100104
Columbia, SC 29202

T&W Welding and Machine Co.
Attn: Officer/Managing Agent
1896 Mallard Road
Smithfield, NC 27577

Toyota Motor Credit
Attn: Officer/Managing Agent
P.O. Box 3457
Torrance, CA 90510-3457

Southern AG Carriers, Inc.
Attn: Officer/Managing Agent
P.O. Box 50335
Albany, GA 31703-0335

Taylor Enterprises, Inc.
Attn: Officer/Managing Agent
2586 Southport road
Spartanburg, SC 29302

Uline Shipping Supplies
Attn: Officer/Managing Agent
P.O. Box 88741
Chicago, IL 60680

Southern Substation
Attn: Officer/Managing Agent
4522 Appleton Ave
Jacksonville, FL 32210

Tennant
Attn: Officer/Managing Agent
P.O. Box 71414
Chicago, IL 60694

United Machine Works
Attn: Officer/Managing Agent
P.O. Box 147
Stokes, NC 27884

SPC Mechanical Corporation
Attn: Officer/Managing Agent
P.O. Box 3006
Wilson, NC 27895

TFC Equipment Fin. c/o Corp Svc Co
Attn: Officer/Managing Agent
801 Adlai Stevenson Dr.
Springfield, IL 62703

UPS
Attn: Officer/Managing Agent
P.O. Box 7247-0244
Philadelphia, PA 19170-0001

Sunbelt Rentals, Inc.
Attn: Officer/Managing Agent
3116 Capital Blvd.
Raleigh, NC 27604

The Roberts Company Field Svcs.
Attn: Officer/Managing Agent
133 Forliness Road
Winterville, NC 28590

US Bancorp Equipment Finance
Attn: Officer/Managing Agent
PO Box 230789
Portland, OR 97281

Suntrust Bank
Attn: Officer/Managing Agent
P.O. Box 791250
Baltimore, MD 21279

Thermal Metal Treating, Inc.
Attn: Officer/Managing Agent
P.O. Box 367
Aberdeen, NC 28315

US Security Associates
Attn: Officer/Managing Agent
P.O. Box 931703
Atlanta, GA 31193

Vardhman Special Steels, Ltd
Attn: Officer/Managing Agent
C-58 Focal Point Ludhiana Punjab AL
INDIA


Waste Management
Attn: Officer/Managing Agent
P.O. Box 105453
Atlanta, GA 30348-5453


WD Service Company
Attn: Officer/Managing Agent
P.O. Box 147
Bellmawr, NJ 08099


Wesco CCA
Attn: Officer/Managing Agent
P.O. Box 642728
Pittsburgh, PA 15264-2728


Yashvir
Selma, NC 27576

# United States Bankruptcy Court
## Eastern District of North Carolina

In re  **Sona BLW Precision Forge, Inc.**          Case No.
                                           Debtor(s)          Chapter    **7**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Sona BLW Precision Forge, Inc.** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Sona Autocomp USA, LLC**
**Delaware Limited Liability Company**

☐ None [*Check if applicable*]

| | |
|---|---|
| **August 19, 2016** | **/s/ Gerald A. Jeutter, Jr. NC State Bar No.** |
| Date | **Gerald A. Jeutter, Jr. NC State Bar No. 17724** |
| | Signature of Attorney or Litigant |
| | Counsel for  **Sona BLW Precision Forge, Inc.** |
| | **Gerald A. Jeutter, Jr., Attorney at Law PA** |
| | **615 Oberlin Road, Suite 102** |
| | **Post Office Box 12585** |
| | **Raleigh, NC 27605** |
| | **919-334-6631 Fax:919-833-9793** |
| | **jeb@jeutterlaw.com** |

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA

IN RE:  
**Sona BLW Precision Forge, Inc.**  
Debtor(s)

CASE NO.:

## CERTIFICATION OF MAILING MATRIX
### REQUIRED BY E.D.N.C. LBR 1007-2

I hereby certify under penalty of perjury that the attached list of creditors which has been prepared in the format required by the clerk is true and accurate to the best of my knowledge and includes all creditors scheduled in the petition.

Dated: **August 19, 2016**

/s/ Gerald A. Jeutter, Jr. NC State Bar No.  
**Gerald A. Jeutter, Jr. NC State Bar No. 17724**  
Attorney for Debtor