**Fill in this information to identify the case:**

Debtor name   **Sona BLW Precision Forge, Inc.**

United States Bankruptcy Court for the:   EASTERN DISTRICT OF NORTH CAROLINA

Case number (if known)   **16-04336-5**

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

**Declaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule*
☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **September  2, 2016**        X **/s/ Todd Downie**
                                                                    Signature of individual signing on behalf of debtor

                                                                    **Todd Downie**
                                                                    Printed name

                                                                    **President**
                                                                    Position or relationship to debtor

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **Sona BLW Precision Forge, Inc.**

United States Bankruptcy Court for the: EASTERN DISTRICT OF NORTH CAROLINA

Case number (if known) **16-04336-5**

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals
12/15

| Part 1: | Summary of Assets |
| --- | --- |

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   **1a. Real property:**
   Copy line 88 from *Schedule A/B*........................................................................................ $ 6,084,550.00

   **1b. Total personal property:**
   Copy line 91A from *Schedule A/B*.................................................................................... $ 18,168,550.01

   **1c. Total of all property:**
   Copy line 92 from *Schedule A/B*...................................................................................... $ 24,253,100.01

| Part 2: | Summary of Liabilities |
| --- | --- |

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................... $ 5,700,570.57

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................... $ 14,302.25

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.............................. +$ 12,623,205.49

4. Total liabilities ...........................................................................................
   Lines 2 + 3a + 3b                                                                                   $ 18,338,078.31

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                            Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **Sona BLW Precision Forge, Inc.**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF NORTH CAROLINA

Case number (if known)    **16-04336-5**

☐ Check if this is an
amended filing

# Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:    Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No.  Go to Part 2.
   ■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|
| 2.    **Cash on hand** | **$627.00** |

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **PNC Bank** | **Money market** | **1057** | **$0.00** |
| 3.2. | **PNC Bank** | **Collection account** | **2039** | **$66,323.01** |
| 3.3. | **PNC Bank** | **General Operating Account** | **0185** | **$0.00** |
| 3.4. | **ICICI** | **Pass through account** | **1527** | **Unknown** |
| 3.5. | **Suntrust Bank** | **Used for foreign currency exchange** | **2EUR** | **$0.00** |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

   **$66,950.01**

| Debtor | **Sona BLW Precision Forge, Inc.** | Case number *(If known)* **16-04336-5** |
|--------|-------------------------------------|------------------------------------------|
|        | Name |

**Part 2:**  **Deposits and Prepayments**

**6. Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.
■ Yes Fill in the information below.

7.  **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

7.1.  **Deposit with UPS Express Mail** .................................................................. $800.00

7.2.  **Deposit with Town of Selma - water/sewer** ............................................... $5,000.00

7.3.  **Deposits with Progress Energy for accounts ending 6222, 8227 and 5193** ......... $170,181.00

7.4.  **Deposit with Coolant Chillers** ...................................................................... $1,098.00

8.  **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

9.  **Total of Part 2.**
Add lines 7 through 8. Copy the total to line 81. | **$177,079.00** |

**Part 3:**  **Accounts receivable**

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.  **Accounts receivable**

11a. 90 days old or less:    **2,345,244.00** - **0.00** = .... **$2,345,244.00**
                              face amount          doubtful or uncollectible accounts

12.  **Total of Part 3.**
Current value on lines 11a + 11b = line 12.  Copy the total to line 82. | **$2,345,244.00** |

**Part 4:**  **Investments**

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:**  **Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | **Sona BLW Precision Forge, Inc.** | Case number *(If known)* **16-04336-5** |
|---|---|---|
| | Name | |

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 19. | **Raw materials**<br>**Raw Materials - steel** | **March 31, 2016** | **$1,068,052.00** | | **$1,068,052.00** |
| 20. | **Work in progress**<br>**Work in progress** | **March 31, 2016** | **$2,871,574.00** | | **$2,871,574.00** |
| 21. | **Finished goods, including goods held for resale**<br>**Finished product** | **March 31, 2016** | **$184,675.00** | | **$184,675.00** |
| 22. | **Other inventory or supplies**<br>**Inventory** | | **Unknown** | | **Unknown** |

23. **Total of Part 5.**

Add lines 19 through 22.  Copy the total to line 84.

| **$4,124,301.00** |
|---|

24. **Is any of the property listed in Part 5 perishable?**
   - ■ No
   - ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
   - ■ No
   - ☐ Yes. Book value _____ Valuation method _____ Current Value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
   - ■ No
   - ☐ Yes

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

   - ■ No.  Go to Part 7.
   - ☐ Yes Fill in the information below.

| Part 7: | **Office furniture, fixtures, and equipment; and collectibles** |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

   - ☐ No.  Go to Part 8.
   - ■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture**<br>**Office furniture, fixtures, office equipment** | **Unknown** | | **Unknown** |
| 40. | **Office fixtures** | | | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | **Sona BLW Precision Forge, Inc.** | | Case number *(If known)* **16-04336-5** | |
| | Name | | | |

| | | | | |
|---|---|---|---|---|
| | **Fixtures** | $808.00 | | $808.00 |

| 41. | **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
|---|---|---|---|---|
| | Office equipment | $58,033.00 | | $58,033.00 |

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**
Add lines 39 through 42.  Copy the total to line 86.

$58,841.00

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
☒ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☒ No
☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
☒ Yes Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. **2004 F150 Heritage - mileage:  952,984** | $1,550.00 | NADA | $1,550.00 |
| 47.2. **2008 Ford Expedition XLT - mileage: 171,044** | $6,425.00 | NADA | $6,425.00 |
| 47.3. **2004 GMC Envoy SLT - mileage: 207,466** | $3,100.00 | NADA | $3,100.00 |
| 47.4. **2004 Honda Civic DX - mileage: 144,181** | $2,175.00 | NADA | $2,175.00 |
| 47.5. **2013 Nissan Murano - mileage:  36,141** | $21,025.00 | NADA | $21,025.00 |

48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49. **Aircraft and accessories**

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor    **Sona BLW Precision Forge, Inc.**
          Name

Case number (If known)  **16-04336-5**

| | | | |
|---|---|---|---|
| Production equipment and support | $0.00 | Appraisal | $4,399,250.00 |
| General plant support | $0.00 | Appraisal | $138,750.00 |

51. **Total of Part 8.**

    Add lines 47 through 50.  Copy the total to line 87.

    | |
    |---|
    | **$4,572,275.00** |

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

    ■ No
    ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

    ■ No
    ☐ Yes

**Part 9:    Real property**

54. **Does the debtor own or lease any real property?**

    ☐ No.  Go to Part 10.
    ■ Yes Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.  **Office building and 12.04 acres located at 500 Oak Tree Drive, Selma, NC with additional 5.34 acre tract** | Fee simple | $6,084,550.00 | Tax records | $6,084,550.00 |

56. **Total of Part 9.**

    Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
    Copy the total to line 88.

    | |
    |---|
    | **$6,084,550.00** |

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

    ■ No
    ☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

    ■ No
    ☐ Yes

**Part 10:    Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

    ☐ No.  Go to Part 11.
    ■ Yes Fill in the information below.

Debtor **Sona BLW Precision Forge, Inc.**                    Case number *(If known)* **16-04336-5**
Name

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. **Internet domain names and websites** | | | |
| 62. **Licenses, franchises, and royalties** | | | |
| 63. **Customer lists, mailing lists, or other compilations**<br>**Customer list** | $0.00 | | Unknown |
| 64. **Other intangibles, or intellectual property**<br>**Clearance with United States to make parts for**<br>**government vehicles** | $0.00 | | $0.00 |
| **Environmental certification ISP 14001 and TS**<br>**Certification ISO/TS16949 for automotive**<br>**suppliers** | $0.00 | | Unknown |
| 65. **Goodwill** | | | |

66. **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

|  |
|---|
| $0.00 |

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**

■ No
☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

■ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

■ No
☐ Yes

**Part 11:**     **All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

|  | Current value of debtor's interest |
|---|---|
| 71. **Notes receivable**<br>Description (include name of obligor) | |
| 72. **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local)<br>**NOL from Internal Revenue Service - value listed is**<br>**gross value**     Tax year **2015/2016** | $6,806,800.00 |
| 73. **Interests in insurance policies or annuities** | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor | **Sona BLW Precision Forge, Inc.** | Case number *(If known)* **16-04336-5** |
|---|---|---|
| | Name | |

| | | |
|---|---|---|
| 74. | **Causes of action against third parties (whether or not a lawsuit has been filed)**<br>**Funds that were to be deposited to account in India were caused to be deposited into account in Great Britain and Debtor was forced to pay the amount twice. Reported to Internal Revenue Service Spam website.** | **$17,060.00** |

| Nature of claim | **Recovery of funds** |
|---|---|
| Amount requested | **$10,000.00** |

| | | |
|---|---|---|
| 75. | **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** | |
| 76. | **Trusts, equitable or future interests in property** | |
| 77. | **Other property of any kind not already listed** *Examples:* Season tickets, country club membership<br>**401(k) plan for employees - administered by Epic Advisors, Inc.** | **Unknown** |
| | **Dies used to manufacture parts** | **Unknown** |

| | | |
|---|---|---|
| 78. | **Total of Part 11.**<br>Add lines 71 through 77. Copy the total to line 90. | **$6,823,860.00** |

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
■ No
☐ Yes

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor    **Sona BLW Precision Forge, Inc.**                                    Case number *(If known)* **16-04336-5**
_____
Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $66,950.01 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $177,079.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $2,345,244.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $4,124,301.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $58,841.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $4,572,275.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*.................................................> | | $6,084,550.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $6,823,860.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $18,168,550.01 + 91b. | $6,084,550.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $24,253,100.01 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **Sona BLW Precision Forge, Inc.**

United States Bankruptcy Court for the: EASTERN DISTRICT OF NORTH CAROLINA

Case number (if known) **16-04336-5**

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                      12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1**  **Air Liquide Industrial US**<br>Creditor's Name<br>**Attn:  Officer/Managing Agent**<br>**180 W. Germantown Pike**<br>**Norristown, PA 19401**<br>Creditor's mailing address<br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br><br>**Last 4 digits of account number**<br><br>**Do multiple creditors have an interest in the same property?**<br>☑ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **Describe debtor's property that is subject to a lien**<br>**9000 Gallon liquid nitrogen tank**<br><br><br>**Describe the lien**<br><br>**Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☑ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **Unknown** |
| **2.2**  **American Broach and Machine Co.**<br>Creditor's Name<br>**Attn:  Officer/Managing Agent**<br>**575 South Mansfield St.**<br>**Ypsilanti, MI 48197**<br>Creditor's mailing address<br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br><br>**Last 4 digits of account number** | **Describe debtor's property that is subject to a lien**<br>**American Broaching Machine**<br><br><br>**Describe the lien**<br><br>**Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☑ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | **$4,855.00** | **Unknown** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                                 Best Case Bankruptcy

Debtor **Sona BLW Precision Forge, Inc.**
Name

Case number (if know) **16-04336-5**

---

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **Electric Equipment Co.** | | |
|---|---|---|---|

Creditor's Name

**Attn: Officer/Managing Agent
P.O. Box 37339
Raleigh, NC 27627**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**Personal property of the debtor**

$6,495.61    Unknown

**Describe the lien**

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **Global Premium Finance Company** | | |
|---|---|---|---|

Creditor's Name

**Attn: Officer/Managing Agent
One South Jefferson Street
Roanoke, VA 24011**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**Unearned insurance premiums**

Unknown    Unknown

**Describe the lien**

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 | **Johnston County Tax Collector** | | |
|---|---|---|---|

Creditor's Name

**P.O. Box 451
Smithfield, NC 27577**

**Describe debtor's property that is subject to a lien**
**Property Taxes**

$270,246.57    $0.00

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor **Sona BLW Precision Forge, Inc.**          Case number (if know)  **16-04336-5**
Name

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.6 | **Mazak Corporation** | **Describe debtor's property that is subject to a lien** | **$3,481.50** | **Unknown** |

Creditor's Name
**Attn:  Officer/Managing Agent
P.O. Box 702600
Cincinnati, OH 45270**
Creditor's mailing address

**Mazak machine**

**Describe the lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.7 | **Nissan Motor Acceptance** | **Describe debtor's property that is subject to a lien** | **$24,790.55** | **$21,025.00** |

Creditor's Name
**Attn:  Officer/Managing Agent
P.O. Box 660360
Dallas, TX 75266**
Creditor's mailing address

**2013 Nissan Murano - mileage:  36,141**

**Describe the lien**
**Purchase Money Security**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor  **Sona BLW Precision Forge, Inc.**                    Case number (if know)    16-04336-5
_____
Name

■ No                              ☐ Contingent
☐ Yes. Specify each creditor,     ☐ Unliquidated
including this creditor and its relative   ☐ Disputed
priority.

---

| 2.8 | **NMHG Financial Srvs c/o CT Lien Sol** | | | |
|---|---|---|---|---|

Creditor's Name

**Attn: Officer/Managing Agent**
**P.O. Box 29071**
**Glendale, CA 91209**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**     Unknown          Unknown
**Personal property**

_____

**Describe the lien**

_____

Creditor's email address, if known

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Date debt was incurred**

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.9 | **PNC Bank, N.A. - Bankruptcy Dept.** | | | |
|---|---|---|---|---|

Creditor's Name

**Attn: Officer/Managing Agent**
**P.O. Box 5570**
**Cleveland, OH 44101**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**     $5,390,701.34     Unknown
**All assets other than Zurich Insurance Proceeds**

_____

**Describe the lien**

_____

Creditor's email address, if known

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Date debt was incurred**

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 0 | **RayTech Machine Tools** | | | |
|---|---|---|---|---|

**Describe debtor's property that is subject to a lien**     Unknown          Unknown

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 4 of 7

Debtor **Sona BLW Precision Forge, Inc.**
Name

Case number (if know)  **16-04336-5**

---

Creditor's Name
**Attn:  Officer/Managing Agent**
**4915 Waters Edge Dr., Ste 265**
**Raleigh, NC 27606**
Creditor's mailing address

**AgieCharmilles Roboform 350 SP Die Sinker**

**Describe the lien**

Creditor's email address, if known

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

2.11  **Suntrust Equipment Finance & Lease**
Creditor's Name
**Attn:  Officer/Managing Agent**
**300 East Joppa Rd., Suite 700**
**Towson, MD 21286**
Creditor's mailing address

Describe debtor's property that is subject to a lien
**Equipment Promissory Note, Loan and Security Agreement**

| Unknown | Unknown |

**Describe the lien**

Creditor's email address, if known

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

2.12  **TFC Equipment Fin. c/o Corp Svc Co**
Creditor's Name
**Attn:  Officer/Managing Agent**
**801 Adlai Stevenson Dr.**
**Springfield, IL 62703**
Creditor's mailing address

Describe debtor's property that is subject to a lien
**All personal property**

| Unknown | Unknown |

**Describe the lien**

Creditor's email address, if known

**Is the creditor an insider or related party?**
■ No
☐ Yes

---

Official Form 206D  Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**  page 5 of 7

Debtor   **Sona BLW Precision Forge, Inc.**                                    Case number (if know)   **16-04336-5**
_____
Name

