**Fill in this information to identify the case:**

Debtor name    **Sona BLW Precision Forge, Inc.**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF NORTH CAROLINA

Case number (if known)    **16-04336-5**

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

**Declaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☑ Amended *Schedule*    **Schedule A/B; Schedule D; Schedule E/F**
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **September 22, 2016**    X **/s/ Todd Downie**
                                              Signature of individual signing on behalf of debtor

                                              **Todd Downie**
                                              Printed name

                                              **President**
                                              Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name   **Sona BLW Precision Forge, Inc.**

United States Bankruptcy Court for the:   EASTERN DISTRICT OF NORTH CAROLINA

Case number (if known)   **16-04336-5**

■ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                     12/15

**Summary of Assets**

1.  ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*.................................................................................................   $       **0.00**

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*..............................................................................................   $       **11,317,909.01**

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*................................................................................................   $       **11,317,909.01**

**Part 2:**  **Summary of Liabilities**

2.  ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.....................   $       **5,749,640.29**

3.  ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*.......................................................   $       **14,302.25**

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................   +$       **12,574,135.77**

4.  **Total liabilities** ........................................................................................................
   Lines 2 + 3a + 3b   $       **18,338,078.31**

**Fill in this information to identify the case:**

Debtor name **Sona BLW Precision Forge, Inc.**

United States Bankruptcy Court for the: EASTERN DISTRICT OF NORTH CAROLINA

Case number (if known) **16-04336-5**

☐ Check if this is an amended filing

## Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:       Cash and cash equivalents**

**1. Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|
| 2.       **Cash on hand** | $627.00 |

**3.       Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **PNC Bank** | **Money market** | **1057** | $0.00 |
| 3.2. | **PNC Bank** | **Collection account** | **2039** | $66,323.01 |
| 3.3. | **PNC Bank** | **General Operating Account** | **0185** | $0.00 |
| 3.4. | **ICICI** | **Pass through account** | **1527** | Unknown |
| 3.5. | **Suntrust Bank** | **Used for foreign currency exchange** | **2EUR** | $0.00 |

**4.       Other cash equivalents** *(Identify all)*

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor | **Sona BLW Precision Forge, Inc.** | Case number *(If known)* **16-04336-5** |
|---|---|---|
| | Name | |

| 5. | **Total of Part 1.** | | **$66,950.01** |
|---|---|---|---|
| | Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80. | | |

### Part 2:   Deposits and Prepayments

**6. Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
■ Yes Fill in the information below.

7.   **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

| 7.1. | **Deposit with UPS Express Mail** | **$800.00** |
|---|---|---|
| 7.2. | **Deposit with Town of Selma - water/sewer** | **$5,000.00** |
| 7.3. | **Deposits with Progress Energy for accounts ending 6222, 8227 and 5193** | **$170,181.00** |
| 7.4. | **Deposit with Coolant Chillers** | **$1,098.00** |

8.   **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

| 9. | **Total of Part 2.** | | **$177,079.00** |
|---|---|---|---|
| | Add lines 7 through 8. Copy the total to line 81. | | |

### Part 3:   Accounts receivable

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
■ Yes Fill in the information below.

11.   **Accounts receivable**

| 11a. 90 days old or less: | **2,345,244.00** | - | **0.00** | = .... | **$2,345,244.00** |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 12. | **Total of Part 3.** | | **$2,345,244.00** |
|---|---|---|---|
| | Current value on lines 11a + 11b = line 12.  Copy the total to line 82. | | |

### Part 4:   Investments

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

### Part 5:   Inventory, excluding agriculture assets

**18. Does the debtor own any inventory (excluding agriculture assets)?**

Debtor   **Sona BLW Precision Forge, Inc.**
Name

Case number *(If known)* **16-04336-5**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. Raw materials **Raw Materials - steel** | **March 31, 2016** | **$1,068,052.00** | | **$1,068,052.00** |
| 20. Work in progress **Work in progress** | **March 31, 2016** | **$2,871,574.00** | | **$2,871,574.00** |
| 21. Finished goods, including goods held for resale **Finished product** | **March 31, 2016** | **$184,675.00** | | **$184,675.00** |
| 22. Other inventory or supplies **Inventory** | | **Unknown** | | **Unknown** |

23. **Total of Part 5.**

Add lines 19 through 22.  Copy the total to line 84.

**$4,124,301.00**

24. **Is any of the property listed in Part 5 perishable?**
■ No
☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
■ No
☐ Yes. Book value _____ Valuation method _____ Current Value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 6:   Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:   Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. Office furniture **Office furniture, fixtures, office equipment** | | **Unknown** | | **$15,000.00** |

Debtor    **Sona BLW Precision Forge, Inc.**                                      Case number *(If known)*  **16-04336-5**
          <sub>Name</sub>

40.    **Office fixtures**

41.    **Office equipment, including all computer equipment and**
       **communication systems equipment and software**

42.    **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork;
       books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card
       collections; other collections, memorabilia, or collectibles

43.    **Total of Part 7.**                                                                          | **$15,000.00** |
       Add lines 39 through 42.  Copy the total to line 86.

44.    **Is a depreciation schedule available for any of the property listed in Part 7?**
       ■ No
       ☐ Yes

45.    **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
| --- | --- |

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
| --- | --- | --- | --- |
| 47.  **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.  **2004 F150 Heritage - mileage:  952,984** | **$1,550.00** | **NADA** | **$1,550.00** |
| 47.2.  **2008 Ford Expedition XLT - mileage:**<br>**171,044** | **$6,425.00** | **NADA** | **$6,425.00** |
| 47.3.  **2004 GMC Envoy SLT - mileage:**<br>**207,466** | **$3,100.00** | **NADA** | **$3,100.00** |
| 47.4.  **2004 Honda Civic DX - mileage:  144,181** | **$2,175.00** | **NADA** | **$2,175.00** |
| 47.5.  **2013 Nissan Murano - mileage:  36,141** | **$21,025.00** | **NADA** | **$21,025.00** |

48.    **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,
       floating homes, personal watercraft, and fishing vessels

49.    **Aircraft and accessories**

| 50.  **Other machinery, fixtures, and equipment (excluding farm**<br>**machinery and equipment)** | | | |
| --- | --- | --- | --- |
| **Production equipment and support** | **$0.00** | **Appraisal** | **$4,399,250.00** |
| **General plant support** | **$0.00** | **Appraisal** | **$138,750.00** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                      Best Case Bankruptcy

Debtor   **Sona BLW Precision Forge, Inc.**                     Case number *(if known)* **16-04336-5**
Name

| 51. | **Total of Part 8.** | | $4,572,275.00 |
|---|---|---|---|

Add lines 47 through 50.  Copy the total to line 87.

52.    **Is a depreciation schedule available for any of the property listed in Part 8?**
■ No
☐ Yes

53.    **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 9:    Real property**

54. **Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
■ Yes Fill in the information below.

55.    **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.   **Office building and 12.04 acres located at 500 Oak Tree Drive, Selma, NC with additional 5.34 acre tract - tax value $6,084,500.00** | Fee simple | Unknown | | Unknown |

| 56. | **Total of Part 9.** | | $0.00 |
|---|---|---|---|

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

57.    **Is a depreciation schedule available for any of the property listed in Part 9?**
■ No
☐ Yes

58.    **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 10:    Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

| Debtor | **Sona BLW Precision Forge, Inc.** | Case number *(If known)* **16-04336-5** |
|---|---|---|
| | Name | |

| 60. | **Patents, copyrights, trademarks, and trade secrets** | | |
|---|---|---|---|
| 61. | **Internet domain names and websites** | | |
| 62. | **Licenses, franchises, and royalties** | | |
| 63. | **Customer lists, mailing lists, or other compilations**<br>Customer list | $0.00 | Unknown |
| 64. | **Other intangibles, or intellectual property**<br>Clearance with United States to make parts for government vehicles | $0.00 | $0.00 |
| | Environmental certification ISP 14001 and TS Certification ISO/TS16949 for automotive suppliers | $0.00 | Unknown |
| 65. | **Goodwill** | | |

| 66. | **Total of Part 10.** | $0.00 |
|---|---|---|
| | Add lines 60 through 65. Copy the total to line 89. | |

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?

■ No
☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

■ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

■ No
☐ Yes

**Part 11:    All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

| | | Current value of debtor's interest |
|---|---|---|
| 71. | **Notes receivable**<br>Description (include name of obligor) | |
| 72. | **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local)<br>**NOL from Internal Revenue Service - value listed is gross value** — Tax year **2015/2016** | Unknown |
| 73. | **Interests in insurance policies or annuities** | |
| 74. | **Causes of action against third parties (whether or not a lawsuit has been filed)** | |

Debtor   **Sona BLW Precision Forge, Inc.**                                    Case number *(If known)*  **16-04336-5**
         _____
         Name

**Funds that were to be deposited to account in India
were caused to be deposited into account in Great
Britain and Debtor was forced to pay the amount twice.
Reported to Internal Revenue Service Spam website.**                                          **$17,060.00**

| Nature of claim | **Recovery of funds** |
|---|---|
| Amount requested | **$10,000.00** |

| | | |
|---|---|---|
| 75. | **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** | |
| 76. | **Trusts, equitable or future interests in property** | |
| 77. | **Other property of any kind not already listed** *Examples:* Season tickets, country club membership | |
| | **401(k) plan for employees - administered by Epic Advisors, Inc.** | **Unknown** |
| | **Dies used to manufacture parts** | **Unknown** |
| 78. | **Total of Part 11.** | **$17,060.00** |
| | Add lines 71 through 77. Copy the total to line 90. | |
| 79. | **Has any of the property listed in Part 11 been appraised by a professional within the last year?** | |

■ No
☐ Yes

| Debtor | **Sona BLW Precision Forge, Inc.** | Case number *(If known)* **16-04336-5** |
|---|---|---|
| | Name | |

**In Part 12 copy all of the totals from the earlier parts of the form**

| | Type of property | Current value of personal property | Current value of real property |
|---|---|---|---|
| 80. | **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $66,950.01 | |
| 81. | **Deposits and prepayments.** *Copy line 9, Part 2.* | $177,079.00 | |
| 82. | **Accounts receivable.** *Copy line 12, Part 3.* | $2,345,244.00 | |
| 83. | **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. | **Inventory.** *Copy line 23, Part 5.* | $4,124,301.00 | |
| 85. | **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. | **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $15,000.00 | |
| 87. | **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $4,572,275.00 | |
| 88. | **Real property.** *Copy line 56, Part 9.....................................................>* | | $0.00 |
| 89. | **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. | **All other assets.** *Copy line 78, Part 11.* | + $17,060.00 | |
| 91. | **Total.** Add lines 80 through 90 for each column | $11,317,909.01 | + 91b. $0.00 |
| 92. | **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $11,317,909.01 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **Sona BLW Precision Forge, Inc.**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF NORTH CAROLINA

Case number (if known)    **16-04336-5**

☐ Check if this is an amended filing

Official Form 206D
# Schedule D: Creditors Who Have Claims Secured by Property
12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

    ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

    ☑ Yes. Fill in all of the information below.