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.1 3 | **Toyota Motor Credit** |
|---|---|

Creditor's Name

**Attn:  Officer/Managing Agent**
**P.O. Box 3457**
**Torrance, CA 90510-3457**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**Toyota forklift**

**Describe the lien**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

Unknown        Unknown

---

| 2.1 4 | **US Bancorp Equipment Finance** |
|---|---|

Creditor's Name

**Attn: Officer/Managing Agent**
**PO Box 230789**
**Portland, OR 97281**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**Certain equipment named in that UCC recorded 8/12/2011, NC Secretary of State**

**Describe the lien**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

Unknown        Unknown

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 6 of 7

Debtor    **Sona BLW Precision Forge, Inc.**                              Case number (if know)    **16-04336-5**
          Name

3.  | **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** | **$5,700,570.57** |

---

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **PNC Bank, N.A. - Commercial Loan SC**<br>**Attn:  Officer/Managing Agent**<br>**500 First Avenue**<br>**Pittsburgh, PA 15219** | Line   **2.9** | |

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                                        Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name  **Sona BLW Precision Forge, Inc.**

United States Bankruptcy Court for the:  EASTERN DISTRICT OF NORTH CAROLINA

Case number (if known)  **16-04336-5**

☐ Check if this is an amended filing

# Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address<br>**Charles Xavier Bynum**<br>**7904 Mcguire Dr.**<br>**Raleigh, NC 27616** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,370.96 | $0.00 |
| Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |
| **2.2** Priority creditor's name and mailing address<br>**Delia Valdiviezo**<br>**204 Duke St.**<br>**Garner, NC 27529** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $239.62 | $239.62 |
| Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    38369                    Best Case Bankruptcy

| Debtor | **Sona BLW Precision Forge, Inc.** | Case number (if known) | **16-04336-5** |
|---|---|---|---|
| | Name | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $92.23 | $92.23 |
|---|---|---|---|---|
| | **Felicity Barber**<br>**217 Charlevoix St.**<br>**Clawson, MI 48017** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $0.00 | $0.00 |
|---|---|---|---|---|
| | **Internal Revenue Service**<br>**P.O. Box 7346**<br>**Philadelphia, PA 19101-7346** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**For Notice Purposes Only** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $181.37 | $181.37 |
|---|---|---|---|---|
| | **Isaac Jerome Stewart**<br>**103 Plaza Drive**<br>**Garner, NC 27529** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Unknown | Unknown |
|---|---|---|---|---|
| | **Javontae Davis**<br>**751 Country Store Rd.**<br>**Selma, NC 27576** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Sona BLW Precision Forge, Inc.** | Case number (if known) | **16-04336-5** |
|---|---|---|---|
| | Name | | |

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $249.31 | $249.31 |
|---|---|---|---|---|
| | **Justin Revels**<br>**212 Millbrook Village Dr.**<br>**Goldsboro, NC 27530** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $193.53 | $193.53 |
|---|---|---|---|---|
| | **Keith Currie**<br>**292 Buck Dunn Rd.**<br>**Four Oaks, NC 27524** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $922.03 | $922.03 |
|---|---|---|---|---|
| | **Lamont Pettiway**<br>**725 Oak Grove Inn Rd**<br>**Selma, NC 27576-5949** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.10 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $1,674.74 | $1,674.74 |
|---|---|---|---|---|
| | **Luther Ingram**<br>**545 Madison Ave.**<br>**Princeton, NC 27569** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Sona BLW Precision Forge, Inc.** | Case number (*if known*) | **16-04336-5** |
|---|---|---|---|
| | Name | | |

| 2.11 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,192.72** | **$0.00** |
|---|---|---|---|---|

**NC Department of Revenue**
**Attn: Bankruptcy Unit**
**P.O. Box 1168**
**Raleigh, NC 27602-1268**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.12 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$6,397.28** | **$0.00** |
|---|---|---|---|---|

**Todd Downie**
**1216 Lafayette Park Lane**
**Matthews, NC 28104**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.13 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$788.46** | **$788.46** |
|---|---|---|---|---|

**Vickie Fowler**
**109 Kirkwall Lane**
**Selma, NC 27576**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

**3. List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$829.00** |
|---|---|---|---|

**AAA Scale Company, Inc.**
**Attn: Officer/Managing Agent**
**P.O. Box 7056**
**Wilson, NC 27895**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Account__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$80.84** |
|---|---|---|---|

**Accent Imaging, Inc.**
**Attn: Officer/Managing Agent**
**8121 Brownleigh Dr.**
**Raleigh, NC 27617**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Account__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Sona BLW Precision Forge, Inc.** | | Case number (if known) | **16-04336-5** |
|---|---|---|---|---|
| | Name | | | |

| 3.3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$88.62** |
|---|---|---|---|
| | **Advanced Calibration Label, LLC**<br>Attn: Officer/Managing Agent<br>2035 Contractors Road, Ste 7<br>Sedona, AZ 86336 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __Account__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,928.85** |
|---|---|---|---|
| | **AFC-Holcroft**<br>Attn: Officer/Managing Agent<br>P.O. Box 67000<br>Detroit, MI 48267 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __Account__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$93.85** |
|---|---|---|---|
| | **Airgas National Welders**<br>Attn: Officer/Managing Agent<br>P.O. Box 601985<br>Charlotte, NC 28260-1985 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __Account__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$57,102.00** |
|---|---|---|---|
| | **AJAX Tocco Magnethermic**<br>Attn: Officer/Managing Agent<br>P.O. Box 78000<br>Detroit, MI 48278-1449 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __Account__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,017.25** |
|---|---|---|---|
| | **Allred Mechanical Services, Inc.**<br>Attn: Officer/Managing Agent<br>P.O. Box 7663<br>Rocky Mount, NC 27804 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __Account__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$675.00** |
|---|---|---|---|
| | **American Broach and Machine Co.**<br>Attn: Officer/Managing Agent<br>575 South Mansfield St.<br>Ypsilanti, MI 48197 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __Account__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$322.17** |
|---|---|---|---|
| | **Amerigas Propane LP**<br>Attn: Officer/Managing Agent<br>P.O. Box 371473<br>Pittsburgh, PA 15250-7473 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __Account__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor | **Sona BLW Precision Forge, Inc.** | Case number *(if known)* | **16-04336-5** |
|---|---|---|---|
| | Name | | |

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$39,454.76** |
|---|---|---|---|

**Apex Industrial Group**
Attn:  Officer/Managing Agent
6509 Hilburn Dr., Suite 100
Raleigh, NC 27613

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Account__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$15,036.80** |
|---|---|---|---|

**Aramark/AUS Central Lockbox**
Attn:  Officer/Managing Agent
P.O. Box 731676
Dallas, TX 75376

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Account__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$76.00** |
|---|---|---|---|

**AT&T Mobility**
Attn:  Officer/Managing Agent
P.O. Box 5014
Carol Stream, IL 60197-5014

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Account__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$653.00** |
|---|---|---|---|

**Atmosphere Engineering Company**
Attn:  Officer/Managing Agent
419 W. Boden Street
Milwaukee, WI 53207

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Account__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,683.70** |
|---|---|---|---|

**ATO AG**
Attn:  Managing Agent
ViaPenate, 4-6850  Mendrisio
SWITZERLAND

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Account__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,120.00** |
|---|---|---|---|

**Augustin Partners, LLC**
Attn:  Officer/Managing Agent
300 East 42nd St., 14th Floor
New York, NY 10017

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Account__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,002.09** |
|---|---|---|---|

**B.V. Tech**
Attn:  Officer/Managing Agent
Bliesstrabe 31 Gersheim 5
GERMANY

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Account__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor | **Sona BLW Precision Forge, Inc.** | Case number (if known) | **16-04336-5** |
|---|---|---|---|
| | Name | | |

---

| 3.17 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $3,605.85 |
|---|---|---|---|

**BlackHawk Industrial**
**Attn: Officer/Managing Agent**
**P.O. Box 8599**
**Saint Louis, MO 63126**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Account__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $43,851.00 |
|---|---|---|---|

**Bolt Express**
**Attn: Officer/Managing Agent**
**75 Remittance Dr., Ste 1231**
**Chicago, IL 60675**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Account__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.19 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,500.00 |
|---|---|---|---|

**Braj Aggarwal, CPA, P.C.**
**Attn: Officer/Managing Agent**
**37-05 74th Street, 3rd Floor**
**Jackson Heights, NY 11372**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Account__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.20 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $49,069.72 |
|---|---|---|---|

**Callaway Industrial Services, Inc.**
**Attn: Officer/Managing Agent**
**P.O. Box 3128**
**Mooresville, NC 28117**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Account__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $145.66 |
|---|---|---|---|

**Carolina Ice Company**
**Attn: Officer/Managing Agent**
**2466 Old Poole Rd.**
**Kinston, NC 28504**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Account__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.22 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $18,204.52 |
|---|---|---|---|

**Carr Lane Roemheld Mfg. Co.**
**Attn: Officer/Managing Agent**
**927 Horan Drive**
**Fenton, MO 63026**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Account__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $51.15 |
|---|---|---|---|

**CDW Computer Centers, Inc.**
**Attn: Officer/Managing Agent**
**P.O. Box 75723**
**Chicago, IL 60675**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Account__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Sona BLW Precision Forge, Inc.** | Case number (if known) | **16-04336-5** |
|---|---|---|---|
| | Name | | |

---

**3.24** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,726.20**

**CEFI, S.R.L.**
**Attn: Officer/Managing Agent**
**Viale America 4 Castellamonte 10081**
**ITALY**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Account__

Date(s) debt was incurred _

Is the claim subject to offset? ☑ No ☐ Yes

Last 4 digits of account number _

---

**3.25** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$41,793.16**

**Ceratizit USA, Inc.**
**Attn: Officer/Managing Agent**
**P.O. Box 13235**
**Newark, NJ 07101-3235**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Account__

Date(s) debt was incurred _

Is the claim subject to offset? ☑ No ☐ Yes

Last 4 digits of account number _

---

**3.26** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$8,250.00**

**Cherry Bekaert & Holland, LLP**
**Attn: Officer/Managing Agent**
**P.O. Box 25549**
**Richmond, VA 23261-5549**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Account__

Date(s) debt was incurred _

Is the claim subject to offset? ☑ No ☐ Yes

Last 4 digits of account number _

---

**3.27** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,600.00**

**Cleveland Deburring Machine Company**
**Attn: Officer/Managing Agent**
**3370 West 140th Street**
**Cleveland, OH 44111**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Account__

Date(s) debt was incurred _

Is the claim subject to offset? ☑ No ☐ Yes

Last 4 digits of account number _

---

**3.28** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,200.00**

**Conveying Solutions**
**Attn: Officer/Managing Agent**
**P.O. Box 1866**
**Charleston, WV 25327**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Account__

Date(s) debt was incurred _

Is the claim subject to offset? ☑ No ☐ Yes

Last 4 digits of account number _

---

**3.29** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$20,454.00**

**Cooley Wire Products Mfg., Co.**
**Attn: Officer/Managing Agent**
**5025 North River Road**
**Schiller Park, IL 60176**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Account__

Date(s) debt was incurred _

Is the claim subject to offset? ☑ No ☐ Yes

Last 4 digits of account number _

---

**3.30** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$224.00**

**Covisint**
**Attn: Officer/Managing Agent**
**P.O. Box 674600**
**Detroit, MI 48267-4600**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Account__

Date(s) debt was incurred _

Is the claim subject to offset? ☑ No ☐ Yes

Last 4 digits of account number _

---

| Debtor | **Sona BLW Precision Forge, Inc.** | Case number (if known) | **16-04336-5** |
|---|---|---|---|
| | Name | | |

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,179.00 |
|---|---|---|---|

**Crotts & Saunders, LLC**
Attn:  Officer/Managing Agent
2709 Boulder Park Court
Winston Salem, NC 27101-4776

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Account

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,078.39 |
|---|---|---|---|

**Crystal Springs**
Attn:  Officer/Managing Agent
P.O. Box 660579
Dallas, TX 75266-0579

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Account

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15,642.65 |
|---|---|---|---|

**Custom Coating, Inc.**
Attn:  Officer/Managing Agent
1937 Jacob Street
Auburn, IN 46706

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Account

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $17,000.00 |
|---|---|---|---|

**Daryl Hopkins dba Fast Track Expedi**
Attn:  Officer/Managing Agent
6054 S. NC Hwy 231
Middlesex, NC 27557

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Account

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $45,550.00 |
|---|---|---|---|

**Dayco Manufacturing**
Attn:  Officer/Managing Agent
6116 US 70 Hwy. W.
Clayton, NC 27520

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Account

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,902.76 |
|---|---|---|---|

**Dieffenbacher North America**
Attn:  Officer/Managing Agent
9495 Twin Oaks Drive Windsor Ontari
CANADA

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Account

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $844.54 |
|---|---|---|---|

**Dillon Supply Co., Inc.**
Attn:  Officer/Managing Agent
P.O. Box 602541
Charlotte, NC 28260-2541

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Account

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | **Sona BLW Precision Forge, Inc.** | Case number (if known) | **16-04336-5** |
|---|---|---|---|
| | Name | | |

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,510.04 |
|---|---|---|---|

**Direct Energy Business**
Attn: Officer/Managing Agent
P.O. Box 32179
New York, NY 10087-2179

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Account

Date(s) debt was incurred _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $46,314.13 |
|---|---|---|---|

**DSV Air & Sea, Inc.**
Attn: Officer/Managing Agent
P.O. Box 200876
Pittsburgh, PA 15251-0876

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Account

Date(s) debt was incurred _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $82,911.37 |
|---|---|---|---|

**Duke Energy**
Attn: Officer/Managing Agent
P.O. Box 1003
Charlotte, NC 28201-1003

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Account

Date(s) debt was incurred _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,400.00 |
|---|---|---|---|

**Edwards Inc.**
Attn: Officer/Managing Agent
4119 Sheep Pasture Road
Spring Hope, NC 27882

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Account

Date(s) debt was incurred _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,486.00 |
|---|---|---|---|

**Electric Equipment Co.**
Attn: Officer/Managing Agent
P.O. Box 37339
Raleigh, NC 27627

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Account

Date(s) debt was incurred _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $292.02 |
|---|---|---|---|

**Elind SPA, Attn: Officer/Agent**
Viale Delle Industrie 17
10078 Venaria Reale TO
ITALY

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Account

Date(s) debt was incurred _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $35,621.26 |
|---|---|---|---|