**Part 1:  List Creditors Who Have Secured Claims**

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A | Column B |
|---|---|---|---|
| | | Amount of claim | Value of collateral that supports this claim |
| | | Do not deduct the value of collateral. | |

---

**2.1**   **Air Liquide Industrial US**
Creditor's Name

**Attn: Officer/Managing Agent
180 W. Germantown Pike
Norristown, PA 19401**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**9000 Gallon liquid nitrogen tank**

**Describe the lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: **Unknown**  Column B: **Unknown**

---

**2.2**   **American Broach and Machine Co.**
Creditor's Name

**Attn: Officer/Managing Agent
575 South Mansfield St.
Ypsilanti, MI 48197**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Describe debtor's property that is subject to a lien**
**American Broaching Machine**

**Describe the lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Column A: **$4,855.00**  Column B: **Unknown**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    

Debtor   **Sona BLW Precision Forge, Inc.**                    Case number (if know)   **16-04336-5**
_____                    _____
Name

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: |
|---|---|
| ■ No | Check all that apply |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent |
| | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.3 | **Callaway Industrial Services, Inc.** | Describe debtor's property that is subject to a lien | $49,069.72 | $0.00 |

Creditor's Name

**Attn:  Officer/Managing Agent**
**P.O. Box 3128**
**Mooresville, NC 28117**

**500 Oak Tree Drive, Selma, NC  27576**

Creditor's mailing address

Describe the lien
**Claim of Lien**

Is the creditor an insider or related party?

Creditor's email address, if known

■ No
☐ Yes

Is anyone else liable on this claim?

**Date debt was incurred**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: |
|---|---|
| ■ No | Check all that apply |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent |
| | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.4 | **Electric Equipment Co.** | Describe debtor's property that is subject to a lien | $6,495.61 | Unknown |

Creditor's Name

**Attn:  Officer/Managing Agent**
**P.O. Box 37339**
**Raleigh, NC 27627**

**Personal property of the debtor**

Creditor's mailing address

Describe the lien

Is the creditor an insider or related party?

Creditor's email address, if known

■ No
☐ Yes

Is anyone else liable on this claim?

**Date debt was incurred**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: |
|---|---|
| ■ No | Check all that apply |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent |
| | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.5 | **Global Premium Finance Company** | Describe debtor's property that is subject to a lien | Unknown | Unknown |

Debtor  **Sona BLW Precision Forge, Inc.**                      Case number (if known)   **16-04336-5**
_____
Name

| Creditor's Name | Unearned insurance premiums | | |
|---|---|---|---|
| **Attn: Officer/Managing Agent** | | | |
| **One South Jefferson Street** | | | |
| **Roanoke, VA 24011** | | | |
| Creditor's mailing address | **Describe the lien** | | |

**Is the creditor an insider or related party?**

■ No
☐ Yes

_____
Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.6 | **Johnston County Tax Collector** | **Describe debtor's property that is subject to a lien** | $270,246.57 | $0.00 |
|---|---|---|---|---|
| | Creditor's Name | **Property Taxes** | | |
| | **P.O. Box 451** | | | |
| | **Smithfield, NC 27577** | | | |
| | Creditor's mailing address | **Describe the lien** | | |

**Is the creditor an insider or related party?**

■ No
☐ Yes

_____
Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.7 | **Mazak Corporation** | **Describe debtor's property that is subject to a lien** | $3,481.50 | Unknown |
|---|---|---|---|---|
| | Creditor's Name | **Mazak machine** | | |
| | **Attn: Officer/Managing Agent** | | | |
| | **P.O. Box 702600** | | | |
| | **Cincinnati, OH 45270** | | | |
| | Creditor's mailing address | **Describe the lien** | | |

**Is the creditor an insider or related party?**

■ No
☐ Yes

_____
Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**                     page 3 of 7

Debtor  **Sona BLW Precision Forge, Inc.**
Name

Case number (if know)   **16-04336-5**

---

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.8 | **Nissan Motor Acceptance** | Describe debtor's property that is subject to a lien | $24,790.55 | $21,025.00 |
|---|---|---|---|---|

Creditor's Name
**Attn: Officer/Managing Agent**
**P.O. Box 660360**
**Dallas, TX 75266**
Creditor's mailing address

**2013 Nissan Murano - mileage: 36,141**

**Describe the lien**
**Purchase Money Security**

Creditor's email address, if known

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.9 | **NMHG Financial Srvs c/o CT Lien Sol** | Describe debtor's property that is subject to a lien | Unknown | Unknown |
|---|---|---|---|---|

Creditor's Name
**Attn: Officer/Managing Agent**
**P.O. Box 29071**
**Glendale, CA 91209**
Creditor's mailing address

**Personal property**

**Describe the lien**

Creditor's email address, if known

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.10 | **PNC Bank, N.A. - Bankruptcy Dept.** | Describe debtor's property that is subject to a lien | $5,390,701.34 | Unknown |
|---|---|---|---|---|

---

| Debtor | **Sona BLW Precision Forge, Inc.** | Case number (if know) | **16-04336-5** |
|---|---|---|---|
| | Name | | |

Creditor's Name

**Attn:  Officer/Managing Agent**
**P.O. Box 5570**
**Cleveland, OH 44101**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**All assets other than Zurich Insurance Proceeds**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 1 | **RayTech Machine Tools** | | Unknown | Unknown |
|---|---|---|---|---|

Creditor's Name

**Attn:  Officer/Managing Agent**
**4915 Waters Edge Dr., Ste 265**
**Raleigh, NC 27606**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**AgieCharmilles Roboform 350 SP Die Sinker**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 2 | **Suntrust Equipment Finance & Lease** | | Unknown | Unknown |
|---|---|---|---|---|

Creditor's Name

**Attn:  Officer/Managing Agent**
**300 East Joppa Rd., Suite 700**
**Towson, MD 21286**

Creditor's mailing address

Creditor's email address, if known

**Describe debtor's property that is subject to a lien**
**Equipment Promissory Note, Loan and Security Agreement**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor **Sona BLW Precision Forge, Inc.**
Name

Case number (if know)   **16-04336-5**

**Date debt was incurred**

**Last 4 digits of account number**

**Is anyone else liable on this claim?**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.13 | **TFC Equipment Fin. c/o Corp Svc Co** |
|---|---|

Creditor's Name

**Attn: Officer/Managing Agent**
**801 Adlai Stevenson Dr.**
**Springfield, IL 62703**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**All personal property**

**Describe the lien**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

Unknown        Unknown

---

| 2.14 | **Toyota Motor Credit** |
|---|---|

Creditor's Name

**Attn: Officer/Managing Agent**
**P.O. Box 3457**
**Torrance, CA 90510-3457**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**Toyota forklift**

**Describe the lien**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

Unknown        Unknown

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 6 of 7

| Debtor | **Sona BLW Precision Forge, Inc.** | Case number (if know) | **16-04336-5** |
|---|---|---|---|
| | Name | | |

| 2.15 | **US Bancorp Equipment Finance** | Describe debtor's property that is subject to a lien | **Unknown** | **Unknown** |
|---|---|---|---|---|

**US Bancorp Equipment Finance**
Creditor's Name

**Certain equipment named in that UCC recorded 8/12/2011, NC Secretary of State**

**Attn: Officer/Managing Agent**
**PO Box 230789**
**Portland, OR 97281**
Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

| 3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | **$5,749,640.29** |
|---|---|---|

**Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **PNC Bank, N.A. - Commercial Loan SC**<br>**Attn:  Officer/Managing Agent**<br>**500 First Avenue**<br>**Pittsburgh, PA 15219** | Line   **2.10** | |

**Fill in this information to identify the case:**

Debtor name **Sona BLW Precision Forge, Inc.**

United States Bankruptcy Court for the: EASTERN DISTRICT OF NORTH CAROLINA

Case number (if known) **16-04336-5**

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:    List All Creditors with PRIORITY Unsecured Claims**

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|   |   | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address **Charles Xavier Bynum** **7904 Mcguire Dr.** **Raleigh, NC 27616** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$1,370.96** | **$0.00** |
| Date or dates debt was incurred | Basis for the claim: **Wages** | | |
| Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset? ■ No ☐ Yes | | |
| **2.2** Priority creditor's name and mailing address **Dannie Askew** **P.O. Box 607** **Macclesfield, NC 27852** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **Unknown** | **Unknown** |
| Date or dates debt was incurred | Basis for the claim: **Wages** | | |
| Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset? ■ No ☐ Yes | | |

| Debtor | **Sona BLW Precision Forge, Inc.** | Case number (if known) | **16-04336-5** |
|---|---|---|---|
| | Name | | |

| **2.3** | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$239.62** | **$239.62** |
|---|---|---|---|---|
| | **Delia Valdiviezo**<br>**204 Duke St.**<br>**Garner, NC 27529** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| **2.4** | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$92.23** | **$92.23** |
|---|---|---|---|---|
| | **Felicity Barber**<br>**217 Charlevoix St.**<br>**Clawson, MI 48017** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| **2.5** | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$0.00** | **$0.00** |
|---|---|---|---|---|
| | **Internal Revenue Service**<br>**P.O. Box 7346**<br>**Philadelphia, PA 19101-7346** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**For Notice Purposes Only** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| **2.6** | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$181.37** | **$181.37** |
|---|---|---|---|---|
| | **Isaac Jerome Stewart**<br>**103 Plaza Drive**<br>**Garner, NC 27529** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| Debtor | **Sona BLW Precision Forge, Inc.** | Case number (if known) | **16-04336-5** |
|---|---|---|---|
| | Name | | |

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Javontae Davis**
**751 Country Store Rd.**
**Selma, NC 27576**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Joel Guzman**
**515 E. Woodall St**
**Smithfield, NC 27577**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **$249.31** | **$249.31** |
|---|---|---|---|---|

**Justin Revels**
**212 Millbrook Village Dr.**
**Goldsboro, NC 27530**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.10 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **$193.53** | **$193.53** |
|---|---|---|---|---|

**Keith Currie**
**292 Buck Dunn Rd.**
**Four Oaks, NC 27524**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

| Debtor | **Sona BLW Precision Forge, Inc.** | | Case number (if known) | **16-04336-5** |
| --- | --- | --- | --- | --- |
| | Name | | | |

| 2.11 | Priority creditor's name and mailing address<br>**Lamont Pettiway**<br>**725 Oak Grove Inn Rd**<br>**Selma, NC 27576-5949** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$922.03** | **$922.03** |
| --- | --- | --- | --- | --- |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.12 | Priority creditor's name and mailing address<br>**Luther Ingram**<br>**545 Madison Ave.**<br>**Princeton, NC 27569** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,674.74** | **$1,674.74** |
| --- | --- | --- | --- | --- |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.13 | Priority creditor's name and mailing address<br>**Marcia Cox**<br>**606 S. Smithfield St.**<br>**Selma, NC 27576** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **Unknown** |
| --- | --- | --- | --- | --- |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.14 | Priority creditor's name and mailing address<br>**Micael Roy Elzey**<br>**1007 West Oak Street**<br>**Selma, NC 27576** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **Unknown** |
| --- | --- | --- | --- | --- |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | **Sona BLW Precision Forge, Inc.** | Case number (if known) | **16-04336-5** |
|---|---|---|---|
| | Name | | |

| 2.15 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,192.72** | **$0.00** |
|---|---|---|---|---|

**NC Department of Revenue**
**Attn: Bankruptcy Unit**
**P.O. Box 1168**
**Raleigh, NC 27602-1268**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.16 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$6,397.28** | **$0.00** |
|---|---|---|---|---|

**Todd Downie**
**1216 Lafayette Park Lane**
**Matthews, NC 28104**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.17 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$788.46** | **$788.46** |
|---|---|---|---|---|

**Vickie Fowler**
**109 Kirkwall Lane**
**Selma, NC 27576**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**Part 2:**    **List All Creditors with NONPRIORITY Unsecured Claims**

**3.** **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$829.00** |
|---|---|---|---|

**AAA Scale Company, Inc.**
**Attn: Officer/Managing Agent**
**P.O. Box 7056**
**Wilson, NC 27895**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Account__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$80.84** |
|---|---|---|---|