**Escape Proof, Inc.**
Attn: Officer/Managing Agent
1496 Durham St. Oakville Ontario
CANADA

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Account

Date(s) debt was incurred _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Sona BLW Precision Forge, Inc.** | | Case number (*if known*) | **16-04336-5** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $37,199.59 |
|---|---|---|---|
| | **Fastenal**<br>**Attn:  Officer/Managing Agent**<br>**P.O. Box 978**<br>**Winona, MN 55987** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:**  Account | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $27,174.75 |
|---|---|---|---|
| | **Federal Express Corporation**<br>**Attn:  Officer/Managing Agent**<br>**P.O. Box 371461**<br>**Pittsburgh, PA 15250-7461** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:**  Account | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $660.14 |
|---|---|---|---|
| | **Federal Express Freight East**<br>**Attn:  Officer/Managing Agent**<br>**P.O. Box 223125**<br>**Pittsburgh, PA 15251-2125** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:**  Account | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $734.60 |
|---|---|---|---|
| | **Felicity Barber**<br>**217 Charlevoix St.**<br>**Clawson, MI 48017** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:**  Account | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $12,809.63 |
|---|---|---|---|
| | **Focus Management Group**<br>**Attn:  Officer/Managing Agent**<br>**5001 West Lemon St**<br>**Tampa, FL 33609** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:**  Account | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $488.46 |
|---|---|---|---|
| | **Ford Credit**<br>**Attn:  Officer/Managing Agent**<br>**P.O. Box 552679**<br>**Detroit, MI 48255** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:**  Account | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,470.00 |
|---|---|---|---|
| | **Forging Industry Association**<br>**Attn:  Officer/Managing Agent**<br>**1111 Superior Ave., Suite 615**<br>**Cleveland, OH 44114** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:**  Account | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| Debtor | **Sona BLW Precision Forge, Inc.** | | Case number (if known) | **16-04336-5** |
|---|---|---|---|---|
| | Name | | | |

| 3.52 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$3,441.15** |
|---|---|---|---|
| | **Fraisa USA** <br> **Attn: Officer/Managing Agent** <br> **1111 Superior Ave., Ste 615** <br> **Cleveland, OH 44114** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _Account_ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.53 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$11,572.66** |
|---|---|---|---|
| | **Fuchs Lubricants Co.** <br> **Attn: Officer/Managing Agent** <br> **17050 Lathrop Avenue** <br> **Harvey, IL 60426** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _Account_ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.54 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$8,447.50** |
|---|---|---|---|
| | **Fujifilm North America Corporation** <br> **Attn: Officer/Managing Agent** <br> **Dept. CH19009** <br> **Palatine, IL 60055-9009** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _Account_ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.55 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,058.40** |
|---|---|---|---|
| | **G&W Equipment** <br> **Attn: Officer/Managing Agent** <br> **600 Lawton Road** <br> **Charlotte, NC 28216** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _Account_ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.56 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$3,600.00** |
|---|---|---|---|
| | **Garfinkel Immigration Law Firm** <br> **Attn: Officer/Managing Agent** <br> **6100 Fairview Rd., Suite 200** <br> **Charlotte, NC 28210** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _Account_ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.57 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$34,726.32** |
|---|---|---|---|
| | **General Machine & Saw Co.** <br> **Attn: Officer/Managing Agent** <br> **740 West Center Street** <br> **Marion, OH 43302** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _Account_ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.58 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$927,994.77** |
|---|---|---|---|
| | **GerdauSpecial Steel** <br> **Attn: Officer/Managing Agent** <br> **P.O. Box 67000** <br> **Detroit, MI 48267** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _Account_ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Sona BLW Precision Forge, Inc.** | Case number (if known) | **16-04336-5** |
|---|---|---|---|
| | Name | | |

| 3.59 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$8,212.20** |
|---|---|---|---|

**Gerlieva Spruhtechnik**
Attn:  Officer/Managing Agent
Tiergarten Str. 8, 79423 Heitershei
 GERMANY

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Account

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.60 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,525.60** |
|---|---|---|---|

**GKI, Inc.**
Attn:  Officer/Managing Agent
6204 Factory Rd.
Crystal Lake, IL 60014

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Account

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.61 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$697.74** |
|---|---|---|---|

**Global EDM**
Attn:  Officer/Managing Agent
P.O. Box 713680
Cincinnati, OH 45271

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Account

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.62 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$975.67** |
|---|---|---|---|

**Graphel Corporation, Inc.**
Attn:  Officer/Managing Agent
P.O. Box 369
West Chester, OH 45071

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Account

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.63 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$96,577.00** |
|---|---|---|---|

**Great American Insurance Group**
Attn:  Officer/Managing Agent
3561 Solutions Center
Chicago, IL 60677

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Account

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.64 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Greg Jones**
c/o Kevin Joyner
2301 Sugar Bush Rd, Ste 600
Raleigh, NC 27612

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Civil Action

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.65 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$45,556.52** |
|---|---|---|---|

**Hagemeyer North America, Inc.**
Attn:  Officer/Managing Agent
P.O. Box 404753
Atlanta, GA 30384

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Account

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Sona BLW Precision Forge, Inc.** | Case number (if known) | **16-04336-5** |
|---|---|---|---|
| | Name | | |

| 3.66 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,530.84** |
|---|---|---|---|

**Hampton Inn**
**Attn:  Officer/Managing Agent**
**1695 Outlet Center Dr.**
**Selma, NC 27576**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Account

Date(s) debt was incurred _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.67 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$750.00** |
|---|---|---|---|

**Hardee's Lawn Precision Cut, Inc.**
**Attn:  Officer/Managing Agent**
**2699 Government Rd.**
**Clayton, NC 27520**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Account

Date(s) debt was incurred _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.68 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,568.68** |
|---|---|---|---|

**Harriet Tischer**
**563 Jacob Way, Apt 206**
**Rochester, MI 48307**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Account

Date(s) debt was incurred _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.69 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$875.00** |
|---|---|---|---|

**Hartzog Granite Company**
**Attn:  Officer/Managing Agent**
**120 marvin Place Road**
**Lynchburg, VA 24503**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Account

Date(s) debt was incurred _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.70 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,760.00** |
|---|---|---|---|

**Heat Treating Services LTD., Inc.**
**Attn:  Officer/Managing Agent**
**P.O. Box 1889**
**Simpsonville, SC 29681**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Account

Date(s) debt was incurred _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.71 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$639.46** |
|---|---|---|---|

**Heatbath Corporation**
**Attn:  Officer/Managing Agent**
**P.O. box 51048**
**Indian Orchard, MA 01151**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Account

Date(s) debt was incurred _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.72 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,546.52** |
|---|---|---|---|

**Hitachi Metals America, LLC**
**Attn:  Officer/Managing Agent**
**85 West Algonquin Rd. Ste 400**
**Arlington Heights, IL 60005**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Account

Date(s) debt was incurred _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Sona BLW Precision Forge, Inc.** | Case number (if known) | 16-04336-5 |
|---|---|---|---|
| | Name | | |

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,283.60 |
|---|---|---|---|

Holland (HMES)
Attn: Officer/Managing Agent
27052 Network Place
Chicago, IL 60673-1270

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Account__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,540.15 |
|---|---|---|---|

HYG Financial Services, Inc.
Attn: Officer/Managing Agent
P.O. Box 643749
Pittsburgh, PA 15264

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Account__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,600.00 |
|---|---|---|---|

IBI Group of North Carolina, PC
Attn: Officer/Managing Agent
801 Corporate Center Dr.
Raleigh, NC 27607

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Account__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,167.66 |
|---|---|---|---|

IC-Fluid Power, Inc.
Attn: Officer/Managing Agent
63 Dixie Highway
Rossford, OH 43460

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Account__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,000,000.00 |
|---|---|---|---|

ICICI Bank Limited
Attn: Officer/Manager
500 Fifth Avenue, Floor 28
New York, NY 10110

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Account__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,556.55 |
|---|---|---|---|

Ingersoll-Rand Co.
Attn: Officer/Managing Agent
15768 Collections Center Dr.
Chicago, IL 60693

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Account__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,786.54 |
|---|---|---|---|

Inline Fluidpower
Attn: Officer/Managing Agent
P.O. Box 179
Smithfield, NC 27577

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Account__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Sona BLW Precision Forge, Inc.** | Case number (if known) | **16-04336-5** |
|---|---|---|---|
| | Name | | |

| 3.80 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,665.21** |
|---|---|---|---|
| | **Ionic Technologies**<br>**Attn: Officer/Managing Agent**<br>**207 Fairforest Way**<br>**Greenville, SC 29607** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Account__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.81 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$7,832.50** |
|---|---|---|---|
| | **J&S Fluid Power, LLC**<br>**Attn: Officer/Managing Agent**<br>**P.O. Box 8311**<br>**Rocky Mount, NC 27804** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Account__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.82 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$18,707.51** |
|---|---|---|---|
| | **J.G. Weisser Sohne**<br>**Werkzeugmaschinenfabrik**<br>**1531 Georgen**<br>**GERMANY** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Account__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.83 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$945.00** |
|---|---|---|---|
| | **J.J. Keller & Associates, Inc.**<br>**Attn: Officer/Managing Agent**<br>**P.O. Box 548**<br>**Neenah, WI 54957** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Account__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.84 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$32.05** |
|---|---|---|---|
| | **John Cutler**<br>**105 Prancer Circle**<br>**Selma, NC 27576** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Account__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.85 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,125.00** |
|---|---|---|---|
| | **Johnston Community College**<br>**Attn: Officer/Managing Agent**<br>**P.O. Box 2350**<br>**Smithfield, NC 27577** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Account__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.86 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$14,991.82** |
|---|---|---|---|
| | **K&J Enterprises**<br>**Attn: Officer/Managing Agent**<br>**1400 East Geer St.**<br>**Durham, NC 27704** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Account__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com   Best Case Bankruptcy

| Debtor | **Sona BLW Precision Forge, Inc.** | | Case number *(if known)* | **16-04336-5** |
|---|---|---|---|---|

---

| 3.87 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$11,929.29** |
|---|---|---|---|

**Kasto-Racine Inc.**
Attn: Officer/Managing Agent
P.O. Box 14310
Pittsburgh, PA 15239

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Account__

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.88 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,801.91** |
|---|---|---|---|

**Kone Cranes**
Attn: Officer/Managing Agent
4401 Gateway Blvd.
Springfield, OH 45502

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Account__

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.89 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$30,626.00** |
|---|---|---|---|

**Landstar Express America, Inc.**
Attn: Officer/Managing Agent
16881 Collection Center Drive
Chicago, IL 60693

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Account__

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.90 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,269.00** |
|---|---|---|---|

**Landstar Ranger, Inc.**
Attn: Officer/Managing Agent
P.O. Box 784293
Philadelphia, PA 19178-4293

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Account__

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.91 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$152.70** |
|---|---|---|---|

**Lansing Forge Inc.**
Attn: Officer/Managing Agent
5232 Aurelius Rd.
Lansing, MI 48911

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Account__

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.92 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,826.98** |
|---|---|---|---|

**Latrobe Specialty Steel Co.**
Attn: Officer/Managing Agent
P.O. Box 644186
Pittsburgh, PA 15264

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Account__

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.93 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$12,321.11** |
|---|---|---|---|

**Livingston & Haven**
Attn: Officer/Managing Agent
P.O. Box 890218
Charlotte, NC 28289

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Account__

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| Debtor | **Sona BLW Precision Forge, Inc.** | Case number (if known) | **16-04336-5** |
|---|---|---|---|
| | Name | | |

| 3.94 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$15,870.05** |
|---|---|---|---|

**Machine Tech, Inc.**
Attn: Officer/Managing Agent
7 Crowders Ridge
Clover, SC 29710

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Account_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.95 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$7,451.11** |
|---|---|---|---|

**Mager Scientific, Inc.**
Attn: Officer/Managing Agent
P.O. Box 160
Dexter, MI 48130-0160

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Account_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.96 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$8,249.44** |
|---|---|---|---|

**Mazak Corporation**
Attn: Officer/Managing Agent
P.O. Box 702600
Cincinnati, OH 45270

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Account_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.97 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,761.09** |
|---|---|---|---|

**McMaster Carr upply Company**
Attn: Officer/Managing Agent
P.O. Box 7690
Chicago, IL 60680

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Account_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.98 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$26.25** |
|---|---|---|---|

**Metro Technologies**
Attn: Officer/Managing Agent
410 South Salsibury St., Suite 112
Raleigh, NC 27601

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Account_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.99 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,400.00** |
|---|---|---|---|

**Miller Transfer**
Attn: Officer/Managing Agent
P.O. Box 453
Carson, CA 90745

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Account_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,365.66** |
|---|---|---|---|

**Mobile Mini**
Attn: Officer/Managing Agent
P.O. Box 740773
Cincinnati, OH 45274

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Account_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Sona BLW Precision Forge, Inc.** | Case number *(if known)* | **16-04336-5** |
|---|---|---|---|
| | Name | | |

| 3.101 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$45,927.70** |
|---|---|---|---|
| | **Moore's Machine Company of Sanford** | ☐ Contingent | |
| | **Attn:  Officer/Managing Agent** | ☐ Unliquidated | |
| | **310 McNeill Road** | ☐ Disputed | |
| | **Sanford, NC 27330** | | |
| | | **Basis for the claim:**  Account | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.102 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$3,933.27** |
|---|---|---|---|
| | **Morrisette Paper Co.** | ☐ Contingent | |
| | **Attn:  Officer/Managing Agent** | ☐ Unliquidated | |
| | **P.O. Box 890982** | ☐ Disputed | |
| | **Charlotte, NC 28289-0982** | | |
| | | **Basis for the claim:**  Account | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.103 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$6,791.70** |
|---|---|---|---|
| | **Motion Industries Inc.** | ☐ Contingent | |
| | **Attn:  Officer/Managing Agent** | ☐ Unliquidated | |
| | **P.O. Box 404130** | ☐ Disputed | |
| | **Atlanta, GA 30384** | | |
| | | **Basis for the claim:**  Account | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.104 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$12,478.18** |
|---|---|---|---|
| | **MSC Industrial Supply** | ☐ Contingent | |
| | **Attn:  Officer/Managing Agent** | ☐ Unliquidated | |
| | **Dept. Ch 0075** | ☐ Disputed | |
| | **Palatine, IL 60055** | | |
| | | **Basis for the claim:**  Account | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.105 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$250.00** |
|---|---|---|---|
| | **National Assoc of Chiefs of Police** | ☐ Contingent | |
| | **Attn:  Officer/Managing Agent** | ☐ Unliquidated | |
| | **P.O. Box 82188** | ☐ Disputed | |
| | **Phoenix, AZ 85071-2188** | | |
| | | **Basis for the claim:**  Account | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.106 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$768.26** |
|---|---|---|---|
| | **Newage Testing Instruments** | ☐ Contingent | |
| | **Attn:  Officer/Managing Agent** | ☐ Unliquidated | |
| | **P.O. Box 601466** | ☐ Disputed | |
| | **Charlotte, NC 28260** | | |
| | | **Basis for the claim:**  Account | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.107 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$375.00** |
|---|---|---|---|
| | **Newport Group, Inc.** | ☐ Contingent | |
| | **Attn:  Officer/Managing Agent** | ☐ Unliquidated | |
| | **1350 Treat Blvd, Suite 300** | ☐ Disputed | |
| | **Walnut Creek, CA 94597** | | |
| | | **Basis for the claim:**  Account | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

| Debtor | **Sona BLW Precision Forge, Inc.** | Case number *(if known)* | **16-04336-5** |
|---|---|---|---|
| | Name | | |

| 3.108 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,234.00 |
|---|---|---|---|

**North American Steel Co.**
Attn: Officer/Managing Agent
P.O. Box 28126
Cleveland, OH 44128

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Account

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.109 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,271.70 |
|---|---|---|---|