**Accent Imaging, Inc.**
**Attn: Officer/Managing Agent**
**8121 Brownleigh Dr.**
**Raleigh, NC 27617**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Account__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Sona BLW Precision Forge, Inc.** | Case number (if known) | **16-04336-5** |
|---|---|---|---|
| | Name | | |

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $88.62 |
|---|---|---|---|

**Advanced Calibration Label, LLC**
Attn:  Officer/Managing Agent
2035 Contractors Road, Ste 7
Sedona, AZ 86336

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Account

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,928.85 |
|---|---|---|---|

**AFC-Holcroft**
Attn:  Officer/Managing Agent
P.O. Box 67000
Detroit, MI 48267

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Account

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $93.85 |
|---|---|---|---|

**Airgas National Welders**
Attn:  Officer/Managing Agent
P.O. Box 601985
Charlotte, NC 28260-1985

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Account

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $57,102.00 |
|---|---|---|---|

**AJAX Tocco Magnethermic**
Attn:  Officer/Managing Agent
P.O. Box 78000
Detroit, MI 48278-1449

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Account

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,017.25 |
|---|---|---|---|

**Allred Mechanical Services, Inc.**
Attn:  Officer/Managing Agent
P.O. Box 7663
Rocky Mount, NC 27804

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Account

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Amazon.com**
Attn:  Officer/Managing Agent
P.O. Box 965055
Orlando, FL 32896

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Account

Last 4 digits of account number  7537

Is the claim subject to offset? ■ No ☐ Yes

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $675.00 |
|---|---|---|---|

**American Broach and Machine Co.**
Attn:  Officer/Managing Agent
575 South Mansfield St.
Ypsilanti, MI 48197

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Account

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Sona BLW Precision Forge, Inc.** | Case number (*if known*) | **16-04336-5** |
|---|---|---|---|
| | Name | | |

---

**3.10** | Nonpriority creditor's name and mailing address

**American Express**
Attn:  Managing Agent
P.O. Box 650448
Dallas, TX 75265-0448

Date(s) debt was incurred _

Last 4 digits of account number **1000**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Credit card**

Is the claim subject to offset? ☐ No ☐ Yes

**Unknown**

---

**3.11** | Nonpriority creditor's name and mailing address

**Amerigas Propane LP**
Attn:  Officer/Managing Agent
P.O. Box 371473
Pittsburgh, PA 15250-7473

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Account**

Is the claim subject to offset? ■ No ☐ Yes

**$322.17**

---

**3.12** | Nonpriority creditor's name and mailing address

**Apex Industrial Group**
Attn:  Officer/Managing Agent
6509 Hilburn Dr., Suite 100
Raleigh, NC 27613

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Account**

Is the claim subject to offset? ■ No ☐ Yes

**$39,454.76**

---

**3.13** | Nonpriority creditor's name and mailing address

**Aramark/AUS Central Lockbox**
Attn:  Officer/Managing Agent
P.O. Box 731676
Dallas, TX 75376

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Account**

Is the claim subject to offset? ■ No ☐ Yes

**$15,036.80**

---

**3.14** | Nonpriority creditor's name and mailing address

**AT&T Mobility**
Attn:  Officer/Managing Agent
P.O. Box 5014
Carol Stream, IL 60197-5014

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Account**

Is the claim subject to offset? ■ No ☐ Yes

**$76.00**

---

**3.15** | Nonpriority creditor's name and mailing address

**Atmosphere Engineering Company**
Attn:  Officer/Managing Agent
419 W. Boden Street
Milwaukee, WI 53207

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Account**

Is the claim subject to offset? ■ No ☐ Yes

**$653.00**

---

**3.16** | Nonpriority creditor's name and mailing address

**ATO AG**
Attn:  Managing Agent
ViaPenate, 4-6850  Mendrisio
SWITZERLAND

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Account**

Is the claim subject to offset? ■ No ☐ Yes

**$6,683.70**

---

| Debtor | **Sona BLW Precision Forge, Inc.** | Case number (if known) | **16-04336-5** |
|---|---|---|---|
| | Name | | |

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,120.00 |
|---|---|---|---|

**Augustin Partners, LLC**
**Attn:  Officer/Managing Agent**
**300 East 42nd St., 14th Floor**
**New York, NY 10017**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Account

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,002.09 |
|---|---|---|---|

**B.V. Tech**
**Attn:  Officer/Managing Agent**
**Bliesstrabe 31 Gersheim 5**
**GERMANY**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Account

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,605.85 |
|---|---|---|---|

**BlackHawk Industrial**
**Attn:  Officer/Managing Agent**
**P.O. Box 8599**
**Saint Louis, MO 63126**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Account

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $43,851.00 |
|---|---|---|---|

**Bolt Express**
**Attn:  Officer/Managing Agent**
**75 Remittance Dr., Ste 1231**
**Chicago, IL 60675**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Account

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,500.00 |
|---|---|---|---|

**Braj Aggarwal, CPA, P.C.**
**Attn:  Officer/Managing Agent**
**37-05 74th Street, 3rd Floor**
**Jackson Heights, NY 11372**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Account

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $145.66 |
|---|---|---|---|

**Carolina Ice Company**
**Attn:  Officer/Managing Agent**
**2466 Old Poole Rd.**
**Kinston, NC 28504**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Account

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $18,204.52 |
|---|---|---|---|

**Carr Lane Roemheld Mfg. Co.**
**Attn:  Officer/Managing Agent**
**927 Horan Drive**
**Fenton, MO 63026**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Account

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Sona BLW Precision Forge, Inc.** | Case number (if known) | **16-04336-5** |
|---|---|---|---|
| | Name | | |

| 3.24 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$51.15** |
|---|---|---|---|

**CDW Computer Centers, Inc.**
**Attn: Officer/Managing Agent**
**P.O. Box 75723**
**Chicago, IL 60675**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Account__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.25 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,726.20** |
|---|---|---|---|

**CEFI, S.R.L.**
**Attn: Officer/Managing Agent**
**Viale America 4 Castellamonte 10081**
**ITALY**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Account__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.26 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$41,793.16** |
|---|---|---|---|

**Ceratizit USA, Inc.**
**Attn: Officer/Managing Agent**
**P.O. Box 13235**
**Newark, NJ 07101-3235**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Account__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.27 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$8,250.00** |
|---|---|---|---|

**Cherry Bekaert & Holland, LLP**
**Attn: Officer/Managing Agent**
**P.O. Box 25549**
**Richmond, VA 23261-5549**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Account__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Chris Ensign**
**1530 Evans Road**
**Princeton, NC 27569**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Account__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.29 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,600.00** |
|---|---|---|---|

**Cleveland Deburring Machine Company**
**Attn: Officer/Managing Agent**
**3370 West 140th Street**
**Cleveland, OH 44111**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Account__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.30 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,200.00** |
|---|---|---|---|

**Conveying Solutions**
**Attn: Officer/Managing Agent**
**P.O. Box 1866**
**Charleston, WV 25327**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Account__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Sona BLW Precision Forge, Inc.** | Case number (if known) | **16-04336-5** |
|---|---|---|---|
| | Name | | |

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $20,454.00 |
|---|---|---|---|

**Cooley Wire Products Mfg., Co.**
Attn: Officer/Managing Agent
5025 North River Road
Schiller Park, IL 60176

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Account_

Date(s) debt was incurred _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $224.00 |
|---|---|---|---|

**Covisint**
Attn: Officer/Managing Agent
P.O. Box 674600
Detroit, MI 48267-4600

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Account_

Date(s) debt was incurred _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,179.00 |
|---|---|---|---|

**Crotts & Saunders, LLC**
Attn: Officer/Managing Agent
2709 Boulder Park Court
Winston Salem, NC 27101-4776

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Account_

Date(s) debt was incurred _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,078.39 |
|---|---|---|---|

**Crystal Springs**
Attn: Officer/Managing Agent
P.O. Box 660579
Dallas, TX 75266-0579

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Account_

Date(s) debt was incurred _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15,642.65 |
|---|---|---|---|

**Custom Coating, Inc.**
Attn: Officer/Managing Agent
1937 Jacob Street
Auburn, IN 46706

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Account_

Date(s) debt was incurred _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $17,000.00 |
|---|---|---|---|

**Daryl Hopkins dba Fast Track Expedi**
Attn: Officer/Managing Agent
6054 S. NC Hwy 231
Middlesex, NC 27557

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Account_

Date(s) debt was incurred _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $45,550.00 |
|---|---|---|---|

**Dayco Manufacturing**
Attn: Officer/Managing Agent
6116 US 70 Hwy. W.
Clayton, NC 27520

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Account_

Date(s) debt was incurred _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | **Sona BLW Precision Forge, Inc.** | | Case number (if known) | **16-04336-5** |
|---|---|---|---|---|
| | Name | | | |

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,902.76 |
|---|---|---|---|
| | **Dieffenbacher North America** | ☐ Contingent | |
| | Attn: Officer/Managing Agent | ☐ Unliquidated | |
| | 9495 Twin Oaks Drive Windsor Ontari | ☐ Disputed | |
| | CANADA | | |
| | | Basis for the claim: __Account__ | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $844.54 |
|---|---|---|---|
| | **Dillon Supply Co., Inc.** | ☐ Contingent | |
| | Attn: Officer/Managing Agent | ☐ Unliquidated | |
| | P.O. Box 602541 | ☐ Disputed | |
| | Charlotte, NC 28260-2541 | | |
| | | Basis for the claim: __Account__ | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $9,510.04 |
|---|---|---|---|
| | **Direct Energy Business** | ☐ Contingent | |
| | Attn: Officer/Managing Agent | ☐ Unliquidated | |
| | P.O. Box 32179 | ☐ Disputed | |
| | New York, NY 10087-2179 | | |
| | | Basis for the claim: __Account__ | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $46,314.13 |
|---|---|---|---|
| | **DSV Air & Sea, Inc.** | ☐ Contingent | |
| | Attn: Officer/Managing Agent | ☐ Unliquidated | |
| | P.O. Box 200876 | ☐ Disputed | |
| | Pittsburgh, PA 15251-0876 | | |
| | | Basis for the claim: __Account__ | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $82,911.37 |
|---|---|---|---|
| | **Duke Energy** | ☐ Contingent | |
| | Attn: Officer/Managing Agent | ☐ Unliquidated | |
| | P.O. Box 1003 | ☐ Disputed | |
| | Charlotte, NC 28201-1003 | | |
| | | Basis for the claim: __Account__ | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,400.00 |
|---|---|---|---|
| | **Edwards Inc.** | ☐ Contingent | |
| | Attn: Officer/Managing Agent | ☐ Unliquidated | |
| | 4119 Sheep Pasture Road | ☐ Disputed | |
| | Spring Hope, NC 27882 | | |
| | | Basis for the claim: __Account__ | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,486.00 |
|---|---|---|---|
| | **Electric Equipment Co.** | ☐ Contingent | |
| | Attn: Officer/Managing Agent | ☐ Unliquidated | |
| | P.O. Box 37339 | ☐ Disputed | |
| | Raleigh, NC 27627 | | |
| | | Basis for the claim: __Account__ | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Sona BLW Precision Forge, Inc.** | Case number *(if known)* | **16-04336-5** |
|---|---|---|---|
| | Name | | |

---

**3.45** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$292.02**

**Elind SPA, Attn:  Officer/Agent**
**Viale Delle Industrie 17**
**10078 Venaria Reale TO**
**ITALY**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Account__

Date(s) debt was incurred _
Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.46** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$35,621.26**

**Escape Proof, Inc.**
**Attn:  Officer/Managing Agent**
**1496 Durham St. Oakville Ontario**
**CANADA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Account__

Date(s) debt was incurred _
Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.47** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Executive Personnel Group, LLC**
**Attn:  Officer/Managing Agent**
**1604 Carolina Ave., Suite 100**
**Washington, NC 27889**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Account__