**Oasis Alignment Services, LLC**
Attn: Officer/Managing Agent
225 Pckering Road
Rochester, NH 03867

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Account

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.110 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,620.99 |
|---|---|---|---|

**Ogletree Deakins Nash**
Attn: Officer/Managing Agent
P.O. Box 89
Greenville, SC 29602

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Account

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.111 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,236.10 |
|---|---|---|---|

**Pangborn Corp**
Attn: Officer/Managing Agent
P.O. Box 936006
Atlanta, GA 31193-6006

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Account

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.112 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8,757.00 |
|---|---|---|---|

**Parson's Woodworking**
Attn: Officer/Managing Agent
P.O. Box 829
Rocky Mount, NC 27801

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Account

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.113 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,573.71 |
|---|---|---|---|

**Piedmont Natural Gas**
Attn: Officer/Managing Agent
P.O. Box 660920
Dallas, TX 75266-0920

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Account

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.114 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $425.93 |
|---|---|---|---|

**Pitney Bowes**
Attn: Officer/Managing Agent
P.O. Box 371887
Pittsburgh, PA 15250-7874

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Account

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Sona BLW Precision Forge, Inc.** | Case number (if known) | 16-04336-5 |
|---|---|---|---|
| | Name | | |

---

**3.115** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$590.00**

**PQ Systems**
Attn:  Officer/Managing Agent
P.O. Box 750010
Dayton, OH 45475

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Account__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.116** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$60,182.00**

**Press, Inc.**
Attn:  Officer/Managing Agent
5330 Manchester Avenue
Morristown, TN 37816

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Account__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.117** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,337.76**

**Professional Fire Extinguisher, Inc**
Attn:  Officer/Managing Agent
P.O. Box 1115
Clayton, NC 27528

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Account__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.118** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,113.27**

**Quill Corporation**
Attn: Managing Agent
P.O. Box 37600
Philadelphia, PA

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Account__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.119** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$266.88**

**Red Star Oil Co., Inc.**
Attn:  Officer/Managing Agent
802 Purser Drive
Raleigh, NC 27603

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Account__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.120** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,360.00**

**Rockford Systems, Inc.**
Attn:  Officer/Managing Agent
802 Purser Drive
Raleigh, NC 27603

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Account__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.121** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$8,585.00**

**Rocky Mount Electric Motor, LLC**
Attn:  Officer/Managing Agent
P.O. Box 1063
Rocky Mount, NC 27802

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Account__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Sona BLW Precision Forge, Inc.** | Case number (if known) | **16-04336-5** |
|---|---|---|---|
| | Name | | |

| 3.122 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$6,002.00** |
|---|---|---|---|

**Rodeco Company, Inc.**
Attn: Officer/Managing Agent
5811 Elwin Buchanan Dr.
Sanford, NC 27330

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Account_

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.123 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$115.03** |
|---|---|---|---|

**Sachin Maggo**
201 October Glory Lane
Selma, NC 27576

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.124 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$18,620.72** |
|---|---|---|---|

**Sam Analytic Solutions LLC**
Attn: Officer/Managing Agent
9720 Dayton Court
Raleigh, NC 27617

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Account_

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.125 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$6,588.93** |
|---|---|---|---|

**Selas Heat Technology Company, LLC**
Attn: Officer/Managing Agent
11012 Aurora-Hudson Road
Streetsboro, OH 44241

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Account_

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.126 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$8,645.00** |
|---|---|---|---|

**Servo Motors and Drives**
Attn: Officer/Managing Agent
P.O. Box 20923
Milwaukee, WI 53220

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Account_

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.127 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$7,379.06** |
|---|---|---|---|

**Shamrock Environmental Corporation**
Attn: Officer/Managing Agent
6106 Corporate Park dr.
Browns Summit, NC 27214

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Account_

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.128 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$10,085.55** |
|---|---|---|---|

**SMS Meer Service, Inc.**
Attn: Officer/Managing Agent
210 West Kensinger Dr.
Cranberry Twp, PA 16066

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Account_

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

Debtor **Sona BLW Precision Forge, Inc.**
Name

Case number *(if known)*   **16-04336-5**

---

| 3.129 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$127,147.24** |
|---|---|---|---|

**SONA AutoComp Germany Attn: Officer Papenberger Strabe 37 42859 Remscheid GERMANY**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Account__

Date(s) debt was incurred __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.130 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,028.07** |
|---|---|---|---|

**Sona AutoComp US Attn:  Officer/Managing Agent 500 Oak Tree Drive Selma, NC 27576**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Account__

Date(s) debt was incurred __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.131 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$348,690.16** |
|---|---|---|---|

**Sona BLW Prazionsschmiede Attn:  Officer/Managing Agent Paperberger strasse 37 Remscheid 42809   GERMANY**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Account__

Date(s) debt was incurred __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.132 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,335,167.36** |
|---|---|---|---|

**Sona BLW Precision Forgings Ltd Attn:  Officer/Managing Agent Begumpur Khotola Gurgaon AL 122001 INDIA**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Account__

Date(s) debt was incurred __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.133 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$17,699.25** |
|---|---|---|---|

**Source Scan Agency Pvt Ltd Attn:  Officer/Managing Agent 638 Pace City II, Sector 37 II Gurgaon Haryana  INDIA**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Account__

Date(s) debt was incurred __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.134 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,808.03** |
|---|---|---|---|

**Southeast Industrial Equipment Attn:  Officer/Managing Agent P.O. Box 63230 Charlotte, NC 28263-3230**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Account__

Date(s) debt was incurred __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.135 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$313.14** |
|---|---|---|---|

**Southeast Toyota Finance Attn:  Officer/Managing Agent P.O. Box 70831 Charlotte, NC 28272**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Account__

Date(s) debt was incurred __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Sona BLW Precision Forge, Inc.** | Case number (if known) | **16-04336-5** |
|---|---|---|---|
| | Name | | |

---

**3.136**
Nonpriority creditor's name and mailing address
**Southeastern Freight**
**Attn:  Officer/Managing Agent**
**P.O. Box 100104**
**Columbia, SC 29202**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Account**

Is the claim subject to offset? ■ No  ☐ Yes

**$1,088.04**

---

**3.137**
Nonpriority creditor's name and mailing address
**Southern AG Carriers, Inc.**
**Attn:  Officer/Managing Agent**
**P.O. Box 50335**
**Albany, GA 31703-0335**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Account**

Is the claim subject to offset? ■ No  ☐ Yes

**$1,100.00**

---

**3.138**
Nonpriority creditor's name and mailing address
**Southern Substation**
**Attn:  Officer/Managing Agent**
**4522 Appleton Ave**
**Jacksonville, FL 32210**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Account**

Is the claim subject to offset? ■ No  ☐ Yes

**$9,015.00**

---

**3.139**
Nonpriority creditor's name and mailing address
**SPC Mechanical Corporation**
**Attn:  Officer/Managing Agent**
**P.O. Box 3006**
**Wilson, NC 27895**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Account**

Is the claim subject to offset? ■ No  ☐ Yes

**$6,211.00**

---

**3.140**
Nonpriority creditor's name and mailing address
**Sunbelt Rentals, Inc.**
**Attn:  Officer/Managing Agent**
**3116 Capital Blvd.**
**Raleigh, NC 27604**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Account**

Is the claim subject to offset? ■ No  ☐ Yes

**$13,030.88**

---

**3.141**
Nonpriority creditor's name and mailing address
**Suntrust Bank**
**Attn:  Officer/Managing Agent**
**P.O. Box 791250**
**Baltimore, MD 21279**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Account**

Is the claim subject to offset? ■ No  ☐ Yes

**$2,095.99**

---

**3.142**
Nonpriority creditor's name and mailing address
**Super Systems, Inc.**
**Attn:  Officer/Managing Agent**
**7205 Edington Dr.**
**Cincinnati, OH 45249**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Account**

Is the claim subject to offset? ■ No  ☐ Yes

**$1,325.00**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Sona BLW Precision Forge, Inc.** | Case number (if known) | **16-04336-5** |
|---|---|---|---|
| | Name | | |

---

**3.143** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$834.43**

**Systel Business Equipment**
**Attn:  Officer/Managing Agent**
**P.O. Box 41602**
**Philadelphia, PA 19101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Account**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.144** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$338.53**

**T&W Welding and Machine Co.**
**Attn:  Officer/Managing Agent**
**1896 Mallard Road**
**Smithfield, NC 27577**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Account**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.145** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$21,460.85**

**Taylor Enterprises, Inc.**
**Attn:  Officer/Managing Agent**
**2586 Southport road**
**Spartanburg, SC 29302**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Account**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.146** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,638.51**

**Tennant**
**Attn:  Officer/Managing Agent**
**P.O. Box 71414**
**Chicago, IL 60694**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Account**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.147** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$51,476.62**

**The PIC Group**
**Attn:  Officer/Managing Agent**
**36510 Treasury Center**
**Chicago, IL 60694-6500**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Account**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.148** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$18,697.99**

**The Roberts Company Field Svcs.**
**Attn:  Officer/Managing Agent**
**133 Forliness Road**
**Winterville, NC 28590**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Account**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.149** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,727.08**

**Thermal Metal Treating, Inc.**
**Attn:  Officer/Managing Agent**
**P.O. Box 367**
**Aberdeen, NC 28315**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Account**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Sona BLW Precision Forge, Inc.** | Case number (if known) | **16-04336-5** |
|---|---|---|---|
| | Name | | |

| 3.150 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $71,938.31 |
|---|---|---|---|

**TimkenSteel Corporation**
Attn: Officer/Managing Agent
28777 Network Place
Chicago, IL 60673

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Account__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.151 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $34,500.00 |
|---|---|---|---|

**Total Quality Logistics**
Attn: Officer/Managing Agent
P.O. Box 634558
Cincinnati, OH 45263-4558

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Account__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.152 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,280.01 |
|---|---|---|---|

**Town of Selma**
Attn: Officer/Managing Agent
100 North Raiford Street
Selma, NC 27576

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Account__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.153 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $302.98 |
|---|---|---|---|

**Uline Shipping Supplies**
Attn: Officer/Managing Agent
P.O. Box 88741
Chicago, IL 60680

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Account__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.154 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,073.81 |
|---|---|---|---|

**United Machine Works**
Attn: Officer/Managing Agent
P.O. Box 147
Stokes, NC 27884

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Account__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.155 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,593.17 |
|---|---|---|---|

**UPS**
Attn: Officer/Managing Agent
P.O. Box 7247-0244
Philadelphia, PA 19170-0001

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Account__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.156 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,976.65 |
|---|---|---|---|

**US Security Associates**
Attn: Officer/Managing Agent
P.O. Box 931703
Atlanta, GA 31193

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Account__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Sona BLW Precision Forge, Inc.** | Case number *(if known)* | **16-04336-5** |
|---|---|---|---|
| | Name | | |

| 3.157 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$249,660.17** |
|---|---|---|---|

**Vardhman Special Steels, Ltd**
**Attn: Officer/Managing Agent**
**C-58 Focal Point Ludhiana Punjab AL**
**INDIA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Account__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.158 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,509.90** |
|---|---|---|---|

**Waste Management**
**Attn: Officer/Managing Agent**
**P.O. Box 105453**
**Atlanta, GA 30348-5453**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Account__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.159 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$345.00** |
|---|---|---|---|

**WD Service Company**
**Attn: Officer/Managing Agent**
**P.O. Box 147**
**Bellmawr, NJ 08099**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Account__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.160 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$345.00** |
|---|---|---|---|

**WD Service Company**
**Attn: Officer/Managing Agent**
**P.O. Box 147**
**Bellmawr, NJ 08099**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Account__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.161 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$8,499.11** |
|---|---|---|---|

**Wesco CCA**
**Attn: Officer/Managing Agent**
**P.O. Box 642728**
**Pittsburgh, PA 15264-2728**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Account__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.162 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$324.74** |
|---|---|---|---|

**Yashvir Nandal**
**4002 Woodfield Lake Road**
**Cary, NC 27518**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Account__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| **Part 3:** | **List Others to Be Notified About Unsecured Claims** |
|---|---|

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

| Debtor | **Sona BLW Precision Forge, Inc.** | Case number (if known) | **16-04336-5** |
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **SONA AutoComp Germany**<br>**Klusring 22**<br>**49152 Bad Essen GERMANY** | Line  __3.129__<br><br>☐  Not listed. Explain ____ | _ |
| 4.2 | **Sona BLW Prazisionsschmiede GmbH**<br>**Attn:  Officer/Managing Agent**<br>**Frankfurter Ring 227 Munchen 80807**<br>**GERMANY** | Line  __3.131__<br><br>☐  Not listed. Explain ____ | _ |

| **Part 4:** | Total Amounts of the Priority and Nonpriority Unsecured Claims |

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $  14,302.25 |
| **5b. Total claims from Part 2** | 5b.  +  $ | 12,623,205.49 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c.  $ | 12,637,507.74 |

**Fill in this information to identify the case:**

Debtor name     **Sona BLW Precision Forge, Inc.**

United States Bankruptcy Court for the:     EASTERN DISTRICT OF NORTH CAROLINA

Case number (if known)     **16-04336-5**

☐ Check if this is an amended filing

# Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                     12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.     **Does the debtor have any executory contracts or unexpired leases?**
       ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
       ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal     Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | **Lease of Ajax Pacer 1 Induction Heather** <br><br><br> **AJAX Tocco Magnethermic** <br> **Attn:  Officer/Managing Agent** <br> **P.O. Box 78000** <br> **Detroit, MI 48278-1449** |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | **Supply Agreement** <br><br><br> **Dayco Manufacturing, Inc.** <br> **6116 US 70 West** <br> **Clayton, NC 27520** |
| **2.3.** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | **Lease of 2015 Ford Edge - Account number 52780578** <br><br><br> **Ford Credit** <br> **Attn:  Officer/Managing Agent** <br> **P.O. Box 542000** <br> **Omaha, NE 68154-8000** |
| **2.4.** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | **Rental agreement for forklift model S60FT** <br><br><br> **HYG Financial Services, Inc.** <br> **Attn:  Officer/Managing Agent** <br> **P.O. Box 643749** <br> **Pittsburgh, PA 15264** |

| Debtor 1 | Sona BLW Precision Forge, Inc. | | Case number *(if known)* | 16-04336-5 |
| | First Name        Middle Name        Last Name | | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.5.** State what the contract or lease is for and the nature of the debtor's interest — **Credit Facility Agreement**

State the term remaining

List the contract number of any government contract

**ICICI Bank Limited**
**500 Fifth Avenue, Floor 28**
**New York, NY 10110**

**2.6.** State what the contract or lease is for and the nature of the debtor's interest — **Supply Agreement**

State the term remaining

List the contract number of any government contract

**Linamar Corporation and Linergy Mfg**

**2.7.** State what the contract or lease is for and the nature of the debtor's interest — **Lease of New Shimada HS4200N Spindle CNC Lathe**

State the term remaining

List the contract number of any government contract

**Manufacturers Capital, LLC**
**414 Canal Street**
**New Smyrna Beach, FL 32168**

**2.8.** State what the contract or lease is for and the nature of the debtor's interest — **Rental of storage containers used at plant**