Date(s) debt was incurred _
Last 4 digits of account number  __437L__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.48** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$37,199.59**

**Fastenal**
**Attn:  Officer/Managing Agent**
**P.O. Box 978**
**Winona, MN 55987**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Account__

Date(s) debt was incurred _
Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.49** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$27,174.75**

**Federal Express Corporation**
**Attn:  Officer/Managing Agent**
**P.O. Box 371461**
**Pittsburgh, PA 15250-7461**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Account__

Date(s) debt was incurred _
Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.50** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$660.14**

**Federal Express Freight East**
**Attn:  Officer/Managing Agent**
**P.O. Box 223125**
**Pittsburgh, PA 15251-2125**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Account__

Date(s) debt was incurred _
Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.51** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$734.60**

**Felicity Barber**
**217 Charlevoix St.**
**Clawson, MI 48017**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Account__

Date(s) debt was incurred _
Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor | **Sona BLW Precision Forge, Inc.** | Case number (if known) | **16-04336-5** |

Name

| 3.52 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$12,809.63** |
|---|---|---|---|

**Focus Management Group**
Attn: Officer/Managing Agent
5001 West Lemon St
Tampa, FL 33609

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Account__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.53 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$488.46** |
|---|---|---|---|

**Ford Credit**
Attn: Officer/Managing Agent
P.O. Box 552679
Detroit, MI 48255

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Account__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.54 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,470.00** |
|---|---|---|---|

**Forging Industry Association**
Attn: Officer/Managing Agent
1111 Superior Ave., Suite 615
Cleveland, OH 44114

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Account__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.55 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,441.15** |
|---|---|---|---|

**Fraisa USA**
Attn: Officer/Managing Agent
1111 Superior Ave., Ste 615
Cleveland, OH 44114

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Account__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.56 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$11,572.66** |
|---|---|---|---|

**Fuchs Lubricants Co.**
Attn: Officer/Managing Agent
17050 Lathrop Avenue
Harvey, IL 60426

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Account__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.57 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$8,447.50** |
|---|---|---|---|

**Fujifilm North America Corporation**
Attn: Officer/Managing Agent
Dept. CH19009
Palatine, IL 60055-9009

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Account__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.58 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,058.40** |
|---|---|---|---|

**G&W Equipment**
Attn: Officer/Managing Agent
600 Lawton Road
Charlotte, NC 28216

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Account__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

Debtor **Sona BLW Precision Forge, Inc.**

Case number (if known) **16-04336-5**

Name

---

| 3.59 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $3,600.00 |
|---|---|---|---|

**Garfinkel Immigration Law Firm**
Attn: Officer/Managing Agent
6100 Fairview Rd., Suite 200
Charlotte, NC 28210

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Account__

Date(s) debt was incurred __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.60 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $34,726.32 |
|---|---|---|---|

**General Machine & Saw Co.**
Attn: Officer/Managing Agent
740 West Center Street
Marion, OH 43302

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Account__

Date(s) debt was incurred __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.61 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $927,994.77 |
|---|---|---|---|

**GerdauSpecial Steel**
Attn: Officer/Managing Agent
P.O. Box 67000
Detroit, MI 48267

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Account__

Date(s) debt was incurred __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.62 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $8,212.20 |
|---|---|---|---|

**Gerlieva Spruhtechnik**
Attn: Officer/Managing Agent
Tiergarten Str. 8, 79423 Heitershei
GERMANY

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Account__

Date(s) debt was incurred __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.63 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $3,525.60 |
|---|---|---|---|

**GKI, Inc.**
Attn: Officer/Managing Agent
6204 Factory Rd.
Crystal Lake, IL 60014

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Account__

Date(s) debt was incurred __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.64 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $697.74 |
|---|---|---|---|

**Global EDM**
Attn: Officer/Managing Agent
P.O. Box 713680
Cincinnati, OH 45271

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Account__

Date(s) debt was incurred __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.65 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $975.67 |
|---|---|---|---|

**Graphel Corporation, Inc.**
Attn: Officer/Managing Agent
P.O. Box 369
West Chester, OH 45071

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Account__

Date(s) debt was incurred __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Sona BLW Precision Forge, Inc.** | Case number (if known) | **16-04336-5** |
|---|---|---|---|
| | Name | | |

| 3.66 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$96,577.00** |
|---|---|---|---|

**Great American Insurance Group**
Attn: Officer/Managing Agent
3561 Solutions Center
Chicago, IL 60677

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Account_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.67 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Greg Jones**
c/o Kevin Joyner
2301 Sugar Bush Rd, Ste 600
Raleigh, NC 27612

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Civil Action_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.68 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$45,556.52** |
|---|---|---|---|

**Hagemeyer North America, Inc.**
Attn: Officer/Managing Agent
P.O. Box 404753
Atlanta, GA 30384

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Account_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.69 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,530.84** |
|---|---|---|---|

**Hampton Inn**
Attn: Officer/Managing Agent
1695 Outlet Center Dr.
Selma, NC 27576

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Account_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.70 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$750.00** |
|---|---|---|---|

**Hardee's Lawn Precision Cut, Inc.**
Attn: Officer/Managing Agent
2699 Government Rd.
Clayton, NC 27520

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Account_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.71 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,568.68** |
|---|---|---|---|

**Harriet Tischer**
563 Jacob Way, Apt 206
Rochester, MI 48307

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Account_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.72 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$875.00** |
|---|---|---|---|

**Hartzog Granite Company**
Attn: Officer/Managing Agent
120 marvin Place Road
Lynchburg, VA 24503

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Account_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Sona BLW Precision Forge, Inc.** | Case number (if known) | **16-04336-5** |
|---|---|---|---|
| | Name | | |

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|
| | **Health Equity** | ☐ Contingent | |
| | Attn: Officer/Managing Agent | ☐ Unliquidated | |
| | 15 W. Scenic Pointe Dr., Ste 400 | ☐ Disputed | |
| | Draper, UT 84020 | | |
| | Date(s) debt was incurred _ | Basis for the claim: **Account** | |
| | Last 4 digits of account number **8167** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,760.00** |
|---|---|---|---|
| | **Heat Treating Services LTD., Inc.** | ☐ Contingent | |
| | Attn: Officer/Managing Agent | ☐ Unliquidated | |
| | P.O. Box 1889 | ☐ Disputed | |
| | Simpsonville, SC 29681 | | |
| | Date(s) debt was incurred _ | Basis for the claim: **Account** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$639.46** |
|---|---|---|---|
| | **Heatbath Corporation** | ☐ Contingent | |
| | Attn: Officer/Managing Agent | ☐ Unliquidated | |
| | P.O. box 51048 | ☐ Disputed | |
| | Indian Orchard, MA 01151 | | |
| | Date(s) debt was incurred _ | Basis for the claim: **Account** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$7,546.52** |
|---|---|---|---|
| | **Hitachi Metals America, LLC** | ☐ Contingent | |
| | Attn: Officer/Managing Agent | ☐ Unliquidated | |
| | 85 West Algonquin Rd. Ste 400 | ☐ Disputed | |
| | Arlington Heights, IL 60005 | | |
| | Date(s) debt was incurred _ | Basis for the claim: **Account** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$6,283.60** |
|---|---|---|---|
| | **Holland (HMES)** | ☐ Contingent | |
| | Attn: Officer/Managing Agent | ☐ Unliquidated | |
| | 27052 Network Place | ☐ Disputed | |
| | Chicago, IL 60673-1270 | | |
| | Date(s) debt was incurred _ | Basis for the claim: **Account** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,540.15** |
|---|---|---|---|
| | **HYG Financial Services, Inc.** | ☐ Contingent | |
| | Attn: Officer/Managing Agent | ☐ Unliquidated | |
| | P.O. Box 643749 | ☐ Disputed | |
| | Pittsburgh, PA 15264 | | |
| | Date(s) debt was incurred _ | Basis for the claim: **Account** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,600.00** |
|---|---|---|---|
| | **IBI Group of North Carolina, PC** | ☐ Contingent | |
| | Attn: Officer/Managing Agent | ☐ Unliquidated | |
| | 801 Corporate Center Dr. | ☐ Disputed | |
| | Raleigh, NC 27607 | | |
| | Date(s) debt was incurred _ | Basis for the claim: **Account** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Sona BLW Precision Forge, Inc.** | | Case number *(if known)* | **16-04336-5** |
|---|---|---|---|---|
| | Name | | | |

| 3.80 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,167.66 |
|---|---|---|---|
| | **IC-Fluid Power, Inc.**<br>Attn: Officer/Managing Agent<br>63 Dixie Highway<br>Rossford, OH 43460 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | | **Basis for the claim:** _ Account _ | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.81 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $2,000,000.00 |
|---|---|---|---|
| | **ICICI Bank Limited**<br>Attn: Officer/Manager<br>500 Fifth Avenue, Floor 28<br>New York, NY 10110 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | | **Basis for the claim:** _ Account _ | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.82 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|
| | **Industrial Automated Systems**<br>Attn: Officer/Managing Agent<br>4189 Dixie Inn Road<br>Wilson, NC 27893 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | | **Basis for the claim:** _ Account _ | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.83 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $7,556.55 |
|---|---|---|---|
| | **Ingersoll-Rand Co.**<br>Attn: Officer/Managing Agent<br>15768 Collections Center Dr.<br>Chicago, IL 60693 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | | **Basis for the claim:** _ Account _ | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.84 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $3,786.54 |
|---|---|---|---|
| | **Inline Fluidpower**<br>Attn: Officer/Managing Agent<br>P.O. Box 179<br>Smithfield, NC 27577 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | | **Basis for the claim:** _ Account _ | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.85 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $2,665.21 |
|---|---|---|---|
| | **Ionic Technologies**<br>Attn: Officer/Managing Agent<br>207 Fairforest Way<br>Greenville, SC 29607 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | | **Basis for the claim:** _ Account _ | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.86 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $7,832.50 |
|---|---|---|---|
| | **J&S Fluid Power, LLC**<br>Attn: Officer/Managing Agent<br>P.O. Box 8311<br>Rocky Mount, NC 27804 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | | **Basis for the claim:** _ Account _ | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Sona BLW Precision Forge, Inc.** | Case number (if known) | **16-04336-5** |
|---|---|---|---|
| | Name | | |

| 3.87 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$18,707.51** |
|---|---|---|---|
| | **J.G. Weisser Sohne**<br>**Werkzuegmaschinenfabrik**<br>**1531 Georgen**<br>**GERMANY** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  Account | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.88 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$945.00** |
|---|---|---|---|
| | **J.J. Keller & Associates, Inc.**<br>**Attn:  Officer/Managing Agent**<br>**P.O. Box 548**<br>**Neenah, WI 54957** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  Account | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.89 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|
| | **Jennifer Pierce**<br>**6273 Howard Loop**<br>**Stantonsburg, NC 27883** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  Account | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.90 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$32.05** |
|---|---|---|---|
| | **John Cutler**<br>**105 Prancer Circle**<br>**Selma, NC 27576** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  Account | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.91 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,125.00** |
|---|---|---|---|
| | **Johnston Community College**<br>**Attn:  Officer/Managing Agent**<br>**P.O. Box 2350**<br>**Smithfield, NC 27577** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  Account | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.92 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$14,991.82** |
|---|---|---|---|
| | **K&J Enterprises**<br>**Attn:  Officer/Managing Agent**<br>**1400 East Geer St.**<br>**Durham, NC 27704** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  Account | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.93 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$11,929.29** |
|---|---|---|---|
| | **Kasto-Racine Inc.**<br>**Attn:  Officer/Managing Agent**<br>**P.O. Box 14310**<br>**Pittsburgh, PA 15239** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  Account | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor    **Sona BLW Precision Forge, Inc.**                                   Case number (if known)   **16-04336-5**
Name

| 3.94 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,801.91 |

**Kone Cranes**
Attn:  Officer/Managing Agent
4401 Gateway Blvd.
Springfield, OH 45502

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Account_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.95 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Laboratory Corporation of America**
Attn:  Officer/Managing Agent
P.O. Box 12140
Burlington, NC 27216-2140