State the term remaining

List the contract number of any government contract

**Mobile Mini**
**Attn: Officer/Managing Agent**
**P.O. Box 79149**
**Phoenix, AZ 85062-9149**

**2.9.** State what the contract or lease is for and the nature of the debtor's interest — **Managed Service Agreement**

State the term remaining

List the contract number of any government contract

**Sam IT Solutions LLC**
**Attn: Officer/Managing Agent**
**7406 Chapel Hill Road**
**Morrisville, NC 27560**

**2.10.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any

**Sona BLW Global**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor 1 | **Sona BLW Precision Forge, Inc.** | | Case number *(if known)* | **16-04336-5** |
|---|---|---|---|---|
| | First Name        Middle Name        Last Name | | | |



### Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| government contract | |

| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of 2014 Toyota Camry - Account #0148033001390** | |
|---|---|---|---|
| | State the term remaining | | **Southeast Toyota Finance** |
| | List the contract number of any government contract | | **Attn: Officer/Managing Agent P.O. Box 991817 Mobile, AL 36691-8817** |

| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of 2 copiers** | |
|---|---|---|---|
| | State the term remaining | | **Systel Business Equipment** |
| | List the contract number of any government contract | | **Attn: Officer/Managing Agent P.O. Box 35870 Fayetteville, NC 28303** |

| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment Leases - Fuji CNC Lathe and Okuma CNC Lathe** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **TCF Equipment Finance, Inc. 11100 Wayzata Blvd., Suite 801 Hopkins, MN 55305** |

| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | **Rental Agreement for Mazak DT20RB** | |
|---|---|---|---|
| | State the term remaining | | **US Bancorp Equipment Finance** |
| | List the contract number of any government contract | | **Attn: Officer/Managing Agent PO Box 230789 Portland, OR 97281** |

**Fill in this information to identify the case:**

Debtor name  **Sona BLW Precision Forge, Inc.**

United States Bankruptcy Court for the:  EASTERN DISTRICT OF NORTH CAROLINA

Case number (if known)  **16-04336-5**

☐ Check if this is an amended filing

Official Form 206H

# Schedule H: Your Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

### 1. Do you have any codebtors?

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

### 2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1  **Sona Autocomp USA, LLC** | **500 Oak Tree Drive Selma, NC 27576** | **Suntrust Equipment Finance & Lease** | ■ D  __2.11__<br>☐ E/F  _____<br>☐ G  _____ |

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Sona BLW Precision Forge, Inc.** |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF NORTH CAROLINA |
| Case number (if known) | **16-04336-5** |

☐ Check if this is an amended filing

## Official Form 207
# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy          04/16

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:     Income**

1.  **Gross revenue from business**

    ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From **4/01/2016** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$3,776,406.00** |
| **For prior year:**<br>From **4/01/2015** to **3/31/2016** | ■ Operating a business<br>☐ Other _____ | **$8,200,689.00** |
| **For year before that:**<br>From **4/01/2014** to **3/31/2015** | ■ Operating a business<br>☐ Other _____ | **$42,307,839.00** |

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|
| | | |

**Part 2:     List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

    ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|
| | | | |

Debtor    **Sona BLW Precision Forge, Inc.**                    Case number *(if known)*  **16-04336-5**

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1.  **See Exhibit A** | | **$0.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ☐ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|
| **Manufacturers Capital, LLC**<br>**414 Canal Street**<br>**New Smyrna Beach, FL 32168** | **Debtor signed lease agreement for lathe and signed receipt showing equipment had been received but Debtor never received equipment** | | **Unknown** |

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:**    Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1.  **Michael McFarland v. Sona BLW Precision Forge, Inc.** | **Sexual Discrimination** | **EEOC** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.2.  **James Brown vs. Sona BLW Precision Forge, Inc.** | **Racial Discrimination** | **EEOC** | ☐ Pending<br>☐ On appeal<br>■ Concluded |

Debtor    **Sona BLW Precision Forge, Inc.**                    Case number *(if known)*  **16-04336-5**

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.3.  **Josh Grant vs. Sona BLW Precision Forge, Inc.** | **Workers Compensation claim** | | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.4.  **Greg Jones vs. Sona BLW Precision Forge, Inc.** | **Civil Action** | **Johnston County Superior Court** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8.  Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4:    Certain Gifts and Charitable Contributions**

9.  **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:    Certain Losses**

10.  **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

**Part 6:    Certain Payments or Transfers**

11.  **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

Debtor    **Sona BLW Precision Forge, Inc.**                                    Case number *(if known)*  **16-04336-5**

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Gerald A. Jeutter, Jr. Attorney at Law P.O. Box 12585 Raleigh, NC 27605** | | **August, 2016** | **$17,165.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |
| 11.2. | **John A. Northen Northen Blue, LLP P.O. Box 2208 Chapel Hill, NC 27515** | | **July, 2016** | **$2,700.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
   List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
   Do not include transfers already listed on this statement.

   ■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
   List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

   ☐ None.

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | **Sachin Maggo** | **2008 Honda** | **March 2016** | **$6,500.00** |
| | Relationship to debtor | | | |

| **Part 7:** | **Previous Locations** |
|---|---|

14. **Previous addresses**
   List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

   ■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

| **Part 8:** | **Health Care Bankruptcies** |
|---|---|

Debtor    **Sona BLW Precision Forge, Inc.**                                   Case number *(if known)* **16-04336-5**

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| | | |

**Part 9:    Personally Identifiable Information**

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

**Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| | | | | |

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|
| | | | |

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|
| **Selma Self Storage**<br>**P.O. Box 188**<br>**1003 S Pollock Street**<br>**Selma, NC** | **Richard Loh and Janet Peterson** | **Company records in two storage units - #133 and 193** | ☐ No<br>■ Yes |

Debtor    **Sona BLW Precision Forge, Inc.**                     Case number *(if known)* **16-04336-5**

---

**Part 11:**    **Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

---

**Part 12:**    **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

☐ No.
☑ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| **NCDENR - Division of Water Quality** | | **Water samples show levels of zinc and copper are higher than benchmark - waiting for NCDENR reponse** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

---

**Part 13:**    **Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

---

Debtor   **Sona BLW Precision Forge, Inc.**                                    Case number *(if known)*   **16-04336-5**

| Business name address | Describe the nature of the business | Employer Identification number |
|---|---|---|
| | | Do not include Social Security number or ITIN. |
| | | **Dates business existed** |

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

 ■ None

| Name and address | Date of service From-To |
|---|---|

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | | Date of service From-To |
|---|---|---|
| 26b.1. | **Cherry Bekaert**<br>**2626 Glenwood Avenue**<br>**Suite 200**<br>**Raleigh, NC 27608** | **2014 to present** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Carl Albert Petzoldt** | | **Board of Directors** | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Himansua Koirala** | | **Board of Directors** | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Todd Downie** | | **President** | |

Debtor    **Sona BLW Precision Forge, Inc.**                                    Case number *(if known)*  **16-04336-5**

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No
☑ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| **Parvinder Singh Ahluwalia** | | **President/Director** | **Resigned March 2016** |
| **Dr. Surinder Kapur** | | **Director** | **Deceased** |
| **Richard Loh** | | **Secretary** | **Resigned August 2016** |
| **Munish Sapra** | | **President** | **Resigned August 2016** |
| **Dominik Hastenrath** | | **Secretary** | |
| **Rodney Dean Kennedy** | | **Officer in Charge of ITAR Matters** | |
| **Dinesh Sharma** | | **Vice President of Operations** | |

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☑ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☐ No
☑ Yes. Identify below.

Debtor    **Sona BLW Precision Forge, Inc.**                                          Case number *(if known)*  **16-04336-5**

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| **Sona Autocomp, LLC** | **EIN:**    **26-2042481** |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☐  No
■  Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| **Sona Autocomp, LLC** | **EIN:**    **26-2042481** |

| Part 14: | Signature and Declaration |
|---|---|

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **September  2, 2016**

**/s/ Todd Downie**                                              **Todd Downie**
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor    **President**

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
☐ No
■ Yes

Exhibit A

**PAYMENTS TO VENDORS DURING 90 DAYS PRIOR TO 08/19/2016 (non payroll related)**

| 7/29/2016 | 705092 | 773.60 | AAA Scale Company, Inc. Wilson NC |
| 6/8/2016 | 704684 | 13,333.03 | ABP Induction LLC Union Grove WI |
| 7/29/2016 | 705031 | 88.01 | Accent Imaging, Inc. Raleigh NC |
| 6/23/2016 | 704750 | 3,837.40 | Accurate Infrared Controls, InChicago IL |
| 8/5/2016 | ACH/Wire | 675.64 | ADP FEES |
| 7/8/2016 | 704873 | 18,252.01 | AFC- Holcroft Detroit MI |
| 8/3/2016 | ACH/Wire | 7,171.85 | AFC-HOLCROFT |
| 6/28/2016 | 704810 | 7,549.20 | AFLAC GROUP INSURANCE COLUMBUS GA |
| 7/29/2016 | 705014 | 288.60 | Airgas National Welders Charlotte NC |
| 6/23/2016 | 704755 | 8,457.06 | AJAX TOCCO MAGNETHERMIC DETROIT MI |
| 7/21/2016 | 704965 | 1,824.00 | ALLIANCE BROACH AND TOOL EAST CHINA MI |
| 7/12/2016 | 704896 | 698.54 | Amazon.com Atlanta GA |
| 7/29/2016 | 705046 | 4,200.00 | American Broach & Machine CompYpsilanti MI |
| 7/29/2016 | 705084 | 22,258.00 | AMERICAN COMPENSATION INSURANCCOLUMBUS OH |
| 7/21/2016 | 704937 | 14,096.45 | American Express DALLAS TX |
| 7/29/2016 | 705009 | 2,078.29 | AMERIGAS PROPANE LP PITTSBURGH PA |
| 7/13/2016 | 704898 | 10,184.00 | ANDREW BELL |
| 7/29/2016 | 705068 | 20,132.12 | Apex Industrial Group Raleigh NC |
| 7/21/2016 | 704964 | 7,832.85 | ARAMARK DALLAS TX |
| 7/21/2016 | 704930 | 4,091.46 | AT & T MOBILITY CAROL STREAM IL |
| 7/29/2016 | 705024 | 144.99 | AT&T Atlanta GA |
| 7/21/2016 | 704973 | 76.60 | AT&T CAROL STREAM IL |
| 5/24/2016 | ACH/Wire | 29,445.81 | ATO AG |
| 6/28/2016 | 704801 | 266.50 | Automation Direct Atlanta GA |
| 7/8/2016 | 704844 | 12,763.79 | BlackHawk Industrial St. Louis MO |
| 6/8/2016 | 704657 | 303.83 | BLUSITE SOLUTIONS SOLUTIONS CUMING GA |
| 7/29/2016 | 705083 | 68,030.77 | BOLT EXPRESS CHICAGO IL |
| 7/20/2016 | 704913 | 427.00 | CAKES UNLIMITED BY BENISHA CLAYTON NC |
| 6/8/2016 | 704608 | 200.00 | CAMELIA KRENEK ROCHESTER MI |
| 7/21/2016 | 704942 | 249.84 | Carolina Ice Company Inc. Kinston NC |
| 7/29/2016 | 705113 | 228.49 | CDW Computer Centers, Inc. Chicago IL |
| 7/29/2016 | 705011 | 610.71 | CED Tarheel Cary NC |

| | | | |
|---|---|---|---|
| 6/28/2016 | 704807 | 30,783.61 | Ceratizit USA, INC NEWARK NJ |
| 5/18/2016 | 704518 | 392.95 | CEVA INTERNATIONAL INC CAROL STREAM IL |
| 8/15/2016 | ACH/Wire | 21,601.79 | CHARLES SCHWAB |
| 7/22/2016 | 704996 | 35,560.00 | CHERRY BEKAERT & HOLLAND LLP RICHMOND VA |
| 7/20/2016 | 704909 | 150.00 | CHRIS ENSIGN |
| 5/18/2016 | 704471 | 380.77 | CHRISTINE ARMIJO SELMA NC |
| 6/23/2016 | 704749 | 11,493.50 | CHUBB & SON PITTSBURGH PA |
| 7/20/2016 | ACH/Wire | 132,745.53 | CIGNA |
| 5/18/2016 | 704558 | 2,880.12 | CLASSY STITCHES CLAYTON NC |
| 6/8/2016 | 704694 | 169.26 | CONEXIS PASADENA CA |
| 7/29/2016 | 705078 | 42.70 | CORNERSTONE CUSTOM PRINTING Clayton NC |
| 6/23/2016 | 704780 | 39,861.50 | CORPORATE COST SOLUTIONS INC BABYLON NY |
| 6/23/2016 | 704740 | 391.00 | CORPORATION SERVICE COMPANY PHILADELPHIA PA |
| 7/21/2016 | 704945 | 224.00 | Covisint Detroit MI |
| 6/23/2016 | 704722 | 1,301.00 | CROTTS & SAUNDERS, LLC WINSTON SALEM NC |
| 7/29/2016 | 705056 | 2,351.48 | CRYSTAL SPRINGS DALLAS TX |
| 7/21/2016 | 704991 | 10,585.27 | Custom Coating, Inc. Auburn IN |
| 6/8/2016 | 704606 | 68.46 | CYNTHIA NETHERCUTT SELMA NC |
| 7/21/2016 | 704952 | 18,294.00 | Daryl Hopkins Middlesex NC |
| 7/20/2016 | 704912 | 66.29 | DAVID LLOYD |
| 7/21/2016 | 704983 | 27,822.00 | Dayco Manufacturing Inc Clayton NC |
| 7/29/2016 | 705007 | 200.00 | DEAN RAMSEY SELMA NC |
| 7/29/2016 | 705090 | 1,126.75 | DELAWARE SECRETARY OF STATE BINGHAMTON NY |
| 6/23/2016 | 704723 | 45.69 | Dillon Supply Company CHARLOTTE NC |
| 7/8/2016 | 704891 | 8,372.21 | DIRECT ENERGY BUSINESS CHARLOTTE NC |
| 7/21/2016 | 704955 | 1,403.06 | Dixie Machine Tools Easley SC |
| 7/8/2016 | 704886 | 4,132.50 | DMG/ MORI USA Itasca IL |
| 7/29/2016 | 705023 | 19,765.12 | DSV AIR & SEA INC. US PITTSBURGH PA |
| 7/6/2016 | 704821 | 81,210.47 | DUKE ENERGY PROGRESS CHARLOTTE NC |
| 4/29/2016 | 704420 | 81,377.91 | DUKE ENERGY PROGRESS Raleigh NC |
| 6/23/2016 | 704730 | 106.62 | Electrical Equipment Co. Raleigh NC |
| 5/18/2016 | 704550 | 2,563.00 | EMAG L.L.C. Farmington Hills MI |
| 6/23/2016 | 704758 | 131.47 | Enterprise Rent-A-Car ATLANTA GA |
| 5/18/2016 | 704472 | 607.64 | ERIC GILBERT COLUMBIA TN |