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Account_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.96 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30,626.00 |

**Landstar Express America, Inc.**
Attn:  Officer/Managing Agent
16881 Collection Center Drive
Chicago, IL 60693

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Account_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.97 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,269.00 |

**Landstar Ranger, Inc.**
Attn:  Officer/Managing Agent
P.O. Box 784293
Philadelphia, PA 19178-4293

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Account_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.98 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $152.70 |

**Lansing Forge Inc.**
Attn:  Officer/Managing Agent
5232 Aurelius Rd.
Lansing, MI 48911

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Account_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.99 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,826.98 |

**Latrobe Specialty Steel Co.**
Attn:  Officer/Managing Agent
P.O. Box 644186
Pittsburgh, PA 15264

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Account_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,321.11 |

**Livingston & Haven**
Attn:  Officer/Managing Agent
P.O. Box 890218
Charlotte, NC 28289

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Account_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Sona BLW Precision Forge, Inc.** | | Case number (if known) | **16-04336-5** |
|---|---|---|---|---|
| | Name | | | |

| 3.101 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15,870.05 |
|---|---|---|---|
| | Machine Tech, Inc.<br>Attn:  Officer/Managing Agent<br>7 Crowders Ridge<br>Clover, SC 29710 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  Account | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.102 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,451.11 |
|---|---|---|---|
| | Mager Scientific, Inc.<br>Attn:  Officer/Managing Agent<br>P.O. Box 160<br>Dexter, MI 48130-0160 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  Account | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.103 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | Mark Lugibill<br>215 Gator Dr<br>Goldsboro, NC 27530 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  Account | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.104 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,249.44 |
|---|---|---|---|
| | Mazak Corporation<br>Attn:  Officer/Managing Agent<br>P.O. Box 702600<br>Cincinnati, OH 45270 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  Account | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.105 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,761.09 |
|---|---|---|---|
| | McMaster Carr upply Company<br>Attn:  Officer/Managing Agent<br>P.O. Box 7690<br>Chicago, IL 60680 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  Account | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.106 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $26.25 |
|---|---|---|---|
| | Metro Technologies<br>Attn:  Officer/Managing Agent<br>410 South Salsibury St., Suite 112<br>Raleigh, NC 27601 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  Account | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.107 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | Michael Spratt<br>102 Nicolet Lane<br>Smithfield, NC 27577 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  Account | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| Debtor | **Sona BLW Precision Forge, Inc.** | Case number (if known) | 16-04336-5 |
|---|---|---|---|
| | Name | | |

---

**3.108**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,400.00 |
|---|---|---|
| **Miller Transfer**<br>Attn: Officer/Managing Agent<br>P.O. Box 453<br>Carson, CA 90745 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: __Account__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.109**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,365.66 |
|---|---|---|
| **Mobile Mini**<br>Attn: Officer/Managing Agent<br>P.O. Box 740773<br>Cincinnati, OH 45274 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: __Account__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.110**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $45,927.70 |
|---|---|---|
| **Moore's Machine Company of Sanford**<br>Attn: Officer/Managing Agent<br>310 McNeill Road<br>Sanford, NC 27330 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: __Account__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.111**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,933.27 |
|---|---|---|
| **Morrisette Paper Co.**<br>Attn: Officer/Managing Agent<br>P.O. Box 890982<br>Charlotte, NC 28289-0982 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: __Account__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.112**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,791.70 |
|---|---|---|
| **Motion Industries Inc.**<br>Attn: Officer/Managing Agent<br>P.O. Box 404130<br>Atlanta, GA 30384 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: __Account__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.113**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,478.18 |
|---|---|---|
| **MSC Industrial Supply**<br>Attn: Officer/Managing Agent<br>Dept. Ch 0075<br>Palatine, IL 60055 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: __Account__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.114**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $250.00 |
|---|---|---|
| **National Assoc of Chiefs of Police**<br>Attn: Officer/Managing Agent<br>P.O. Box 82188<br>Phoenix, AZ 85071-2188 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: __Account__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | **Sona BLW Precision Forge, Inc.** | Case number *(if known)* | **16-04336-5** |
|---|---|---|---|
| | Name | | |

| 3.115 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $768.26 |
|---|---|---|---|

**Newage Testing Instruments**
Attn: Officer/Managing Agent
P.O. Box 601466
Charlotte, NC 28260

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** _Account_

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.116 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $375.00 |
|---|---|---|---|

**Newport Group, Inc.**
Attn: Officer/Managing Agent
1350 Treat Blvd, Suite 300
Walnut Creek, CA 94597

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** _Account_

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.117 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,234.00 |
|---|---|---|---|

**North American Steel Co.**
Attn: Officer/Managing Agent
P.O. Box 28126
Cleveland, OH 44128

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** _Account_

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.118 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,271.70 |
|---|---|---|---|

**Oasis Alignment Services, LLC**
Attn: Officer/Managing Agent
225 Pckering Road
Rochester, NH 03867

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** _Account_

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.119 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,620.99 |
|---|---|---|---|

**Ogletree Deakins Nash**
Attn: Officer/Managing Agent
P.O. Box 89
Greenville, SC 29602

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** _Account_

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.120 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,236.10 |
|---|---|---|---|

**Pangborn Corp**
Attn: Officer/Managing Agent
P.O. Box 936006
Atlanta, GA 31193-6006

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** _Account_

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.121 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8,757.00 |
|---|---|---|---|

**Parson's Woodworking**
Attn: Officer/Managing Agent
P.O. Box 829
Rocky Mount, NC 27801

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** _Account_

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Sona BLW Precision Forge, Inc.** | | Case number (if known) | **16-04336-5** |
|---|---|---|---|---|
| | Name | | | |

---

**3.122** Nonpriority creditor's name and mailing address

**Patrick Herder**
3820 Bostwyck Dr.
Fuquay Varina, NC 27526

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Account__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.123** Nonpriority creditor's name and mailing address

**Piedmont Natural Gas**
Attn:  Officer/Managing Agent
P.O. Box 660920
Dallas, TX 75266-0920

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Account__

Is the claim subject to offset? ■ No ☐ Yes

**$2,573.71**

---

**3.124** Nonpriority creditor's name and mailing address

**Pitney Bowes**
Attn:  Officer/Managing Agent
P.O. Box 371887
Pittsburgh, PA 15250-7874

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Account__

Is the claim subject to offset? ■ No ☐ Yes

**$425.93**

---

**3.125** Nonpriority creditor's name and mailing address

**PQ Systems**
Attn:  Officer/Managing Agent
P.O. Box 750010
Dayton, OH 45475

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Account__

Is the claim subject to offset? ■ No ☐ Yes

**$590.00**

---

**3.126** Nonpriority creditor's name and mailing address

**Press, Inc.**
Attn:  Officer/Managing Agent
5330 Manchester Avenue
Morristown, TN 37816

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Account__

Is the claim subject to offset? ■ No ☐ Yes

**$60,182.00**

---

**3.127** Nonpriority creditor's name and mailing address

**Professional Fire Extinguisher, Inc**
Attn:  Officer/Managing Agent
P.O. Box 1115
Clayton, NC 27528

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Account__

Is the claim subject to offset? ■ No ☐ Yes

**$2,337.76**

---

**3.128** Nonpriority creditor's name and mailing address

**Quill Corporation**
Attn: Managing Agent
P.O. Box 37600
Philadelphia, PA

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Account__

Is the claim subject to offset? ■ No ☐ Yes

**$2,113.27**

---

| Debtor | **Sona BLW Precision Forge, Inc.** | Case number (if known) | **16-04336-5** |
|---|---|---|---|

Name

---

| 3.129 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Radar Staffing**
Attn: Officer/Managing Agent
2216 Turtle Point Dr.
Raleigh, NC 27604

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Account__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.130 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$266.88** |
|---|---|---|---|

**Red Star Oil Co., Inc.**
Attn: Officer/Managing Agent
802 Purser Drive
Raleigh, NC 27603

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Account__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.131 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Rochester Midland Corp**
Attn: Officer/Managing Agent
P.O. Box 64462
Rochester, NY 14624

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Account__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.132 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,360.00** |
|---|---|---|---|

**Rockford Systems, Inc.**
Attn: Officer/Managing Agent
802 Purser Drive
Raleigh, NC 27603

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Account__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.133 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$8,585.00** |
|---|---|---|---|

**Rocky Mount Electric Motor, LLC**
Attn: Officer/Managing Agent
P.O. Box 1063
Rocky Mount, NC 27802

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Account__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.134 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$6,002.00** |
|---|---|---|---|

**Rodeco Company, Inc.**
Attn: Officer/Managing Agent
5811 Elwin Buchanan Dr.
Sanford, NC 27330

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Account__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.135 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$115.03** |
|---|---|---|---|

**Sachin Maggo**
201 October Glory Lane
Selma, NC 27576

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Sona BLW Precision Forge, Inc.** | Case number (*if known*) | **16-04336-5** |
|---|---|---|---|
| | Name | | |

| 3.136 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Safety-Kleen**
**Attn: Officer/Managing Agent**
**125 Sommervlle Park Road**
**Pittsburgh, PA 15250**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Account_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.137 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$18,620.72** |
|---|---|---|---|

**Sam Analytic Solutions LLC**
**Attn: Officer/Managing Agent**
**9720 Dayton Court**
**Raleigh, NC 27617**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Account_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.138 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$6,588.93** |
|---|---|---|---|

**Selas Heat Technology Company, LLC**
**Attn: Officer/Managing Agent**
**11012 Aurora-Hudson Road**
**Streetsboro, OH 44241**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Account_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.139 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$8,645.00** |
|---|---|---|---|

**Servo Motors and Drives**
**Attn: Officer/Managing Agent**
**P.O. Box 20923**
**Milwaukee, WI 53220**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Account_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.140 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$7,379.06** |
|---|---|---|---|

**Shamrock Environmental Corporation**
**Attn: Officer/Managing Agent**
**6106 Corporate Park dr.**
**Browns Summit, NC 27214**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Account_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.141 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Shawn Diefenderfer**
**114 North Kornegay Ave.**
**Pine Level, NC 27568**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Account_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.142 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Shred-IT Raleigh**
**Attn: Officer/Managing Agent**
**1251 Intrepid Ct.**
**Raleigh, NC 27610**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Account_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Sona BLW Precision Forge, Inc.** | Case number (if known) | **16-04336-5** |
|---|---|---|---|
| | Name | | |

| 3.143 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,085.55 |
|---|---|---|---|

**SMS Meer Service, Inc.**
Attn:  Officer/Managing Agent
210 West Kensinger Dr.
Cranberry Twp, PA 16066

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Account__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.144 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $127,147.24 |
|---|---|---|---|

**SONA AutoComp Germany Attn: Officer**
Papenberger Strabe 37
42859 Remscheid
**GERMANY**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Account__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.145 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,028.07 |
|---|---|---|---|

**Sona AutoComp US**
Attn:  Officer/Managing Agent
500 Oak Tree Drive
Selma, NC 27576

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Account__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.146 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $348,690.16 |
|---|---|---|---|