| 8/5/2016 | 705132 | 24,359.15 | EXECUTIVE PERSONNEL GROUP, LLCWASHINGTON NC |
| 7/29/2016 | 705111 | 2,343.00 | Fanuc America Corporation Chicago IL |
| 7/29/2016 | 705019 | 21,268.58 | FASTENAL WINONA MN |
| 7/29/2016 | 705042 | 2,878.18 | Fedex Freight East PITTSBURGH PA |
| 7/29/2016 | 705047 | 28,958.50 | Fedex Pittsburgh PA |
| 7/21/2016 | 704923 | 911.75 | FELICITY BARBER LAKE ORION MI |
| 6/8/2016 | 704636 | 245.50 | Festo Corporation Buffalo NY |
| 5/18/2016 | 704512 | 8,481.88 | FIBRO ROCKFORD IL |
| 8/10/2016 | 705147 | 13,687.47 | FOCUS MANAGEMENT GROUP USA INC |
| 7/6/2016 | 704819 | 488.46 | FORD CREDIT DETROIT MI |
| 7/8/2016 | 704884 | 8,670.79 | Forging Equipment Solutions, IMedina OH |
| 8/8/2016 | 705144 | 13,328.17 | Fuchs Lubricants Company CHICAGO IL |
| 7/29/2016 | 705073 | 2,116.80 | G & W Equipment Charlotte NC |
| 6/8/2016 | 704645 | 3,150.00 | Garfinkel Immigration Law FirmCharlotte NC |
| 7/29/2016 | 705003 | 18,182.49 | GENERAL MACHINE & SAW Marion OH |
| 7/19/2016 | 704907 | 11,146.10 | GERALD A JEUTTER, JR |
| 6/20/2016 | 792175 | 120,939.96 | GERDAU |
| 6/8/2016 | 704696 | 4,661.26 | GERDAU SPECIAL STEEL (Fort SmiDetroit MI |
| 6/23/2016 | 704713 | 44,760.48 | GERDAU SPECIAL STEEL (Jackson)Detroit MI |
| 6/28/2016 | 704785 | 50,912.78 | GERDAU SPECIAL STEEL (Monroe) Detroit MI |
| 6/24/2016 | ACH/Wire | 13,187.00 | GERLIEVA |
| 7/12/2016 | ACH/Wire | 25,449.55 | GIF |
| 7/21/2016 | 704941 | 1,680.00 | GKI, Inc. Chrystal Lake IL |
| 7/21/2016 | 704950 | 1,083.60 | Global EDM CINCINNATI OH |
| 7/29/2016 | 705062 | 134.87 | Gothams Deli Smithfield NC |
| 7/8/2016 | 704842 | 1,269.50 | Grainger Inc. Palatine IL |
| 7/29/2016 | 705074 | 3,185.54 | Graphel Corporation Inc. WEST CHESTER OH |
| 5/18/2016 | 704521 | 29,360.00 | GTI Spindle Technology, Inc. Manchester NH |
| 7/29/2016 | 705010 | 15,453.74 | Hagemeyer North America Inc. Atlanta GA |
| 7/29/2016 | 705036 | 292.02 | Hampton Inn SELMA NC |
| 7/8/2016 | 704859 | 970.00 | HANOVER INSURANCE CO CHARLOTTE NC |
| 7/29/2016 | 705032 | 1,625.00 | Hardee's Lawn Precison Cut IncClayton NC |
| 6/24/2016 | 704782 | 5,322.49 | HARDINGE INC |
| 5/18/2016 | 704543 | 1,744.51 | Hardinge Inc. Buffalo NY |

| 7/21/2016 | 704921 | 4,262.17 | HARIET TISCHER ROCHESTER MI |
| 5/18/2016 | 704555 | 450.00 | Hartwell & Associates, LLC CHARLESTON SC |
| 8/17/2016 | ACH/Wire | 747.00 | HEALTH EQUITY |
| 7/21/2016 | 704972 | 110.60 | HEALTH EQUITY DRAPER UT |
| 6/8/2016 | 704619 | 475.00 | HEAT TREATING SERVICES ULTD. ISIMPSONVILLE SC |
| 5/18/2016 | 704515 | 10,100.00 | Helm Instrument Co. Inc. Cincinnati OH |
| 7/21/2016 | 704961 | 3,531.20 | HOLIDAY INN EXPRESS & SUITES SMITHFIELD NC |
| 7/29/2016 | 705026 | 2,677.66 | HOLLAND (HMES) CHICAGO IL |
| 7/29/2016 | 705120 | 625.00 | Hudson Cleveland OH |
| 7/21/2016 | 704966 | 1,540.15 | HYG FINANCIAL SERVICES INC PITTSBURGH PA |
| 7/29/2016 | ACH/Wire | 5,233.13 | ICICI BANK |
| 7/8/2016 | 704848 | 28.39 | Ingersoll-Rand Co. CHICAGO IL |
| 7/29/2016 | 705094 | 2,246.19 | Inline Fluidpower Smithfield NC |
| 6/16/2016 | ACH/Wire | 35,803.26 | INNOVA |
| 7/29/2016 | 705087 | 18,750.00 | INTERNATIONAL SEARCH PARTNERS LA MESA CA |
| 7/29/2016 | 705034 | 15,673.67 | Ionic Technologies Greenville SC |
| 8/4/2016 | 705131 | 2,607.30 | J & S Fluid Power, LLC Rocky Mount NC |
| 7/29/2016 | 705064 | 395.00 | J. R. Lane Plumbing Co. LLC Raleigh NC |
| 8/5/2016 | 705136 | 470.00 | JANET PETERSON |
| 6/28/2016 | 704794 | 183.24 | JASON HOGLE LEROY NY |
| 8/5/2016 | 705133 | 137.20 | JENNIFER PIERCE |
| 6/24/2016 | ACH/Wire | 2,756.59 | JG WEISSER |
| 7/8/2016 | 704831 | 150.00 | JOHN CUTLER SELMA NC |
| 7/29/2016 | 705058 | 6,007.50 | K&J ENTERPRISES DURHAM NC |
| 6/24/2016 | ACH/Wire | 3,675.24 | KARL KLINK |
| 6/8/2016 | 704638 | 384.20 | Kasto-Racine inc. Pittsburgh PA |
| 7/29/2016 | 705063 | 14,760.00 | Ka-Wood Gear & Machine CompanyMadison Heights MI |
| 7/8/2016 | 704879 | 1,762.92 | KONECRANES Springfield OH |
| 7/29/2016 | 705079 | 84.00 | LABORATORY CORPORATION OF AMERBURLILNGTON NC |
| 7/29/2016 | 705102 | 25,116.00 | LANDSTAR EXPRESS AMERICA, INC CHICAGO IL |
| 6/8/2016 | 704633 | 786.00 | Lansing Forge Inc. Lansing MI |
| 6/23/2016 | 704724 | 17,586.91 | Latrobe Specialty Steel Co. Pittsburgh PA |
| 8/12/2016 | ACH/Wire | 3,345.27 | LEUE & NILL |
| 7/21/2016 | 704928 | 5,456.81 | Livingston & Haven Charlotte NC |

| Date | Check | Amount | Payee |
|---|---|---|---|
| 7/29/2016 | 705013 | 3,266.31 | Lowes Business Account Atlanta GA |
| 5/18/2016 | 704493 | 5,953.67 | MACHINE TECH, INC. Clover SC |
| 7/8/2016 | 704860 | 434.70 | Mager Scientific, Inc. Dexter MI |
| 7/1/2016 | ACH/Wire | 18,845.00 | MANNING FULTON |
| 8/4/2016 | 705130 | 6,436.33 | MANNING, FULTON |
| 6/6/2016 | 704598 | 450.00 | MANUFACTURERS CAPITAL, LLC |
| 8/5/2016 | 705138 | 50.00 | MARK LUGIBILL |
| 7/8/2016 | 704845 | 348.87 | Mazak Corporation Cincinnati OH |
| 6/8/2016 | 704615 | 139.44 | McMaster Carr Supply Company Chicago IL |
| 7/22/2016 | 704994 | 81.10 | MELANIE MORGAN SELMA NC |
| 7/29/2016 | 705080 | 15,180.63 | METLIFE GROUP BENEFITS KANSAS CITY MO |
| 6/8/2016 | 704667 | 36.99 | Metro Technologies Raleigh NC |
| 7/21/2016 | 704963 | 1,760.00 | Michigan Spline Gage Company Hazel Park MI |
| 8/3/2016 | ACH/Wire | 2,255.60 | MIKRON |
| 6/8/2016 | 704653 | 920.00 | Mitsubishi ElectricAutomation,CHICAGO IL |
| 7/21/2016 | 704969 | 5,070.56 | MOBILE MINI CINCINNATI OH |
| 7/27/2016 | 704998 | 7,374.92 | MOORES MACHINE COMPANY OF SANFORD |
| 8/10/2016 | 705145 | 33,095.61 | MOORE'S MACHINE COMPANY OF SANFORD |
| 7/29/2016 | 705041 | 1,886.26 | Morrisette Paper Co. CHARLOTTE NC |
| 6/23/2016 | 704725 | 368.11 | Motion Industries Inc. Atlanta GA |
| 6/2/2016 | ACH/Wire | 224.00 | MOVING SYSTEMS LLC |
| 7/29/2016 | 705097 | 18,041.03 | MSC Industrial Supply Palatine IL |
| 7/19/2016 | 704906 | 1,500.00 | MUNISH SAPRA |
| 5/18/2016 | 704492 | 135.00 | NC DEPARTMENT OF LABOR/OSHA DIRALEIGH NC |
| 7/19/2016 | 704904 | 4,967.58 | NC DEPARTMENT OF REVENUE |
| 5/18/2016 | 704572 | 1.80 | NC QUICK PASS MORRISVILLE NC |
| 6/15/2016 | 704707 | 9,294.00 | NC STATE UNIVERSITY ACCOUNTS RECEIVABLE |
| 7/21/2016 | 704948 | 1,433.99 | Nelson Oil Company Hickory NC |
| 7/21/2016 | 704986 | 520.09 | NISSSAN MOTOR ACCEPTANCE CORP CINCINNATI OH |
| 6/23/2016 | 704776 | 520.09 | NISSSAN MOTOR ACCEPTANCE CORP PHOENIX AZ |
| 7/20/2016 | 704914 | 2,700.00 | NORTHERN BLUE LLP |
| 7/21/2016 | 704970 | 10,195.77 | Ogletree, Deakins,Nash Columbia SC |
| 7/29/2016 | 705028 | 110.58 | Old Dominion Freight Line Inc.Atlanta GA |
| 7/29/2016 | 705104 | 313.72 | Omega Engineering, Inc Atlanta GA |

| | | | |
|---|---|---|---|
| 6/8/2016 | 704656 | 457.50 | ORBIS Corporation CHICAGO IL |
| 5/18/2016 | 704486 | 977.80 | PACE ANALYTICAL SERVICES, INC.CHICAGO IL |
| 7/29/2016 | 705038 | 3,753.00 | Parson's Woodworking, Inc Rocky Mount NC |
| 7/22/2016 | 704993 | 40.00 | PATRICK HERDER SELMA NC |
| 5/18/2016 | 704469 | 156.24 | PATRICK NORRIS SELMA NC |
| 6/23/2016 | 704715 | 40.00 | PAUL EDMONDSON SELMA NC |
| 7/21/2016 | 704975 | 2,108.54 | PCS COMPANY Detroit MI |
| 7/21/2016 | 704960 | 2,568.29 | Piedmont Natural Gas Dallas TX |
| 5/18/2016 | 704581 | 425.93 | PITNEY BOWES GLOBAL FINANCIAL PITTSBURGH PA |
| 7/29/2016 | 705015 | 540.95 | Pitney Bowes PITTSBURGH PA |
| 5/18/2016 | 704570 | 1,850.00 | Power Products & Solutions, LLCharlotte NC |
| 7/21/2016 | 704988 | 10,528.17 | PREMIUM ASSIGNMENT CORPORATIONTALLAHASSEE FL |
| 7/8/2016 | 704874 | 16,777.60 | PRESS, Inc. Morristown TN |
| 6/22/2016 | 792176 | 3,964.00 | PRODUCT SERVICE CENTER |
| 7/8/2016 | 704864 | 565.77 | Professional Fire ExtinguisherClayton NC |
| 7/29/2016 | 705035 | 282.00 | Q-Mark Manufacturing, Inc RANCHO SANTA MARGARITA CA |
| 7/8/2016 | 704857 | 1,322.02 | Quill Corporation Philadelphia PA |
| 6/8/2016 | 704622 | 253.58 | R&L Carriers Port William OH |
| 7/29/2016 | 705060 | 266.88 | RED STAR OIL CO, INC Raleigh NC |
| 7/29/2016 | 705006 | 609.14 | Rhett Allison SELMA NC |
| 6/8/2016 | 704605 | 541.02 | RICHARD LOH CHAPEL HILL NC |
| 5/11/2016 | 704458 | 53.75 | RISHI KOCHAR |
| 7/8/2016 | 704833 | 221.78 | RISHI KOCHAR SELMA NC |
| 7/8/2016 | 704872 | 5,852.90 | RL KUNZ Air System Pros GREENVILLE NC |
| 7/29/2016 | 705116 | 883.00 | Rochester Midland Corp Rochester NY |
| 7/29/2016 | 705049 | 3,816.94 | ROCKY MOUNT ELECTRIC MOTOR LLCROCKY MOUNT NC |
| 7/29/2016 | 705021 | 21,062.00 | Rodeco Company, Inc. Sanford NC |
| 7/29/2016 | 705005 | 168.00 | SACHIN MAGGO SELMA NC |
| 6/23/2016 | 704732 | 890.27 | Safety Kleen Corp Pittsburgh PA |
| 7/6/2016 | 704828 | 9,400.73 | Saf-Gard Safety Shoe Company Greensboro NC |
| 7/13/2016 | 704901 | 4,463.35 | SALEM TOOLS, INC |
| 7/29/2016 | 705044 | 2,483.76 | Salem Tools, Inc. CHARLOTTE NC |
| 7/21/2016 | 704974 | 9,063.58 | Sam Analytic Solutions LLC (SaRaleigh NC |
| 7/21/2016 | 704958 | 249.00 | Samsco Corporation Cleveland OH |