**Sona BLW Prazisionsschmiede**
Attn:  Officer/Managing Agent
Paperberger strasse 37 Remscheid
42809   GERMANY

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Account__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.147 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,335,167.36 |
|---|---|---|---|

**Sona BLW Precision Forgings Ltd**
Attn:  Officer/Managing Agent
Begumpur Khotola Gurgaon AL 122001
**INDIA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Account__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.148 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $17,699.25 |
|---|---|---|---|

**Source Scan Agency Pvt Ltd**
Attn:  Officer/Managing Agent
638 Pace City II, Sector 37 II
Gurgaon Haryana  INDIA

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Account__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.149 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,808.03 |
|---|---|---|---|

**Southeast Industrial Equipment**
Attn:  Officer/Managing Agent
P.O. Box 63230
Charlotte, NC 28263-3230

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Account__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Sona BLW Precision Forge, Inc.** | Case number (if known) | **16-04336-5** |
|---|---|---|---|
| | Name | | |

---

**3.150** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$313.14**

**Southeast Toyota Finance**
Attn:  Officer/Managing Agent
P.O. Box 70831
Charlotte, NC 28272

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Account**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.151** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,088.04**

**Southeastern Freight**
Attn:  Officer/Managing Agent
P.O. Box 100104
Columbia, SC 29202

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Account**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.152** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,100.00**

**Southern AG Carriers, Inc.**
Attn:  Officer/Managing Agent
P.O. Box 50335
Albany, GA 31703-0335

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Account**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.153** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$9,015.00**

**Southern Substation**
Attn:  Officer/Managing Agent
4522 Appleton Ave
Jacksonville, FL 32210

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Account**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.154** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$6,211.00**

**SPC Mechanical Corporation**
Attn:  Officer/Managing Agent
P.O. Box 3006
Wilson, NC 27895

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Account**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.155** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Stephen Vogt**
2508 Kimbolton Drive
College Station, TX 77845

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Account**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.156** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$13,030.88**

**Sunbelt Rentals, Inc.**
Attn:  Officer/Managing Agent
3116 Capital Blvd.
Raleigh, NC 27604

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Account**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | **Sona BLW Precision Forge, Inc.** | Case number (if known) | **16-04336-5** |
|---|---|---|---|
| | Name | | |

| 3.157 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,095.99** |
|---|---|---|---|

**Suntrust Bank**
Attn: Officer/Managing Agent
P.O. Box 791250
Baltimore, MD 21279

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Account__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.158 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,325.00** |
|---|---|---|---|

**Super Systems, Inc.**
Attn: Officer/Managing Agent
7205 Edington Dr.
Cincinnati, OH 45249

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Account__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.159 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$834.43** |
|---|---|---|---|

**Systel Business Equipment**
Attn: Officer/Managing Agent
P.O. Box 41602
Philadelphia, PA 19101

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Account__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.160 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$338.53** |
|---|---|---|---|

**T&W Welding and Machine Co.**
Attn: Officer/Managing Agent
1896 Mallard Road
Smithfield, NC 27577

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Account__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.161 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$21,460.85** |
|---|---|---|---|

**Taylor Enterprises, Inc.**
Attn: Officer/Managing Agent
2586 Southport road
Spartanburg, SC 29302

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Account__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.162 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,638.51** |
|---|---|---|---|

**Tennant**
Attn: Officer/Managing Agent
P.O. Box 71414
Chicago, IL 60694

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Account__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.163 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$51,476.62** |
|---|---|---|---|

**The PIC Group**
Attn: Officer/Managing Agent
36510 Treasury Center
Chicago, IL 60694-6500

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Account__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Sona BLW Precision Forge, Inc.** | Case number (if known) | 16-04336-5 |
|---|---|---|---|
| | Name | | |

| 3.164 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $18,697.99 |
|---|---|---|---|

**The Roberts Company Field Svcs.**
Attn: Officer/Managing Agent
133 Forliness Road
Winterville, NC 28590

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Account__

Is the claim subject to offset? ■ No ☐ Yes

| 3.165 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,727.08 |
|---|---|---|---|

**Thermal Metal Treating, Inc.**
Attn: Officer/Managing Agent
P.O. Box 367
Aberdeen, NC 28315

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Account__

Is the claim subject to offset? ■ No ☐ Yes

| 3.166 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $71,938.31 |
|---|---|---|---|

**TimkenSteel Corporation**
Attn: Officer/Managing Agent
28777 Network Place
Chicago, IL 60673

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Account__

Is the claim subject to offset? ■ No ☐ Yes

| 3.167 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $34,500.00 |
|---|---|---|---|

**Total Quality Logistics**
Attn: Officer/Managing Agent
P.O. Box 634558
Cincinnati, OH 45263-4558

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Account__

Is the claim subject to offset? ■ No ☐ Yes

| 3.168 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,280.01 |
|---|---|---|---|

**Town of Selma**
Attn: Officer/Managing Agent
100 North Raiford Street
Selma, NC 27576

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Account__

Is the claim subject to offset? ■ No ☐ Yes

| 3.169 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $302.98 |
|---|---|---|---|

**Uline Shipping Supplies**
Attn: Officer/Managing Agent
P.O. Box 88741
Chicago, IL 60680

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Account__

Is the claim subject to offset? ■ No ☐ Yes

| 3.170 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,073.81 |
|---|---|---|---|

**United Machine Works**
Attn: Officer/Managing Agent
P.O. Box 147
Stokes, NC 27884

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Account__

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Sona BLW Precision Forge, Inc.** | Case number (if known) | **16-04336-5** |
|---|---|---|---|
| | Name | | |

| 3.171 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,593.17 |
|---|---|---|---|

**UPS**
Attn:  Officer/Managing Agent
P.O. Box 7247-0244
Philadelphia, PA 19170-0001

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Account**

Is the claim subject to offset? ■ No ☐ Yes

| 3.172 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,976.65 |
|---|---|---|---|

**US Security Associates**
Attn:  Officer/Managing Agent
P.O. Box 931703
Atlanta, GA 31193

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Account**

Is the claim subject to offset? ■ No ☐ Yes

| 3.173 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $249,660.17 |
|---|---|---|---|

**Vardhman Special Steels, Ltd**
Attn:  Officer/Managing Agent
C-58 Focal Point Ludhiana Punjab AL
INDIA

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Account**

Is the claim subject to offset? ■ No ☐ Yes

| 3.174 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,509.90 |
|---|---|---|---|

**Waste Management**
Attn:  Officer/Managing Agent
P.O. Box 105453
Atlanta, GA 30348-5453

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Account**

Is the claim subject to offset? ■ No ☐ Yes

| 3.175 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $345.00 |
|---|---|---|---|

**WD Service Company**
Attn:  Officer/Managing Agent
P.O. Box 147
Bellmawr, NJ 08099

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Account**

Is the claim subject to offset? ■ No ☐ Yes

| 3.176 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $345.00 |
|---|---|---|---|

**WD Service Company**
Attn:  Officer/Managing Agent
P.O. Box 147
Bellmawr, NJ 08099

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Account**

Is the claim subject to offset? ■ No ☐ Yes

| 3.177 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,499.11 |
|---|---|---|---|

**Wesco CCA**
Attn:  Officer/Managing Agent
P.O. Box 642728
Pittsburgh, PA 15264-2728

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Account**

Is the claim subject to offset? ■ No ☐ Yes

Debtor    **Sona BLW Precision Forge, Inc.**
_____
Name

Case number (if known)    **16-04336-5**

| | |
|---|---|
| 3.178 | **Nonpriority creditor's name and mailing address** |

**Windstream Communications**
**Attn:  Officer/Managing Agent**
**P.O. Box 9001950**
**Louisville, KY 40290-1950**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Account

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

| | |
|---|---|
| 3.179 | **Nonpriority creditor's name and mailing address** |

**Yashvir Nandal**
**4002 Woodfield Lake Road**
**Cary, NC 27518**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Account

Is the claim subject to offset? ■ No ☐ Yes

**$324.74**

---

### Part 3:    List Others to Be Notified About Unsecured Claims

**4.** List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **SONA AutoComp Germany**<br>**Klusring 22**<br>**49152 Bad Essen GERMANY** | Line  **3.144**<br>☐ Not listed. Explain ____ | _ |
| 4.2 | **Sona BLW Prazionsschmiede GmbH**<br>**Attn:  Officer/Managing Agent**<br>**Frankfurter Ring 227 Munchen 80807 GERMANY** | Line  **3.146**<br>☐ Not listed. Explain ____ | _ |

---

### Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims

**5.** Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ 14,302.25 |
| 5b. Total claims from Part 2 | 5b. + | $ 12,574,135.77 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ 12,588,438.02 |

# United States Bankruptcy Court
### Eastern District of North Carolina

In re    **Sona BLW Precision Forge, Inc.**                              Case No.    **16-04336-5**

                                         Debtor(s)              Chapter      **7**

# VERIFICATION OF CREDITOR MATRIX - AMENDED

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **September 22, 2016**                    **/s/ Todd Downie**

                                             **Todd Downie/President**
                                             Signer/Title

AAA Scale Company, Inc.
Attn: Officer/Managing Agent
P.O. Box 7056
Wilson, NC 27895

American Broach and Machine Co.
Attn: Officer/Managing Agent
575 South Mansfield St.
Ypsilanti, MI 48197

B.V. Tech
Attn: Officer/Managing Agent
Bliesstrabe 31 Gersheim 5
GERMANY

Accent Imaging, Inc.
Attn: Officer/Managing Agent
8121 Brownleigh Dr.
Raleigh, NC 27617

American Express
Attn: Managing Agent
P.O. Box 650448
Dallas, TX 75265-0448

BlackHawk Industrial
Attn: Officer/Managing Agent
P.O. Box 8599
Saint Louis, MO 63126

Advanced Calibration Label, LLC
Attn: Officer/Managing Agent
2035 Contractors Road, Ste 7
Sedona, AZ 86336

Amerigas Propane LP
Attn: Officer/Managing Agent
P.O. Box 371473
Pittsburgh, PA 15250-7473

Bolt Express
Attn: Officer/Managing Agent
75 Remittance Dr., Ste 1231
Chicago, IL 60675

AFC-Holcroft
Attn: Officer/Managing Agent
P.O. Box 67000
Detroit, MI 48267

Apex Industrial Group
Attn: Officer/Managing Agent
6509 Hilburn Dr., Suite 100
Raleigh, NC 27613

Braj Aggarwal, CPA, P.C.
Attn: Officer/Managing Agent
37-05 74th Street, 3rd Floor
Jackson Heights, NY 11372

Air Liquide Industrial US
Attn: Officer/Managing Agent
180 W. Germantown Pike
Norristown, PA 19401

Aramark/AUS Central Lockbox
Attn: Officer/Managing Agent
P.O. Box 731676
Dallas, TX 75376

Callaway Industrial Services, Inc.
Attn: Officer/Managing Agent
P.O. Box 3128
Mooresville, NC 28117

Airgas National Welders
Attn: Officer/Managing Agent
P.O. Box 601985
Charlotte, NC 28260-1985

AT&T Mobility
Attn: Officer/Managing Agent
P.O. Box 5014
Carol Stream, IL 60197-5014

Carolina Ice Company
Attn: Officer/Managing Agent
2466 Old Poole Rd.
Kinston, NC 28504

AJAX Tocco Magnethermic
Attn: Officer/Managing Agent
P.O. Box 78000
Detroit, MI 48278-1449

Atmosphere Engineering Company
Attn: Officer/Managing Agent
419 W. Boden Street
Milwaukee, WI 53207

Carr Lane Roemheld Mfg. Co.
Attn: Officer/Managing Agent
927 Horan Drive
Fenton, MO 63026