| Date | Check # | Amount | Payee |
|---|---|---|---|
| 7/8/2016 | 704862 | 2,496.00 | SB MACHINE TOOLS - DO NOT USE CHICAGO IL |
| 7/29/2016 | 705037 | 3,578.00 | SB MACHINE TOOLS CHICAGO IL |
| 8/5/2016 | 705137 | 100.00 | SCOTT FINLEY |
| 7/8/2016 | 704880 | 545.22 | Selas Heat Technology Company,Streetsboro OH |
| 7/29/2016 | 705030 | 1,012.00 | SENN DUNN - GSO GREENSBORO NC |
| 7/21/2016 | 704959 | 2,372.14 | Serapid USA Inc Sterling Heights MI |
| 6/8/2016 | 704637 | 266.88 | SFI Electronics, Inc CHARLOTTE NC |
| 7/29/2016 | 705066 | 11,199.84 | Shamrock Environmental CorporaBrowns Summit NC |
| 7/21/2016 | 704946 | 159.76 | Shred-it Alamance NC |
| 6/23/2016 | 704734 | 846.64 | Simplex Grinnell PALATINE IL |
| 6/8/2016 | 704688 | 659.75 | SMITHFIELD CITY FLORIST INC SMITHFIELD NC |
| 6/24/2016 | ACH/Wire | 208,022.60 | SONA INDIA |
| 6/24/2016 | ACH/Wire | 17,400.76 | SOURCE SCAN |
| 6/29/2016 | ACH/Wire | 12,443.68 | SOURCE SCAN AGENCY |
| 7/29/2016 | 705051 | 3,821.57 | Southeast Industrial EquipmentCHARLOTTE NC |
| 7/6/2016 | 704823 | 328.80 | SOUTHEAST TOYOTA FINANCE CHARLOTTE NC |
| 7/29/2016 | 705022 | 1,694.15 | Southeastern Freight Columbia SC |
| 7/29/2016 | 705008 | 2,800.00 | SOUTHERN AG CARRIERS INC ALBANY GA |
| 7/21/2016 | 704976 | 6,712.00 | SPC Mechanical Corporation Wilson NC |
| 7/29/2016 | 705061 | 125.96 | SRS Graphics Selma NC |
| 7/21/2016 | 704957 | 863.70 | STAPLES ATLANTA GA |
| 6/28/2016 | 704805 | 1,418.73 | Statesville Process InstrumentStatesville NC |
| 6/28/2016 | 792177 | 67,742.51 | STEEL DYNAMICS |
| 8/5/2016 | 705139 | 1,889.18 | STEPHEN VOGT |
| 7/21/2016 | 704922 | 3,390.10 | STEPHEN VOGT COLLEGE STATION TX |
| 7/8/2016 | 704850 | 6,530.15 | Sunbelt Rentals, Inc Raleigh NC |
| 7/21/2016 | 704938 | 4,421.02 | SUNTRUST BANK BALTIMORE MD |
| 7/21/2016 | 704939 | 39,252.76 | SUNTRUST EQUIPMENT FINANCE & LBALTIMORE MD |
| 7/29/2016 | 705117 | 450.00 | SUPER SYSTEMS, Inc Cincinnati OH |
| 6/23/2016 | 704741 | 7,040.00 | Superior Die Set Corp OAK CREEK WI |
| 7/29/2016 | 705086 | 601.46 | SYSTEL BUSINESS EQUIPMENT PHILADELPHIA PA |
| 6/8/2016 | 704652 | 180.99 | Systel Office Automation Fayetteville NC |
| 6/15/2016 | 704706 | 2,311.92 | T&W WELDING AND MACHINE CO |
| 7/29/2016 | 705126 | 3,380.00 | Taylor Enterprises, Inc. Spartanburg SC |

| Date | Number | Amount | Payee |
|------|--------|--------|-------|
| 7/29/2016 | 705012 | 7,716.50 | TCF EQUIPMENT FINANCE INC. MINNEAPOLIS MN |
| 6/8/2016 | 704627 | 632.93 | TENNANT Chicago IL |
| 6/28/2016 | 704789 | 32.01 | TERRILL LEWELLEN CLAYTON NC |
| 6/7/2016 | 704599 | 2,764.00 | THE PERFECT WORKDAY COMPANY |
| 8/12/2016 | ACH/Wire | 51,274.12 | The PIC Group CHICAGO IL |
| 6/23/2016 | 704773 | 24,255.00 | The Roberts Company Field ServWinterville NC |
| 7/8/2016 | 704887 | 5,282.00 | The RoviSys Company Cleveland OH |
| 7/29/2016 | 705004 | 5,252.52 | Thermal Metal Treating, Inc. Aberdeen NC |
| 7/13/2016 | 704900 | 5,828.36 | TODD DOWNIE |
| 4/20/2016 | 704357 | 303.83 | TOI TOI OF NORTH CAROLINA Cumming GA |
| 7/21/2016 | 704932 | 3,737.46 | Town of Selma Selma NC |
| 5/18/2016 | 704511 | 313.14 | TOYOTA INDUSTRIES COMMERCIAL FCAROL STREAM IL |
| 7/29/2016 | 705127 | 20,335.00 | TQL (TOTAL QUALITY LOGISTICS) CINCINNATI OH |
| 7/8/2016 | 704853 | 1,835.00 | TR Electronic, Inc Troy MI |
| 7/21/2016 | 704918 | 38.88 | TRACY KING SELMA NC |
| 7/29/2016 | 705114 | 592.29 | ULINE SHIPPING SUPPLIES CHICAGO IL |
| 5/18/2016 | 704580 | 13,130.00 | UNITED EMPLOYMENT GROUP INC ALLENTOWN PA |
| 8/5/2016 | 705135 | 4,577.32 | United Machine Works, Inc. Stokes NC |
| 6/30/2016 | 792178 | 231.40 | UPS BROKERAGE |
| 6/8/2016 | 704671 | 20.52 | UPS Supply Chain Solutions Chicago IL |
| 6/23/2016 | 704737 | 926.10 | UPS United Parcel Service Philadelphia PA |
| 7/21/2016 | 704956 | 3,504.64 | US Bancorp Equipment Finance ST LOUIS MO |
| 7/29/2016 | 705048 | 4,848.48 | US SECURITY ASSOCIATES ATLANTA GA |
| 7/29/2016 | ACH/Wire | 197,791.82 | VARDHAM |
| 6/27/2016 | ACH/Wire | 259,717.16 | VARDHMAN |
| 7/29/2016 | 705059 | 1,351.58 | Vision Service Plan Los Angeles CA |
| 6/21/2016 | 704712 | 85.39 | WALTER BROWN |
| 7/29/2016 | 705054 | 741.48 | WASTE MANAGEMENT ATLANTA GA |
| 7/29/2016 | 705121 | 345.00 | WD SERVICE COMPANY BELLMAWR NJ |
| 7/29/2016 | 705103 | 10,915.51 | WESCO - CCA Pittsburgh PA |
| 7/21/2016 | 704931 | 2,506.77 | WINDSTREAM COMMUNICATIONS LOUISVILLE KY |
| 7/29/2016 | 705017 | 60.00 | Wood Pest Control Smithfield NC |
| 7/29/2016 | 705089 | 315.15 | XPO LOGISTICS FREIGHT INC PORTLAND OR |
| | | 315.15 | **XPO LOGISTICS FREIGHT INC PORTLAND OR Total** |

7,186,237.76  **Grand Total**

## United States Bankruptcy Court
### Eastern District of North Carolina

In re   **Sona BLW Precision Forge, Inc.**                                    Case No.   **16-04336-5**

                                          Debtor(s)                          Chapter   **7**

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **September  2, 2016**                        **/s/ Todd Downie**

                                                      **Todd Downie/President**
                                                      Signer/Title

AAA Scale Company, Inc.
Attn: Officer/Managing Agent
P.O. Box 7056
Wilson, NC 27895

Accent Imaging, Inc.
Attn: Officer/Managing Agent
8121 Brownleigh Dr.
Raleigh, NC 27617

Advanced Calibration Label, LLC
Attn: Officer/Managing Agent
2035 Contractors Road, Ste 7
Sedona, AZ 86336

AFC-Holcroft
Attn: Officer/Managing Agent
P.O. Box 67000
Detroit, MI 48267

Air Liquide Industrial US
Attn: Officer/Managing Agent
180 W. Germantown Pike
Norristown, PA 19401

Airgas National Welders
Attn: Officer/Managing Agent
P.O. Box 601985
Charlotte, NC 28260-1985

AJAX Tocco Magnethermic
Attn: Officer/Managing Agent
P.O. Box 78000
Detroit, MI 48278-1449

Allred Mechanical Services, Inc.
Attn: Officer/Managing Agent
P.O. Box 7663
Rocky Mount, NC 27804

American Broach and Machine Co.
Attn: Officer/Managing Agent
575 South Mansfield St.
Ypsilanti, MI 48197

Amerigas Propane LP
Attn: Officer/Managing Agent
P.O. Box 371473
Pittsburgh, PA 15250-7473

Apex Industrial Group
Attn: Officer/Managing Agent
6509 Hilburn Dr., Suite 100
Raleigh, NC 27613

Aramark/AUS Central Lockbox
Attn: Officer/Managing Agent
P.O. Box 731676
Dallas, TX 75376

AT&T Mobility
Attn: Officer/Managing Agent
P.O. Box 5014
Carol Stream, IL 60197-5014

Atmosphere Engineering Company
Attn: Officer/Managing Agent
419 W. Boden Street
Milwaukee, WI 53207

ATO AG
Attn: Managing Agent
ViaPenate, 4-6850 Mendrisio
SWITZERLAND

Augustin Partners, LLC
Attn: Officer/Managing Agent
300 East 42nd St., 14th Floor
New York, NY 10017

B.V. Tech
Attn: Officer/Managing Agent
Bliesstrabe 31 Gersheim 5
GERMANY

BlackHawk Industrial
Attn: Officer/Managing Agent
P.O. Box 8599
Saint Louis, MO 63126

Bolt Express
Attn: Officer/Managing Agent
75 Remittance Dr., Ste 1231
Chicago, IL 60675

Braj Aggarwal, CPA, P.C.
Attn: Officer/Managing Agent
37-05 74th Street, 3rd Floor
Jackson Heights, NY 11372

Callaway Industrial Services, Inc.
Attn: Officer/Managing Agent
P.O. Box 3128
Mooresville, NC 28117

Carolina Ice Company
Attn: Officer/Managing Agent
2466 Old Poole Rd.
Kinston, NC 28504

Carr Lane Roemheld Mfg. Co.
Attn: Officer/Managing Agent
927 Horan Drive
Fenton, MO 63026

CDW Computer Centers, Inc.
Attn: Officer/Managing Agent
P.O. Box 75723
Chicago, IL 60675

CEFI, S.R.L.
Attn: Officer/Managing Agent
Viale America 4 Castellamonte 100
ITALY

Ceratizit USA, Inc.
Attn: Officer/Managing Agent
P.O. Box 13235
Newark, NJ 07101-3235

Charles Xavier Bynum
7904 Mcguire Dr.
Raleigh, NC 27616

Cherry Bekaert & Holland, LLP
Attn:  Officer/Managing Agent
P.O. Box 25549
Richmond, VA 23261-5549

Dayco Manufacturing
Attn:  Officer/Managing Agent
6116 US 70 Hwy. W.
Clayton, NC 27520

Electric Equipment Co.
Attn:  Officer/Managing Agent
P.O. Box 37339
Raleigh, NC 27627

Cleveland Deburring Machine Company
Attn:  Officer/Managing Agent
3370 West 140th Street
Cleveland, OH 44111

Dayco Manufacturing, Inc.
6116 US 70 West
Clayton, NC 27520

Elind SPA, Attn:  Officer/Agent
Viale Delle Industrie 17
10078 Venaria Reale TO
ITALY

Conveying Solutions
Attn:  Officer/Managing Agent
P.O. Box 1866
Charleston, WV 25327

Delia  Valdiviezo
204 Duke St.
Garner, NC 27529

Escape Proof, Inc.
Attn:  Officer/Managing Agent
1496 Durham St. Oakville Ontario
CANADA

Cooley Wire Products Mfg., Co.
Attn:  Officer/Managing Agent
5025 North River Road
Schiller Park, IL 60176

Dieffenbacher North America
Attn:  Officer/Managing Agent
9495 Twin Oaks Drive Windsor Ontari
CANADA

Fastenal
Attn:  Officer/Managing Agent
P.O. Box 978
Winona, MN 55987

Covisint
Attn:  Officer/Managing Agent
P.O. Box 674600
Detroit, MI 48267-4600

Dillon Supply Co., Inc.
Attn:  Officer/Managing Agent
P.O. Box 602541
Charlotte, NC 28260-2541

Federal Express Corporation
Attn:  Officer/Managing Agent
P.O. Box 371461
Pittsburgh, PA 15250-7461

Crotts & Saunders, LLC
Attn:  Officer/Managing Agent
2709 Boulder Park Court
Winston Salem, NC 27101-4776

Direct Energy Business
Attn:  Officer/Managing Agent
P.O. Box 32179
New York, NY 10087-2179

Federal Express Freight East
Attn:  Officer/Managing Agent
P.O. Box 223125
Pittsburgh, PA 15251-2125

Crystal Springs
Attn:  Officer/Managing Agent
P.O. Box 660579
Dallas, TX 75266-0579

DSV Air & Sea, Inc.
Attn:  Officer/Managing Agent
P.O. Box 200876
Pittsburgh, PA 15251-0876

Felicity  Barber
217 Charlevoix St.
Clawson, MI 48017

Custom Coating, Inc.
Attn:  Officer/Managing Agent
1937 Jacob Street
Auburn, IN 46706

Duke Energy
Attn:  Officer/Managing Agent
P.O. Box 1003
Charlotte, NC 28201-1003

Focus Management Group
Attn:  Officer/Managing Agent
5001 West Lemon St
Tampa, FL 33609

Daryl Hopkins dba Fast Track Expedi
Attn:  Officer/Managing Agent
6054 S. NC Hwy 231
Middlesex, NC 27557

Edwards Inc.
Attn:  Officer/Managing Agent
4119 Sheep Pasture Road
Spring Hope, NC 27882

Ford Credit
Attn:  Officer/Managing Agent
P.O. Box 552679
Detroit, MI 48255

Ford Credit
Attn: Officer/Managing Agent
P.O. Box 542000
Omaha, NE 68154-8000

Forging Industry Association
Attn: Officer/Managing Agent
1111 Superior Ave., Suite 615
Cleveland, OH 44114

Fraisa USA
Attn: Officer/Managing Agent
1111 Superior Ave., Ste 615
Cleveland, OH 44114

Fuchs Lubricants Co.
Attn: Officer/Managing Agent
17050 Lathrop Avenue
Harvey, IL 60426

Fujifilm North America Corporation
Attn: Officer/Managing Agent
Dept. CH19009
Palatine, IL 60055-9009

G&W Equipment
Attn: Officer/Managing Agent
600 Lawton Road
Charlotte, NC 28216

Garfinkel Immigration Law Firm
Attn: Officer/Managing Agent
6100 Fairview Rd., Suite 200
Charlotte, NC 28210

General Machine & Saw Co.
Attn: Officer/Managing Agent
740 West Center Street
Marion, OH 43302

GerdauSpecial Steel
Attn: Officer/Managing Agent
P.O. Box 67000
Detroit, MI 48267

Gerlieva Spruhtechnik
Attn: Officer/Managing Agent
Tiergarten Str. 8, 79423 Heitershei
 GERMANY

GKI, Inc.
Attn: Officer/Managing Agent
6204 Factory Rd.
Crystal Lake, IL 60014

Global EDM
Attn: Officer/Managing Agent
P.O. Box 713680
Cincinnati, OH 45271

Global Premium Finance Company
Attn: Officer/Managing Agent
One South Jefferson Street
Roanoke, VA 24011

Graphel Corporation, Inc.
Attn: Officer/Managing Agent
P.O. Box 369
West Chester, OH 45071

Great American Insurance Group
Attn: Officer/Managing Agent
3561 Solutions Center
Chicago, IL 60677

Greg Jones
c/o Kevin Joyner
2301 Sugar Bush Rd, Ste 600
Raleigh, NC 27612

Hagemeyer North America, Inc.
Attn: Officer/Managing Agent
P.O. Box 404753
Atlanta, GA 30384