Allred Mechanical Services, Inc.
Attn: Officer/Managing Agent
P.O. Box 7663
Rocky Mount, NC 27804

ATO AG
Attn: Managing Agent
ViaPenate, 4-6850 Mendrisio
SWITZERLAND

CDW Computer Centers, Inc.
Attn: Officer/Managing Agent
P.O. Box 75723
Chicago, IL 60675

Amazon.com
Attn: Officer/Managing Agent
P.O. Box 965055
Orlando, FL 32896

Augustin Partners, LLC
Attn: Officer/Managing Agent
300 East 42nd St., 14th Floor
New York, NY 10017

CEFI, S.R.L.
Attn: Officer/Managing Agent
Viale America 4 Castellamonte 100
ITALY

Ceratizit USA, Inc.
Attn:  Officer/Managing Agent
P.O. Box 13235
Newark, NJ 07101-3235

Crystal Springs
Attn:  Officer/Managing Agent
P.O. Box 660579
Dallas, TX 75266-0579

Direct Energy Business
Attn:  Officer/Managing Agent
P.O. Box 32179
New York, NY 10087-2179

Charles Xavier Bynum
7904 Mcguire Dr.
Raleigh, NC 27616

Custom Coating, Inc.
Attn:  Officer/Managing Agent
1937 Jacob Street
Auburn, IN 46706

DSV Air & Sea, Inc.
Attn:  Officer/Managing Agent
P.O. Box 200876
Pittsburgh, PA 15251-0876

Cherry Bekaert & Holland, LLP
Attn:  Officer/Managing Agent
P.O. Box 25549
Richmond, VA 23261-5549

Dannie Askew
P.O. Box 607
Macclesfield, NC 27852

Duke Energy
Attn:  Officer/Managing Agent
P.O. Box 1003
Charlotte, NC 28201-1003

Chris Ensign
1530 Evans Road
Princeton, NC 27569

Daryl Hopkins dba Fast Track Expedi
Attn:  Officer/Managing Agent
6054 S. NC Hwy 231
Middlesex, NC 27557

Edwards Inc.
Attn:  Officer/Managing Agent
4119 Sheep Pasture Road
Spring Hope, NC 27882

Cleveland Deburring Machine Company
Attn:  Officer/Managing Agent
3370 West 140th Street
Cleveland, OH 44111

Dayco Manufacturing
Attn:  Officer/Managing Agent
6116 US 70 Hwy. W.
Clayton, NC 27520

Electric Equipment Co.
Attn:  Officer/Managing Agent
P.O. Box 37339
Raleigh, NC 27627

Conveying Solutions
Attn:  Officer/Managing Agent
P.O. Box 1866
Charleston, WV 25327

Dayco Manufacturing, Inc.
6116 US 70 West
Clayton, NC 27520

Elind SPA, Attn:   Officer/Agent
Viale Delle Industrie 17
10078 Venaria Reale TO
ITALY

Cooley Wire Products Mfg., Co.
Attn:  Officer/Managing Agent
5025 North River Road
Schiller Park, IL 60176

Delia Valdiviezo
204 Duke St.
Garner, NC 27529

Escape Proof, Inc.
Attn:  Officer/Managing Agent
1496 Durham St. Oakville Ontario
CANADA

Covisint
Attn:  Officer/Managing Agent
P.O. Box 674600
Detroit, MI 48267-4600

Dieffenbacher North America
Attn:  Officer/Managing Agent
9495 Twin Oaks Drive Windsor Ontari
CANADA

Executive Personnel Group, LLC
Attn:  Officer/Managing Agent
1604 Carolina Ave., Suite 100
Washington, NC 27889

Crotts & Saunders, LLC
Attn:  Officer/Managing Agent
2709 Boulder Park Court
Winston Salem, NC 27101-4776

Dillon Supply Co., Inc.
Attn:  Officer/Managing Agent
P.O. Box 602541
Charlotte, NC 28260-2541

Fastenal
Attn:  Officer/Managing Agent
P.O. Box 978
Winona, MN 55987

Federal Express Corporation
Attn: Officer/Managing Agent
P.O. Box 371461
Pittsburgh, PA 15250-7461

Fujifilm North America Corporation
Attn: Officer/Managing Agent
Dept. CH19009
Palatine, IL 60055-9009

Graphel Corporation, Inc.
Attn: Officer/Managing Agent
P.O. Box 369
West Chester, OH 45071

Federal Express Freight East
Attn: Officer/Managing Agent
P.O. Box 223125
Pittsburgh, PA 15251-2125

G&W Equipment
Attn: Officer/Managing Agent
600 Lawton Road
Charlotte, NC 28216

Great American Insurance Group
Attn: Officer/Managing Agent
3561 Solutions Center
Chicago, IL 60677

Felicity Barber
217 Charlevoix St.
Clawson, MI 48017

Garfinkel Immigration Law Firm
Attn: Officer/Managing Agent
6100 Fairview Rd., Suite 200
Charlotte, NC 28210

Greg Jones
c/o Kevin Joyner
2301 Sugar Bush Rd, Ste 600
Raleigh, NC 27612

Focus Management Group
Attn: Officer/Managing Agent
5001 West Lemon St
Tampa, FL 33609

General Machine & Saw Co.
Attn: Officer/Managing Agent
740 West Center Street
Marion, OH 43302

Hagemeyer North America, Inc.
Attn: Officer/Managing Agent
P.O. Box 404753
Atlanta, GA 30384

Ford Credit
Attn: Officer/Managing Agent
P.O. Box 552679
Detroit, MI 48255

GerdauSpecial Steel
Attn: Officer/Managing Agent
P.O. Box 67000
Detroit, MI 48267

Hampton Inn
Attn: Officer/Managing Agent
1695 Outlet Center Dr.
Selma, NC 27576

Ford Credit
Attn: Officer/Managing Agent
P.O. Box 542000
Omaha, NE 68154-8000

Gerlieva Spruhtechnik
Attn: Officer/Managing Agent
Tiergarten Str. 8, 79423 Heitershei
 GERMANY

Hardee's Lawn Precision Cut, Inc.
Attn: Officer/Managing Agent
2699 Government Rd.
Clayton, NC 27520

Forging Industry Association
Attn: Officer/Managing Agent
1111 Superior Ave., Suite 615
Cleveland, OH 44114

GKI, Inc.
Attn: Officer/Managing Agent
6204 Factory Rd.
Crystal Lake, IL 60014

Harriet Tischer
563 Jacob Way, Apt 206
Rochester, MI 48307

Fraisa USA
Attn: Officer/Managing Agent
1111 Superior Ave., Ste 615
Cleveland, OH 44114

Global EDM
Attn: Officer/Managing Agent
P.O. Box 713680
Cincinnati, OH 45271

Hartzog Granite Company
Attn: Officer/Managing Agent
120 marvin Place Road
Lynchburg, VA 24503

Fuchs Lubricants Co.
Attn: Officer/Managing Agent
17050 Lathrop Avenue
Harvey, IL 60426

Global Premium Finance Company
Attn: Officer/Managing Agent
One South Jefferson Street
Roanoke, VA 24011

Health Equity
Attn: Officer/Managing Agent
15 W. Scenic Pointe Dr., Ste 400
Draper, UT 84020

Heat Treating Services LTD., Inc.
Attn:  Officer/Managing Agent
P.O. Box 1889
Simpsonville, SC 29681

Ingersoll-Rand Co.
Attn:  Officer/Managing Agent
15768 Collections Center Dr.
Chicago, IL 60693

Jennifer Pierce
6273 Howard Loop
Stantonsburg, NC 27883


Heatbath Corporation
Attn:  Officer/Managing Agent
P.O. box 51048
Indian Orchard, MA 01151

Inline Fluidpower
Attn:  Officer/Managing Agent
P.O. Box 179
Smithfield, NC 27577

Joel Guzman
515 E. Woodall St
Smithfield, NC 27577


Hitachi Metals America, LLC
Attn:  Officer/Managing Agent
85 West Algonquin Rd. Ste 400
Arlington Heights, IL 60005

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

John Cutler
105 Prancer Circle
Selma, NC 27576


Holland (HMES)
Attn:  Officer/Managing Agent
27052 Network Place
Chicago, IL 60673-1270

Ionic Technologies
Attn:  Officer/Managing Agent
207 Fairforest Way
Greenville, SC 29607

Johnston Community College
Attn:  Officer/Managing Agent
P.O. Box 2350
Smithfield, NC 27577


HYG Financial Services, Inc.
Attn:  Officer/Managing Agent
P.O. Box 643749
Pittsburgh, PA 15264

Isaac Jerome Stewart
103 Plaza Drive
Garner, NC 27529

Johnston County Tax Collector
P.O. Box 451
Smithfield, NC 27577


IBI Group of North Carolina, PC
Attn:  Officer/Managing Agent
801 Corporate Center Dr.
Raleigh, NC 27607

J&S Fluid Power, LLC
Attn:  Officer/Managing Agent
P.O. Box 8311
Rocky Mount, NC 27804

Justin Revels
212 Millbrook Village Dr.
Goldsboro, NC 27530


IC-Fluid Power, Inc.
Attn:  Officer/Managing Agent
63 Dixie Highway
Rossford, OH 43460

J.G. Weisser Sohne
Werkzuegmaschinenfabrik
1531 Georgen
GERMANY

K&J Enterprises
Attn:  Officer/Managing Agent
1400 East Geer St.
Durham, NC 27704


ICICI Bank Limited
Attn:  Officer/Manager
500 Fifth Avenue, Floor 28
New York, NY 10110

J.J. Keller & Associates, Inc.
Attn:  Officer/Managing Agent
P.O. Box 548
Neenah, WI 54957

Kasto-Racine Inc.
Attn:  Officer/Managing Agent
P.O. Box 14310
Pittsburgh, PA 15239


Industrial Automated Systems
Attn:  Officer/Managing Agent
4189 Dixie Inn Road
Wilson, NC 27893

Javontae Davis
751 Country Store Rd.
Selma, NC 27576

Keith Currie
292 Buck Dunn Rd.
Four Oaks, NC 27524

Kone Cranes
Attn:  Officer/Managing Agent
4401 Gateway Blvd.
Springfield, OH 45502

Luther Ingram
545 Madison Ave.
Princeton, NC 27569

Micael Roy Elzey
1007 West Oak Street
Selma, NC 27576

Laboratory Corporation of America
Attn:  Officer/Managing Agent
P.O. Box 12140
Burlington, NC 27216-2140

Machine Tech, Inc.
Attn:  Officer/Managing Agent
7 Crowders Ridge
Clover, SC 29710

Michael Spratt
102 Nicolet Lane
Smithfield, NC 27577

Lamont Pettiway
725 Oak Grove Inn Rd
Selma, NC 27576-5949

Mager Scientific, Inc.
Attn:  Officer/Managing Agent
P.O. Box 160
Dexter, MI 48130-0160

Miller Transfer
Attn:  Officer/Managing Agent
P.O. Box 453
Carson, CA 90745

Landstar Express America, Inc.
Attn:  Officer/Managing Agent
16881 Collection Center Drive
Chicago, IL 60693

Manufacturers Capital, LLC
414 Canal Street
New Smyrna Beach, FL 32168

Mobile Mini
Attn:  Officer/Managing Agent
P.O. Box 740773
Cincinnati, OH 45274

Landstar Ranger, Inc.
Attn:  Officer/Managing Agent
P.O. Box 784293
Philadelphia, PA 19178-4293

Marcia Cox
606 S. Smithfield St.
Selma, NC 27576

Mobile Mini
Attn:  Officer/Managing Agent
P.O. Box 79149
Phoenix, AZ 85062-9149

Lansing Forge Inc.
Attn:  Officer/Managing Agent
5232 Aurelius Rd.
Lansing, MI 48911