Hampton Inn
Attn: Officer/Managing Agent
1695 Outlet Center Dr.
Selma, NC 27576

Hardee's Lawn Precision Cut, Inc.
Attn: Officer/Managing Agent
2699 Government Rd.
Clayton, NC 27520

Harriet Tischer
563 Jacob Way, Apt 206
Rochester, MI 48307

Hartzog Granite Company
Attn: Officer/Managing Agent
120 marvin Place Road
Lynchburg, VA 24503

Heat Treating Services LTD., Inc.
Attn: Officer/Managing Agent
P.O. Box 1889
Simpsonville, SC 29681

Heatbath Corporation
Attn: Officer/Managing Agent
P.O. box 51048
Indian Orchard, MA 01151

Hitachi Metals America, LLC
Attn: Officer/Managing Agent
85 West Algonquin Rd. Ste 400
Arlington Heights, IL 60005

Holland (HMES)
Attn: Officer/Managing Agent
27052 Network Place
Chicago, IL 60673-1270

HYG Financial Services, Inc.
Attn: Officer/Managing Agent
P.O. Box 643749
Pittsburgh, PA 15264

IBI Group of North Carolina, PC
Attn: Officer/Managing Agent
801 Corporate Center Dr.
Raleigh, NC 27607

IC-Fluid Power, Inc.
Attn:  Officer/Managing Agent
63 Dixie Highway
Rossford, OH 43460

J.G. Weisser Sohne
Werkzuegmaschinenfabrik
1531 Georgen
GERMANY

Keith Currie
292 Buck Dunn Rd.
Four Oaks, NC 27524

ICICI Bank Limited
Attn:  Officer/Manager
500 Fifth Avenue, Floor 28
New York, NY 10110

J.J. Keller & Associates, Inc.
Attn:  Officer/Managing Agent
P.O. Box 548
Neenah, WI 54957

Kone Cranes
Attn:  Officer/Managing Agent
4401 Gateway Blvd.
Springfield, OH 45502

ICICI Bank Limited
500 Fifth Avenue, Floor 28
New York, NY 10110

Javontae Davis
751 Country Store Rd.
Selma, NC 27576

Lamont Pettiway
725 Oak Grove Inn Rd
Selma, NC 27576-5949

Ingersoll-Rand Co.
Attn:  Officer/Managing Agent
15768 Collections Center Dr.
Chicago, IL 60693

John Cutler
105 Prancer Circle
Selma, NC 27576

Landstar Express America, Inc.
Attn:  Officer/Managing Agent
16881 Collection Center Drive
Chicago, IL 60693

Inline Fluidpower
Attn:  Officer/Managing Agent
P.O. Box 179
Smithfield, NC 27577

Johnston Community College
Attn:  Officer/Managing Agent
P.O. Box 2350
Smithfield, NC 27577

Landstar Ranger, Inc.
Attn:  Officer/Managing Agent
P.O. Box 784293
Philadelphia, PA 19178-4293

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Johnston County Tax Collector
P.O. Box 451
Smithfield, NC 27577

Lansing Forge Inc.
Attn:  Officer/Managing Agent
5232 Aurelius Rd.
Lansing, MI 48911

Ionic Technologies
Attn:  Officer/Managing Agent
207 Fairforest Way
Greenville, SC 29607

Justin Revels
212 Millbrook Village Dr.
Goldsboro, NC 27530

Latrobe Specialty Steel Co.
Attn:  Officer/Managing Agent
P.O. Box 644186
Pittsburgh, PA 15264

Isaac Jerome Stewart
103 Plaza Drive
Garner, NC 27529

K&J Enterprises
Attn:  Officer/Managing Agent
1400 East Geer St.
Durham, NC 27704

Linamar Corporation and Linergy M

J&S Fluid Power, LLC
Attn:  Officer/Managing Agent
P.O. Box 8311
Rocky Mount, NC 27804

Kasto-Racine Inc.
Attn:  Officer/Managing Agent
P.O. Box 14310
Pittsburgh, PA 15239

Livingston & Haven
Attn:  Officer/Managing Agent
P.O. Box 890218
Charlotte, NC 28289

Luther Ingram
545 Madison Ave.
Princeton, NC 27569

Mobile Mini
Attn:  Officer/Managing Agent
P.O. Box 79149
Phoenix, AZ 85062-9149

Nissan Motor Acceptance
Attn:  Officer/Managing Agent
P.O. Box 660360
Dallas, TX 75266

Machine Tech, Inc.
Attn:  Officer/Managing Agent
7 Crowders Ridge
Clover, SC 29710

Moore's Machine Company of Sanford
Attn:  Officer/Managing Agent
310 McNeill Road
Sanford, NC 27330

NMHG Financial Srvs c/o CT Lien S
Attn:  Officer/Managing Agent
P.O. Box 29071
Glendale, CA 91209

Mager Scientific, Inc.
Attn:  Officer/Managing Agent
P.O. Box 160
Dexter, MI 48130-0160

Morrisette Paper Co.
Attn:  Officer/Managing Agent
P.O. Box 890982
Charlotte, NC 28289-0982

North American Steel Co.
Attn:  Officer/Managing Agent
P.O. Box 28126
Cleveland, OH 44128

Manufacturers Capital, LLC
414 Canal Street
New Smyrna Beach, FL 32168

Motion Industries Inc.
Attn:  Officer/Managing Agent
P.O. Box 404130
Atlanta, GA 30384

Oasis Alignment Services, LLC
Attn:  Officer/Managing Agent
225 Pckering Road
Rochester, NH 03867

Mazak Corporation
Attn:  Officer/Managing Agent
P.O. Box 702600
Cincinnati, OH 45270

MSC Industrial Supply
Attn:  Officer/Managing Agent
Dept. Ch 0075
Palatine, IL 60055

Ogletree Deakins Nash
Attn:  Officer/Managing Agent
P.O. Box 89
Greenville, SC 29602

McMaster Carr upply Company
Attn:  Officer/Managing Agent
P.O. Box 7690
Chicago, IL 60680

National Assoc of Chiefs of Police
Attn:  Officer/Managing Agent
P.O. Box 82188
Phoenix, AZ 85071-2188

Pangborn Corp
Attn:  Officer/Managing Agent
P.O. Box 936006
Atlanta, GA 31193-6006

Metro Technologies
Attn:  Officer/Managing Agent
410 South Salsibury St., Suite 112
Raleigh, NC 27601

NC Department of Revenue
Attn:  Bankruptcy Unit
P.O. Box 1168
Raleigh, NC 27602-1168

Parson's Woodworking
Attn:  Officer/Managing Agent
P.O. Box 829
Rocky Mount, NC 27801

Miller Transfer
Attn:  Officer/Managing Agent
P.O. Box 453
Carson, CA 90745

Newage Testing Instruments
Attn:  Officer/Managing Agent
P.O. Box 601466
Charlotte, NC 28260

Piedmont Natural Gas
Attn:  Officer/Managing Agent
P.O. Box 660920
Dallas, TX 75266-0920

Mobile Mini
Attn:  Officer/Managing Agent
P.O. Box 740773
Cincinnati, OH 45274

Newport Group, Inc.
Attn:  Officer/Managing Agent
1350 Treat Blvd, Suite 300
Walnut Creek, CA 94597

Pitney Bowes
Attn:  Officer/Managing Agent
P.O. Box 371887
Pittsburgh, PA 15250-7874

PNC Bank, N.A. - Bankruptcy Dept.
Attn:  Officer/Managing Agent
P.O. Box 5570
Cleveland, OH 44101

Rocky Mount Electric Motor, LLC
Attn:  Officer/Managing Agent
P.O. Box 1063
Rocky Mount, NC 27802

SONA AutoComp Germany
Klusring 22
49152 Bad Essen GERMANY

PNC Bank, N.A. - Commercial Loan SC
Attn:  Officer/Managing Agent
500 First Avenue
Pittsburgh, PA 15219

Rodeco Company, Inc.
Attn:  Officer/Managing Agent
5811 Elwin Buchanan Dr.
Sanford, NC 27330

SONA AutoComp Germany Attn: O
Papenberger Strabe 37
42859 Remscheid
GERMANY

PQ Systems
Attn:  Officer/Managing Agent
P.O. Box 750010
Dayton, OH 45475

Sachin Maggo
201 October Glory Lane
Selma, NC 27576

Sona AutoComp US
Attn:  Officer/Managing Agent
500 Oak Tree Drive
Selma, NC 27576

Press, Inc.
Attn:  Officer/Managing Agent
5330 Manchester Avenue
Morristown, TN 37816

Sam Analytic Solutions LLC
Attn:  Officer/Managing Agent
9720 Dayton Court
Raleigh, NC 27617

Sona Autocomp USA, LLC
500 Oak Tree Drive
Selma, NC 27576

Professional Fire Extinguisher, Inc
Attn:  Officer/Managing Agent
P.O. Box 1115
Clayton, NC 27528

Sam IT Solutions LLC
Attn:  Officer/Managing Agent
7406 Chapel Hill Road
Morrisville, NC 27560

Sona BLW Global

Quill Corporation
Attn: Managing Agent
P.O. Box 37600
Philadelphia, PA

Selas Heat Technology Company, LLC
Attn:  Officer/Managing Agent
11012 Aurora-Hudson Road
Streetsboro, OH 44241

Sona BLW Prazionssschmiede
Attn:  Officer/Managing Agent
Paperberger strasse 37 Remscheid
42809   GERMANY

RayTech Machine Tools
Attn:  Officer/Managing Agent
4915 Waters Edge Dr., Ste 265
Raleigh, NC 27606

Servo Motors and Drives
Attn:  Officer/Managing Agent
P.O. Box 20923
Milwaukee, WI 53220

Sona BLW Prazionssschmiede Gm
Attn:  Officer/Managing Agent
Frankfurter Ring 227 Munchen 8080
GERMANY

Red Star Oil Co., Inc.
Attn:  Officer/Managing Agent
802 Purser Drive
Raleigh, NC 27603

Shamrock Environmental Corporation
Attn:  Officer/Managing Agent
6106 Corporate Park dr.
Browns Summit, NC 27214

Sona BLW Precision Forgings Ltd
Attn:  Officer/Managing Agent
Begumpur Khotola Gurgaon AL 122
INDIA

Rockford Systems, Inc.
Attn:  Officer/Managing Agent
802 Purser Drive
Raleigh, NC 27603

SMS Meer Service, Inc.
Attn:  Officer/Managing Agent
210 West Kensinger Dr.
Cranberry Twp, PA 16066

Source Scan Agency Pvt Ltd
Attn:  Officer/Managing Agent
638 Pace City II, Sector 37 II
Gurgaon Haryana  INDIA

Southeast Industrial Equipment
Attn: Officer/Managing Agent
P.O. Box 63230
Charlotte, NC 28263-3230

Suntrust Equipment Finance & Lease
Attn: Officer/Managing Agent
300 East Joppa Rd., Suite 700
Towson, MD 21286

The PIC Group
Attn: Officer/Managing Agent
36510 Treasury Center
Chicago, IL 60694-6500

Southeast Toyota Finance
Attn: Officer/Managing Agent
P.O. Box 70831
Charlotte, NC 28272

Super Systems, Inc.
Attn: Officer/Managing Agent
7205 Edington Dr.
Cincinnati, OH 45249

The Roberts Company Field Svcs.
Attn: Officer/Managing Agent
133 Forliness Road
Winterville, NC 28590

Southeast Toyota Finance
Attn: Officer/Managing Agent
P.O. Box 991817
Mobile, AL 36691-8817

Systel Business Equipment
Attn: Officer/Managing Agent
P.O. Box 41602
Philadelphia, PA 19101

Thermal Metal Treating, Inc.
Attn: Officer/Managing Agent
P.O. Box 367
Aberdeen, NC 28315

Southeastern Freight
Attn: Officer/Managing Agent
P.O. Box 100104
Columbia, SC 29202

Systel Business Equipment
Attn: Officer/Managing Agent
P.O. Box 35870
Fayetteville, NC 28303

TimkenSteel Corporation
Attn: Officer/Managing Agent
28777 Network Place
Chicago, IL 60673

Southern AG Carriers, Inc.
Attn: Officer/Managing Agent
P.O. Box 50335
Albany, GA 31703-0335

T&W Welding and Machine Co.
Attn: Officer/Managing Agent
1896 Mallard Road
Smithfield, NC 27577

Todd Downie
1216 Lafayette Park Lane
Matthews, NC 28104

Southern Substation
Attn: Officer/Managing Agent
4522 Appleton Ave
Jacksonville, FL 32210

Taylor Enterprises, Inc.
Attn: Officer/Managing Agent
2586 Southport road
Spartanburg, SC 29302

Total Quality Logistics
Attn: Officer/Managing Agent
P.O. Box 634558
Cincinnati, OH 45263-4558

SPC Mechanical Corporation
Attn: Officer/Managing Agent
P.O. Box 3006
Wilson, NC 27895

TCF Equipment Finance, Inc.
11100 Wayzata Blvd., Suite 801
Hopkins, MN 55305

Town of Selma
Attn: Officer/Managing Agent
100 North Raiford Street
Selma, NC 27576

Sunbelt Rentals, Inc.
Attn: Officer/Managing Agent
3116 Capital Blvd.
Raleigh, NC 27604

Tennant
Attn: Officer/Managing Agent
P.O. Box 71414
Chicago, IL 60694

Toyota Motor Credit
Attn: Officer/Managing Agent
P.O. Box 3457
Torrance, CA 90510-3457

Suntrust Bank
Attn: Officer/Managing Agent
P.O. Box 791250
Baltimore, MD 21279

TFC Equipment Fin. c/o Corp Svc Co
Attn: Officer/Managing Agent
801 Adlai Stevenson Dr.
Springfield, IL 62703

Uline Shipping Supplies
Attn: Officer/Managing Agent
P.O. Box 88741
Chicago, IL 60680

United  Machine  Works
Attn:   Officer/Managing  Agent
P.O.  Box  147
Stokes, NC 27884

Yashvir  Nandal
4002  Woodfield  Lake  Road
Cary, NC 27518

UPS
Attn:   Officer/Managing  Agent
P.O.  Box  7247-0244
Philadelphia, PA 19170-0001

US  Bancorp  Equipment  Finance
Attn: Officer/Managing  Agent
PO  Box  230789
Portland, OR 97281

US  Security  Associates
Attn:   Officer/Managing  Agent
P.O.  Box  931703
Atlanta, GA 31193

Vardhman  Special  Steels,  Ltd
Attn:   Officer/Managing  Agent
C-58  Focal  Point  Ludhiana  Punjab  AL
INDIA

Vickie  Fowler
109  Kirkwall  Lane
Selma, NC 27576

Waste  Management
Attn:   Officer/Managing  Agent
P.O.  Box  105453
Atlanta, GA 30348-5453

WD  Service  Company
Attn:   Officer/Managing  Agent
P.O.  Box  147
Bellmawr, NJ 08099

Wesco  CCA
Attn:   Officer/Managing  Agent
P.O.  Box  642728
Pittsburgh, PA 15264-2728