Mark Lugibill
215 Gator Dr
Goldsboro, NC 27530

Moore's Machine Company of San
Attn:  Officer/Managing Agent
310 McNeill Road
Sanford, NC 27330

Latrobe Specialty Steel Co.
Attn:  Officer/Managing Agent
P.O. Box 644186
Pittsburgh, PA 15264

Mazak Corporation
Attn:  Officer/Managing Agent
P.O. Box 702600
Cincinnati, OH 45270

Morrisette Paper Co.
Attn:  Officer/Managing Agent
P.O. Box 890982
Charlotte, NC 28289-0982

Linamar Corporation and Linergy Mfg

McMaster Carr upply Company
Attn:  Officer/Managing Agent
P.O. Box 7690
Chicago, IL 60680

Motion Industries Inc.
Attn:  Officer/Managing Agent
P.O. Box 404130
Atlanta, GA 30384

Livingston & Haven
Attn:  Officer/Managing Agent
P.O. Box 890218
Charlotte, NC 28289

Metro Technologies
Attn:  Officer/Managing Agent
410 South Salsibury St., Suite 112
Raleigh, NC 27601

MSC Industrial Supply
Attn:  Officer/Managing Agent
Dept. Ch 0075
Palatine, IL 60055

National Assoc of Chiefs of Police
Attn:  Officer/Managing Agent
P.O. Box 82188
Phoenix, AZ 85071-2188

Pangborn Corp
Attn:  Officer/Managing Agent
P.O. Box 936006
Atlanta, GA 31193-6006

Professional Fire Extinguisher, Inc
Attn:  Officer/Managing Agent
P.O. Box 1115
Clayton, NC 27528

NC Department of Revenue
Attn:  Bankruptcy Unit
P.O. Box 1168
Raleigh, NC 27602-1168

Parson's Woodworking
Attn:  Officer/Managing Agent
P.O. Box 829
Rocky Mount, NC 27801

Quill Corporation
Attn: Managing Agent
P.O. Box 37600
Philadelphia, PA

Newage Testing Instruments
Attn:  Officer/Managing Agent
P.O. Box 601466
Charlotte, NC 28260

Patrick Herder
3820 Bostwyck Dr.
Fuquay Varina, NC 27526

Radar Staffing
Attn:  Officer/Managing Agent
2216 Turtle Point Dr.
Raleigh, NC 27604

Newport Group, Inc.
Attn:  Officer/Managing Agent
1350 Treat Blvd, Suite 300
Walnut Creek, CA 94597

Piedmont Natural Gas
Attn:  Officer/Managing Agent
P.O. Box 660920
Dallas, TX 75266-0920

RayTech Machine Tools
Attn:  Officer/Managing Agent
4915 Waters Edge Dr., Ste 265
Raleigh, NC 27606

Nissan Motor Acceptance
Attn:  Officer/Managing Agent
P.O. Box 660360
Dallas, TX 75266

Pitney Bowes
Attn:  Officer/Managing Agent
P.O. Box 371887
Pittsburgh, PA 15250-7874

Red Star Oil Co., Inc.
Attn:  Officer/Managing Agent
802 Purser Drive
Raleigh, NC 27603

NMHG Financial Srvs c/o CT Lien Sol
Attn:  Officer/Managing Agent
P.O. Box 29071
Glendale, CA 91209

PNC Bank, N.A. - Bankruptcy Dept.
Attn:  Officer/Managing Agent
P.O. Box 5570
Cleveland, OH 44101

Rochester Midland Corp
Attn:  Officer/Managing Agent
P.O. Box 64462
Rochester, NY 14624

North American Steel Co.
Attn:  Officer/Managing Agent
P.O. Box 28126
Cleveland, OH 44128

PNC Bank, N.A. - Commercial Loan SC
Attn:  Officer/Managing Agent
500 First Avenue
Pittsburgh, PA 15219

Rockford Systems, Inc.
Attn:  Officer/Managing Agent
802 Purser Drive
Raleigh, NC 27603

Oasis Alignment Services, LLC
Attn:  Officer/Managing Agent
225 Pckering Road
Rochester, NH 03867

PQ Systems
Attn:  Officer/Managing Agent
P.O. Box 750010
Dayton, OH 45475

Rocky Mount Electric Motor, LLC
Attn:  Officer/Managing Agent
P.O. Box 1063
Rocky Mount, NC 27802

Ogletree Deakins Nash
Attn:  Officer/Managing Agent
P.O. Box 89
Greenville, SC 29602

Press, Inc.
Attn:  Officer/Managing Agent
5330 Manchester Avenue
Morristown, TN 37816

Rodeco Company, Inc.
Attn:  Officer/Managing Agent
5811 Elwin Buchanan Dr.
Sanford, NC 27330

Sachin Maggo
201 October Glory Lane
Selma, NC 27576

SMS Meer Service, Inc.
Attn:  Officer/Managing Agent
210 West Kensinger Dr.
Cranberry Twp, PA 16066

Source Scan Agency Pvt Ltd
Attn:  Officer/Managing Agent
638 Pace City II, Sector 37 II
Gurgaon Haryana  INDIA

Safety-Kleen
Attn:  Officer/Managing Agent
125 Sommervlle Park Road
Pittsburgh, PA 15250

SONA AutoComp Germany
Klusring 22
49152 Bad Essen GERMANY

Southeast Industrial Equipment
Attn:  Officer/Managing Agent
P.O. Box 63230
Charlotte, NC 28263-3230

Sam Analytic Solutions LLC
Attn:  Officer/Managing Agent
9720 Dayton Court
Raleigh, NC 27617

SONA AutoComp Germany Attn: Officer
Papenberger Strabe 37
42859 Remscheid
GERMANY

Southeast Toyota Finance
Attn:  Officer/Managing Agent
P.O. Box 70831
Charlotte, NC 28272

Sam IT Solutions LLC
Attn:  Officer/Managing Agent
7406 Chapel Hill Road
Morrisville, NC 27560

Sona AutoComp US
Attn:  Officer/Managing Agent
500 Oak Tree Drive
Selma, NC 27576

Southeast Toyota Finance
Attn:  Officer/Managing Agent
P.O. Box 991817
Mobile, AL 36691-8817

Selas Heat Technology Company, LLC
Attn:  Officer/Managing Agent
11012 Aurora-Hudson Road
Streetsboro, OH 44241

Sona Autocomp USA, LLC
500 Oak Tree Drive
Selma, NC 27576

Southeastern Freight
Attn:  Officer/Managing Agent
P.O. Box 100104
Columbia, SC 29202

Servo Motors and Drives
Attn:  Officer/Managing Agent
P.O. Box 20923
Milwaukee, WI 53220

Sona BLW Global

Southern AG Carriers, Inc.
Attn:  Officer/Managing Agent
P.O. Box 50335
Albany, GA 31703-0335

Shamrock Environmental Corporation
Attn:  Officer/Managing Agent
6106 Corporate Park dr.
Browns Summit, NC 27214

Sona BLW Prazionsschmiede
Attn:  Officer/Managing Agent
Paperberger strasse 37 Remscheid
42809   GERMANY

Southern Substation
Attn:  Officer/Managing Agent
4522 Appleton Ave
Jacksonville, FL 32210

Shawn Diefenderfer
114 North Kornegay Ave.
Pine Level, NC 27568

Sona BLW Prazionsschmiede GmbH
Attn:  Officer/Managing Agent
Frankfurter Ring 227 Munchen 80807
GERMANY

SPC Mechanical Corporation
Attn:  Officer/Managing Agent
P.O. Box 3006
Wilson, NC 27895

Shred-IT Raleigh
Attn:  Officer/Managing Agent
1251 Intrepid Ct.
Raleigh, NC 27610

Sona BLW Precision Forgings Ltd
Attn:  Officer/Managing Agent
Begumpur Khotola Gurgaon AL 122001
INDIA

Stephen Vogt
2508 Kimbolton Drive
College Station, TX 77845

Sunbelt Rentals, Inc.
Attn:  Officer/Managing Agent
3116 Capital Blvd.
Raleigh, NC 27604

Tennant
Attn:  Officer/Managing Agent
P.O. Box 71414
Chicago, IL 60694

Toyota Motor Credit
Attn:  Officer/Managing Agent
P.O. Box 3457
Torrance, CA 90510-3457

Suntrust Bank
Attn:  Officer/Managing Agent
P.O. Box 791250
Baltimore, MD 21279

TFC Equipment Fin. c/o Corp Svc Co
Attn:  Officer/Managing Agent
801 Adlai Stevenson Dr.
Springfield, IL 62703

Uline Shipping Supplies
Attn:  Officer/Managing Agent
P.O. Box 88741
Chicago, IL 60680

Suntrust Equipment Finance & Lease
Attn:  Officer/Managing Agent
300 East Joppa Rd., Suite 700
Towson, MD 21286

The PIC Group
Attn:  Officer/Managing Agent
36510 Treasury Center
Chicago, IL 60694-6500

United Machine Works
Attn:  Officer/Managing Agent
P.O. Box 147
Stokes, NC 27884

Super Systems, Inc.
Attn:  Officer/Managing Agent
7205 Edington Dr.
Cincinnati, OH 45249

The Roberts Company Field Svcs.
Attn:  Officer/Managing Agent
133 Forliness Road
Winterville, NC 28590

UPS
Attn:  Officer/Managing Agent
P.O. Box 7247-0244
Philadelphia, PA 19170-0001

Systel Business Equipment
Attn:  Officer/Managing Agent
P.O. Box 41602
Philadelphia, PA 19101

Thermal Metal Treating, Inc.
Attn:  Officer/Managing Agent
P.O. Box 367
Aberdeen, NC 28315

US Bancorp Equipment Finance
Attn: Officer/Managing Agent
PO Box 230789
Portland, OR 97281

Systel Business Equipment
Attn:  Officer/Managing Agent
P.O. Box 35870
Fayetteville, NC 28303

TimkenSteel Corporation
Attn:  Officer/Managing Agent
28777 Network Place
Chicago, IL 60673

US Security Associates
Attn:  Officer/Managing Agent
P.O. Box 931703
Atlanta, GA 31193

T&W Welding and Machine Co.
Attn:  Officer/Managing Agent
1896 Mallard Road
Smithfield, NC 27577

Todd Downie
1216 Lafayette Park Lane
Matthews, NC 28104

Vardhman Special Steels, Ltd
Attn:  Officer/Managing Agent
C-58 Focal Point Ludhiana Punjab A
INDIA

Taylor Enterprises, Inc.
Attn:  Officer/Managing Agent
2586 Southport road
Spartanburg, SC 29302

Total Quality Logistics
Attn:  Officer/Managing Agent
P.O. Box 634558
Cincinnati, OH 45263-4558

Vickie Fowler
109 Kirkwall Lane
Selma, NC 27576

TCF Equipment Finance, Inc.
11100 Wayzata Blvd., Suite 801
Hopkins, MN 55305

Town of Selma
Attn:  Officer/Managing Agent
100 North Raiford Street
Selma, NC 27576

Waste Management
Attn:  Officer/Managing Agent
P.O. Box 105453
Atlanta, GA 30348-5453

WD  Service  Company
Attn:   Officer/Managing  Agent
P.O.  Box  147
Bellmawr, NJ 08099


Wesco  CCA
Attn:   Officer/Managing  Agent
P.O.  Box  642728
Pittsburgh, PA 15264-2728


Windstream  Communications
Attn:   Officer/Managing  Agent
P.O.  Box  9001950
Louisville, KY 40290-1950


Yashvir  Nandal
4002  Woodfield  Lake  Road
Cary, NC 27518