```
Label Matrix for local noticing          500 Oak Tree, LLC                      Allred Mechanical Services, Inc.
0417-5                                   c/o Christine L. Myatt                 c/o Tyler J. Russell, Esq.
Case 16-04336-5-DMW                      Nexsen Pruet, LLC                      Post Office Box 33009
Eastern District of North Carolina       701 Green Valley Road, Suite 100       Raleigh, NC 27636-3009
Raleigh                                  Greensboro, NC 27408-7096
Mon May 7 12:34:17 EDT 2018

American Express Travel Related Services Com   (p)BANKRUPTCY ADMINISTRATOR EDNC        Callaway Industrial Services, Inc.
c/o Becket and Lee LLP                          434 FAYETTEVILLE STREET                 P. O. Box 3128
PO Box 3001                                     SUITE 640                               Mooresville, NC 28117-3128
Malvern, PA 19355-0701                          RALEIGH NC 27601-1888


Cherry Bekaert, LLP                      DayCo Manufacturing, Inc.              Johnston County Tax Collector
2626 Glenwood Avenue, Suite 200          6116 US 70 Highway West                c/o David F. Mills
Raleigh, NC 27608-1367                   Clayton, NC 27520                      1559-B Booker Dairy Road
                                                                                Smithfield, NC 27577-9442


Poyner & Spruill LLP                     Receivership Management, Inc.          Recovery Management Systems Corporation
P.O. Box 1801                            1101 Kermit Drive                      25 SE 2nd Avenue, Suite 1120
Raleigh, NC 27602-1801                   Suite 735                              Miami, FL 33131-1605
                                         Nashville, TN 37217-5100


Selma Precision Technologies, NC, LLC    Sona BLW Precision Forge, Inc.         U.S. Bank National Association, d/b/a U.S. B
c/o Hendren, Redwine & Malone, PLLC      500 Oak Tree Drive                     1310 Madrid St
4600 Marriott Drive, Suite 150           Selma, NC 27576-3544                   Marshall, MN 56258-4099
Raleigh, NC 27612-3367


U. S. Bankruptcy Court                   1023B West Market Street, PO Box 708   438 Parrish Memorial Rd.
300 Fayetteville Street, 4th Floor       Gordon C. Woodruff                     109 Kirkwall Lane
P. O. Box 791                            1023B West Market Street               Selma, NC 27576-9514
Raleigh, NC 27602-0791                   Smithfield, NC 27577-3334


AAA Scale Company, Inc.                  AFC-Holcroft                           AJAX Tocco Magnethermic
Attn: Officer/Managing Agent             Attn: Officer/Managing Agent           Attn: Officer/Managing Agent
P.O. Box 7056                            49630 Pontiac Trail                    1745 Overland Ave.
Wilson, NC 27895-7056                    Wixom, MI 48393-2009                   Warren, OH 44483-2860


ARAMARK Uniform & Career Apparel, LLC    AT&T Mobility                          ATO AG
877 W. Main St., Suite 1000              Attn: Officer/Managing Agent           Attn: Managing Agent
Boise, ID 83702-5884                     P.O. Box 5014                          ViaPenate, 4-6850  Mendrisio
                                         Carol Stream, IL 60197-5014            SWITZERLAND


Accent Imaging, Inc.                     AccuSource, Inc.                       Advanced Calibration Label, LLC
Attn: Officer/Managing Agent             Attn: Officer/Managing Agent           Attn: Officer/Managing Agent
8121 Brownleigh Dr.                      1240 E. Ontario Avenue                 2035 Contractors Road, Ste 7
Raleigh, NC 27617-7408                   Corona, CA 92881-8671                  Sedona, AZ 86336-4552


Air Liquide Industrial US                Airgas National Welders                Airgas USA LLC
Attn: Officer/Managing Agent             Attn: Officer/Managing Agent           2015 Vaughn Rd, Bldg 400
180 W. Germantown Pike                   P.O. Box 601985                        Kennesaw, GA 30144-7802
Norristown, PA 19401-1378                Charlotte, NC 28260-1985
```

Allred Mechanical Services, Inc.
Attn: Officer/Managing Agent
P.O. Box 7663
Rocky Mount, NC 27804-0663

Amazon.com
Attn: Officer/Managing Agent
P.O. Box 965055
Orlando, FL 32896-5055

American Broach and Machine Co.
Attn: Officer/Managing Agent
575 South Mansfield St.
Ypsilanti, MI 48197-5157

American Express
Attn: Managing Agent
P.O. Box 650448
Dallas, TX 75265-0448

Amerigas Propane LP
Attn: Officer/Managing Agent
P.O. Box 371473
Pittsburgh, PA 15250-7473

Apex Industrial Group
Attn: Officer/Managing Agent
6509 Hilburn Dr., Suite 100
Raleigh, NC 27613-1948

Aramark/AUS Central Lockbox
Attn: Officer/Managing Agent
P.O. Box 731676
Dallas, TX 75373-1676

Atmosphere Engineering Company
Attn: Officer/Managing Agent
419 W. Boden Street
Milwaukee, WI 53207-6275

Augustin Partners, LLC
Attn: Officer/Managing Agent
300 East 42nd St., 17th Floor
New York, NY 10017-5922

B.V. Tech
Attn: Officer/Managing Agent
Bliesstrabe 31 Gersheim 5
GERMANY

BlackHawk Industrial
Attn: Officer/Managing Agent
P.O. Box 8599
Saint Louis, MO 63126-0599

Bolt Express
Attn: Officer/Managing Agent
75 Remittance Dr., Ste 1231
Chicago, IL 60675-1231

Braj Aggarwal, CPA, P.C.
Attn: Officer/Managing Agent
37-05 74th Street, 3rd Floor
Jackson Heights, NY 11372-6337

Brandon Jones
P. O. Box 3010
Mooresville, NC 28117-3010

CDW Computer Centers, Inc.
Attn: Officer/Managing Agent
P.O. Box 75723
Chicago, IL 60675-5723

CEFI, S.R.L.
Attn: Officer/Managing Agent
Viale America 4 Castelmonte 10081
ITALY

CEVA INTERNATIONAL INC
15355 VICKERY DRIVE
ATTN: CREDIT / COLLECTION FINANCE
Houston, TX 77032-2529

CEVA LOGISTICS
ATTN: KATHERINE MOORE-DEVOE
15350 VICKERY DRIVE
HOUSTON, TX 77032-2530

Callaway Industrial Services, Inc.
Attn: Officer/Managing Agent
P.O. Box 3128
Mooresville, NC 28117-3128

Carolina Ice Company
Attn: Officer/Managing Agent
2466 Old Poole Rd.
Kinston, NC 28504-9234

Carr Lane Roemheld Mfg. Co.
Attn: Officer/Managing Agent
927 Horan Drive
Fenton, MO 63026-2401

Ceratizit USA, Inc.
Attn: Officer/Managing Agent
P.O. Box 13235
Newark, NJ 07101-3235

Charles Xavier Bynum
7904 McGuire Dr.
Raleigh, NC 27616-5652

Cherry Bekaert & Holland, LLP
Attn: Officer/Managing Agent
P.O. Box 25549
Richmond, VA 23260-5500

Chris Ensign
1530 Evans Road
Princeton, NC 27569-9201

Cigna Health and Life Ins. Co.
Compliance Specialist
Marylou Kilian Rice
900 Cottage Grove Rd., B6LPA
Hartford CT 06152-0001

Cleveland Deburring Machine Company
Attn: Officer/Managing Agent
3370 West 140th Street
Cleveland, OH 44111-2433

Conveying Solutions
Attn: Officer/Managing Agent
P.O. Box 1866
Charleston, WV 25327-1866

Cooley Wire Products Mfg., Co.
Attn: Officer/Managing Agent
5025 North River Road
Schiller Park, IL 60176-1086

Corporate Cost Solutions Inc.
73 Deer Park Ave.
Babylon NY 11702-2833

Covisint
Attn: Officer/Managing Agent
P.O. Box 674600
Detroit, MI 48267-4600

Crotts & Saunders, LLC
Attn: Officer/Managing Agent
2709 Boulder Park Court
Winston Salem, NC 27101-4776

Crystal Springs
Attn: Officer/Managing Agent
P.O. Box 660579
Dallas, TX 75266-0579

Custom Coating, Inc.
Attn: Officer/Managing Agent
1937 Jacob Street
Auburn, IN 46706-3516

DSV Air & Sea, Inc.
Attn: Officer/Managing Agent
P.O. Box 200876
Pittsburgh, PA 15251-0876

Dana Light Axle Products, LLC
3939 Technology Drive
Maumee, OH 43537-9194

Dannie Askew
2714 Stallings Road
Macclesfield, NC 27852-9532

Dannie W. Askew
P.O. Box 607
Macclesfield, NC 27852-0607

Daryl Hopkins dba Fast Track Expedi
Attn: Officer/Managing Agent
6054 S. NC Hwy 231
Middlesex, NC 27557

Dayco Manufacturing
Attn: Officer/Managing Agent
6116 US 70 Hwy. W.
Clayton, NC 27520

De Lage Landen Financial Services, Inc.
dba Systel Business Equipment
Att: L Levin
1111 Old Eagle School Road
Wayne, PA 19087-1453

Delia Valdiviezo
3395 NC Hwy 210
Smithfiled, NC 27577-7940

Demetrus Lancaster
110 Will Dr.
Smithfield, NC 27577-7226

Dieffenbacher North America
Attn: Officer/Managing Agent
9495 Twin Oaks Drive Windsor Ontari
CANADA

Dillon Supply Co., Inc.
Attn: Officer/Managing Agent
P.O. Box 602541
Charlotte, NC 28260-2541

Direct Energy Business
Attn: Officer/Managing Agent
P.O. Box 32179
New York, NY 10087-2179

Direct Energy Business Marketing, LLC
C/o
Joseph Bain
Edison, McDowell & Hetherington LLP
1001 Fannin, Suite 2700
Houston, TX 77002-6736

Duke Energy
Attn: Officer/Managing Agent
P.O. Box 1003
Charlotte, NC 28201-1003

EDWARDS, INC.
4119 SHEEP PASTURE RD.
SPRING HOPE, NC 27882-8709

Edwards Inc.
Attn: Officer/Managing Agent
4119 Sheep Pasture Road
Spring Hope, NC 27882-8709

Electric Equipment Co.
Attn: Officer/Managing Agent
P.O. Box 37339
Raleigh, NC 27627-7339

Elind SPA, Attn: Officer/Agent
Viale Delle Industrie 17
10078 Venaria Reale TO
ITALY

Escape Proof, Inc.
Attn: Officer/Managing Agent
1496 Durham St. Oakville Ontario
CANADA

Executive Personnel Group, LLC
Attn: Officer/Managing Agent
1604 Carolina Ave., Suite 100
Washington, NC 27889-3364

Fastenal
Attn: Officer/Managing Agent
P.O. Box 978
Winona, MN 55987-0978

Fastenal Company
2001 Theurer Blvd.
Winona MN 55987-9902

FedEx Corporate Services Inc as Assignee
of FedEx Express/Ground/Freight/Office
3965 Airways Blvd, Module G, 3rd Floor
Memphis, Tennessee 38116-5017

Federal Express Corporation
Attn: Officer/Managing Agent
P.O. Box 371461
Pittsburgh, PA 15250-7461

Federal Express Freight East
Attn: Officer/Managing Agent
P.O. Box 223125
Pittsburgh, PA 15251-2125

Felicity Barber
217 Charlevoix St.
Clawson, MI 48017-2033

| | | |
|---|---|---|
| Focus Management Group<br>Attn: Officer/Managing Agent<br>5001 West Lemon St<br>Tampa, FL 33609-1103 | Ford Credit<br>Attn: Officer/Managing Agent<br>P.O. Box 552679<br>Detroit, MI 48255-2679 | Forging Industry Association<br>Attn: Officer/Managing Agent<br>1111 Superior Ave., Suite 615<br>Cleveland, OH 44114-2568 |
| Fraisa USA<br>Attn: Officer/Managing Agent<br>1111 Superior Ave., Ste 615<br>Cleveland, OH 44114-2568 | Fuchs Lubricants Co.<br>Attn: Officer/Managing Agent<br>17050 Lathrop Avenue<br>Harvey, IL 60426-6035 | Fuji Machine America Corporation<br>171 Corporate Woods Parkway<br>Vernon Hills, IL 60061-4100 |
| Fujifilm North America Corporation<br>Attn: Officer/Managing Agent<br>Dept. CH19009<br>Palatine, IL 60055-9009 | G&W Equipment<br>Attn: Officer/Managing Agent<br>600 Lawton Road<br>Charlotte, NC 28216-3437 | GKI, Inc.<br>Attn: Officer/Managing Agent<br>1639 N Alpine Rd Ste 401<br>Rockford IL  61107-1481 |
| Garfinkel Immigaration Law Firm<br>Attn: Officer/Managing Agent<br>6100 Fairview Rd., Suite 200<br>Charlotte, NC 28210-4257 | General Machine & Saw Co.<br>Attn: Officer/Managing Agent<br>740 West Center Street<br>Marion, OH 43302-3550 | General Machine & Saw Company, Inc.<br>740 West Center Street<br>Marion, OH 43302-3550 |
| Gerdau Macsteel, Inc.<br>Jessica Pierre<br>4221 West Boy Scout Blvd.<br>Tampa, FL 33607-5743 | GerdauSpecial Steel<br>Attn: Officer/Managing Agent<br>P.O. Box 67000<br>Detroit, MI 48267-0799 | Gerhard Schicktanz<br>811 West Noble Street<br>Selma, NC 27576-2432 |
| Gerlieva Spruhtechnik<br>Attn: Officer/Managing Agent<br>Tiergarten Str. 8, 79423 Heitershei<br>GERMANY | Global EDM<br>Attn: Officer/Managing Agent<br>P.O. Box 713680<br>Cincinnati, OH 45271-3680 | Global Premium Finance Company<br>Attn: Officer/Managing Agent<br>One South Jefferson Street<br>Roanoke, VA 24011-1303 |
| Graphel Corporation, Inc.<br>Attn: Officer/Managing Agent<br>P.O. Box 369<br>West Chester, OH 45071-0369 | Great American Insurance Group<br>Attn: Officer/Managing Agent<br>3561 Solutions Center<br>Chicago, IL 60677-3005 | Greg Jones<br>c/o Tara Muller<br>4801 Glenwood Avenue<br>Suite 200<br>Raleigh, NC 27612-3857 |
| HYG Financial Services<br>1010 Thomas Edison Blvd SW<br>Cedar Rapids, IA 52404-8247 | HYG Financial Services, Inc.<br>Attn: Officer/Managing Agent<br>P.O. Box 643749<br>Pittsburgh, PA 15264-3749 | Hagemeyer North America, Inc.<br>Attn: Officer/Managing Agent<br>P.O. Box 404753<br>Atlanta, GA 30384-4753 |
| Hampton Inn<br>Attn: Officer/Managing Agent<br>1695 Outlet Center Dr.<br>Selma, NC 27576-3452 | Hardee's Lawn Precision Cut, Inc.<br>Attn: Officer/Managing Agent<br>2699 Government Rd.<br>Clayton, NC 27520-8434 | Harriet Tischer<br>563 Jacob Way, Apt 206<br>Rochester, MI 48307-2295 |
| Hartzog Granite Co.<br>120 Marvin Place<br>Lynchburg, VA 24503-3720 | Hartzog Granite Company<br>Attn: Officer/Managing Agent<br>120 marvin Place Road<br>Lynchburg, VA 24503-3720 | Health Equity<br>Attn: Officer/Managing Agent<br>15 W. Scenic Pointe Dr., Ste 400<br>Draper, UT 84020-6120 |

Heat Treating Services LTD., Inc.
Attn:  Officer/Managing Agent
P.O. Box 1889
Simpsonville, SC 29681-1889

Heatbath Corporation
Attn:  Officer/Managing Agent
P.O. box 51048
Indian Orchard, MA 01151-5048

Heberge E. Durogene
223 Crooked BRanch Drive
Selma, NC 27576-5715

Hitachi Metals America, LLC
2 Manhattanville Road Suite 301
Purchase, NY 10577-2103

Hitachi Metals America, LLC
Attn:  Officer/Managing Agent
85 West Algonquin Rd. Ste 400
Arlington Heights, IL 60005-4429

Holland (HMES)
Attn:  Officer/Managing Agent
27052 Network Place
Chicago, IL 60673-1270

Hosted America
410 South Salisbury Street
Suite 112
Raleigh, NC 27601-1780

IBI Group of North Carolina P.C.
c/o IBI Group Inc.
55 St Clair Ave West, Suite 700
Toronto, ON  M4V 2Y7
Attn:  Catherine MacInnis

IBI Group of North Carolina, PC
Attn:  Officer/Managing Agent
801 Corporate Center Dr.
Raleigh, NC 27607-5486

IC-Fluid Power Inc.
8079 Wales Road
Northwood, OH 43619-1033

IC-Fluid Power, Inc.
Attn:  Officer/Managing Agent
8079 Wales Road
Northwood, OH 43619-1033

ICICI Bank Limited
Attn: Officer/Manager
500 Fifth Avenue, Floor 28
New York, NY 10110-2899

IONIC TECHNOLOGIES, INC.
207 FAIRFOREST WAY
GREENVILLE, SC 29607-4610

Industrial Automated Systems
Attn:  Officer/Managing Agent
4189 Dixie Inn Road
Wilson, NC 27893-9000

Ingersoll-Rand Co.
Attn:  Officer/Managing Agent
15768 Collections Center Dr.
Chicago, IL 60693-0157

Inline Fluidpower
Attn:  Officer/Managing Agent
P.O. Box 179
Smithfield, NC 27577-0179

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Ionic Technologs
Attn:  Officer/Managing Agent
207 Fairforest Way
Greenville, SC 29607-4610

Isaac Jerome Stewart
103 Plaza Dr.
Garner, NC 27529-2725

J&S Fluid Power, LLC
Attn:  Officer/Managing Agent
P.O. Box 8311
Rocky Mount, NC 27804-1311

J.G. Weisser Sohne
Werkzuegmaschinenfabrik
1531 Georgen
GERMANY

J.J. Keller & Associates, Inc.
Attn:  Officer/Managing Agent
P.O. Box 548
Neenah, WI 54957-0548

Javontae David
301 S. Pine St
Princeton NC  27569-7083

Jennifer Pierce
6273 Howard Loop
Stantonsburg, NC 27883-9240

Jill C. Walters
Poyner Spruill LLP
P. O. Box 1801
Raleigh, NC 27602-1801
via cm/ecf

Joel Guzman
515 E. Woodall St.
Smithfield, NC 27577-4562

John Cutler
105 Prancer Circle
Selma, NC 27576-3688

Johnston Community College
Attn:  Officer/Managing Agent
P.O. Box 2350
Smithfield, NC 27577-2350

Johnston County Tax Collector
P.O. Box 451
Smithfield, NC 27577-0451

Justin Revels
212 Millbrook Village Dr.
Goldsboro, NC 27530-7768

K&J Enterprises
Attn: Officer/Managing Agent
1400 East Geer St.
Durham, NC 27704-5000

Kasto-Racine Inc.
Attn: Officer/Managing Agent
P.O. Box 14310
Pittsburgh, PA 15239-0310

Keith Curie
292 Buck Dunn Rd.
Four Oaks, NC 27524-8069

Kone Cranes
Attn: Officer/Managing Agent
4401 Gateway Blvd.
Springfield, OH 45502-9339

Laboratory Corporation of America
Attn: Officer/Managing Agent
P.O. Box 12140
Burlington, NC 27216-2140

Lamont Pettiway
725 Oak Grove Inn Rd.
Selma, NC 27576-5949

Landstar Express America
Landstar- Attn: Dawn Bowers
13410 Sutton Park Drive South
Jacksonville, FL 32224-5270

Landstar Express America, Inc.
Attn: Officer/Managing Agent
16881 Collection Center Drive
Chicago, IL 60693-0001

Landstar Ranger
Landstar- Attn: Dawn Bowers
13410 Sutton Park Drive South
Jacksonville, FL 32224-5270

Landstar Ranger, Inc.
Attn: Officer/Managing Agent
P.O. Box 784293
Philadelphia, PA 19178-4293

Lansing Forge Inc.
Attn: Officer/Managing Agent
5232 Aurelius Rd.
Lansing, MI 48911-4114

Latrobe Specialty Steel Co.
Attn: Officer/Managing Agent
P.O. Box 644186
Pittsburgh, PA 15264-4186

Livingston & Haven
Attn: Officer/Managing Agent
P.O. Box 890218
Charlotte, NC 28289-0218

Luther Ingram
545 madison Ave.
Princeton, NC 27569-7276

MSC INDUSTRIAL SUPPLY COMPANY
75 MAXESS ROAD
MELVILLE, NY 11747-3151

MSC Industrial Supply
Attn: Officer/Managing Agent
Dept. Ch 0075
Palatine, IL 60055-0001

Machine Tech, Inc.
Attn: Officer/Managing Agent
7 Crowders Ridge
Clover, SC 29710-8929

Mager Scientific, Inc.
Attn: Officer/Managing Agent
P.O. Box 160
Dexter, MI 48130-0160

Marcia L. Cox
606 S. Smithfield St.
Selma, NC 27576-2903

Mark Lugibill
215 Gator Drive
Goldsboro, NC 27530-9357

Mazak Corporation
Attn: Officer/Managing Agent
P.O. Box 702600
Cincinnati, OH 45270-2600

McMaster Carr upply Company
Attn: Officer/Managing Agent
P.O. Box 7690
Chicago, IL 60680-7690

McMaster-Carr Supply Company
1901 Riverside Parkway
Douglasville, GA 30135-3150

Metro Technologies
Attn: Officer/Managing Agent
410 South Salsibury St., Suite 112
Raleigh, NC 27601-1780

Micael Roy Elzey
1007 West Oak Street
Selma, NC 27576-2043

Michael Spratt
102 Nicolet Lane
Smithfield, NC 27577-9528

Miller Transfer
Attn: Officer/Managing Agent
3833 State Route 183
Rootstown, OH 44272-9799

Mobile Mini
Attn: Officer/Managing Agent
P.O. Box 740773
Cincinnati, OH 45274-0773

Moore's Machine Company of Sanford
Attn: Officer/Managing Agent
310 McNeill Road
Sanford, NC 27330-6523

Moore's Machine Company of Sanford Inc.
310 McNeill Rd.
Sanford NC 27330-6523

Morrisette Paper Co.
Attn:  Officer/Managing Agent
P.O. Box 890982
Charlotte, NC 28289-0982

Morrisette Paper Company, Inc.
Paula Dockery
5925 Summit Aveune
Greensboro, NC 27214-9704

Motion Industries Inc.
Attn:  Officer/Managing Agent
P.O. Box 404130
Atlanta, GA 30384-4130

Motion Industries, Inc.
PO Box 1477
Birmingham, AL 35201-1477

Muish Sapra
Selma, NC 27576

NC Department of Revenue
Attn:  Bankruptcy Unit
P.O. Box 1168
Raleigh, NC 27602-1168

NMHG Financial Srvs c/o CT Lien Sol
Attn:  Officer/Managing Agent
P.O. Box 29071
Glendale, CA 91209-9071

National Assoc of Chiefs of Police
Attn:  Officer/Managing Agent
P.O. Box 82188
Phoenix, AZ 85071-2188

Newage Testing Instruments
Attn:  Officer/Managing Agent
P.O. Box 601466
Charlotte, NC 28260-1466

Newport Group, Inc.
Attn:  Officer/Managing Agent
1350 Treat Blvd, Suite 300
Walnut Creek, CA 94597-7959

North American Steel Co.
Attn:  Officer/Managing Agent
P.O. Box 28126
Cleveland, OH 44128-0126

Oasis Alignment Services, LLC
255 Pickering Road
Rochester NH 03867-4601

Oasis Alignment Services, LLC
Attn:  Officer/Managing Agent
225 Pckering Road
Rochester, NH 03867

Ogletree Deakins Nash
Attn:  Officer/Managing Agent
300 N Main Street
Greenville, SC 29601-2195

PCS Company
34500 Doreka Drive
Fraser, MI 48026-1661

PIEDMONT NATURAL GAS
4339 S TRYON ST.
ATTN; BANKRUPTCY
CHARLOTTE, NC 28217-1733

PNC Bank, N.A. - Bankruptcy Dept.
Attn:  Officer/Managing Agent
P.O. Box 5570
Cleveland, OH 44101-0570

PNC Bank, N.A. - Commercial Loan SC
Attn:  Officer/Managing Agent
500 First Avenue
Pittsburgh, PA 15219-3128

PNC Bank, National Association
Blank Rome LLP Att: Regina Stango Kelbon
1201 N. Market Street, Suite 800
Wilmington, DE 19801-1807

PQ Systems
Attn:  Officer/Managing Agent
P.O. Box 750010
Dayton, OH 45475-0010

Pangborn Corp
Attn:  Officer/Managing Agent
P.O. Box 936006
Atlanta, GA 31193-6006

Parson's Woodworking
Attn:  Officer/Managing Agent
P.O. Box 829
Rocky Mount, NC 27802-0829

Patrick Herder
1001 Stonehedge Dr
Bryan OH  43506-9050

Piedmont Natural Gas
Attn: Officer/Managing Agent
P.O. Box 660920
Dallas, TX 75266-0920

Pitney Bowes
Attn:  Officer/Managing Agent
P.O. Box 371887
Pittsburgh, PA 15250-7874

Pitney Bowes Inc
27 Waterview Dr, 3rd Fl
Shelton CT 06484-4361

Press, Inc.
Attn:  Officer/Managing Agent
5330 Manchester Avenue
Morristown, TN 37813-1146

Professional Fire Extinguisher, Inc
Attn:  Officer/Managing Agent
P.O. Box 1115
Clayton, NC 27528-1115

Quill Corporation
Attn: Managing Agent
P.O. Box 37600
Philadelphia, PA 19101-0600

Radar Staffing
Attn:  Officer/Managing Agent
2216 Turtle Point Dr.
Raleigh, NC 27604-6400

RayTech Machine Tools
Attn:  Officer/Managing Agent
4915 Waters Edge Dr., Ste 265
Raleigh, NC 27606-2460

Recovery Management Systems Corporation
25 S.E. 2nd Avenue, Suite 1120
Miami, FL 33131-1605

Red Star Oil Co., Inc.
Attn:  Officer/Managing Agent
802 Purser Drive
Raleigh, NC 27603-4151


Rochester Midland Corp
Attn:  Officer/Managing Agent
P.O. Box 64462
Rochester, NY 14624-6862

Rockford Systems, Inc.
Attn:  Officer/Managing Agent
802 Purser Drive
Raleigh, NC 27603-4151

Rocky Mount Electric Motor, LLC
Attn:  Officer/Managing Agent
P.O. Box 1063
Rocky Mount, NC 27802-1063


Rodeco Company, Inc.
Attn:  Officer/Managing Agent
5811 Elwin Buchanan Dr.
Sanford, NC 27330-9541

SMS Meer Service, Inc.
Attn:  Officer/Managing Agent
210 West Kensinger Dr.
Cranberry Twp, PA 16066-3435

SONA AutoComp Germany
Klusring 22
49152 Bad Essen GERMANY


SONA AutoComp Germany Attn: Officer
Papenberger Strabe 37
42859 Remscheid
GERMANY

SOUTHEAST INDUSTRIAL EQUIPMENT INC
12200 STEELE CREEK ROAD
CHARLOTTE, NC 28273-3736

SPC Mechanical Corporation
Attn:  Officer/Managing Agent
P.O. Box 3006
Wilson, NC 27895-3006


Sachin Maggo
201 October Glory Lane
Apex, NC 27539-9004

Sachin Maggo
Selma, NC 27576

Safety Kleen Corp.
Attn:  Officer/Managing Agent
125 Sommerville Park Road
Pittsburgh, PA 15250-0001


Safety-Kleen/Clean Harbors
42 Longwater Dr-Cred Dept.
Norwell MA 02061-1612

Sam Analytic Solutions LLC
Attn:  Officer/Managing Agent
9720 Dayton Court
Raleigh, NC 27617-8753

Selas Heat Technology Company, LLC
Attn:  Officer/Managing Agent
11012 Aurora-Hudson Road
Streetsboro, OH 44241-1629


Servo Motors and Drives
Attn:  Officer/Managing Agent
P.O. Box 20923
Milwaukee, WI 53220-0923

Shamrock Environmental Corporation
Attn:  Officer/Managing Agent
6106 Corporate Park dr.
Browns Summit, NC 27214-9700

Shawn Diefenderfer
114 North Kornegay Ave.
Pine Level, NC  27568


Sheila Schwager
877 W. Main St., Suite 1000
Boise, ID 83702-5884

Shred-It Raleigh
Attn:  Officer/Managing Agent
1251 Intrepid Ct.
Raleigh, NC 27610-5633

Sona AutoComp US
Attn:  Officer/Managing Agent
500 Oak Tree Drive
Selma, NC 27576-3544


Sona BLW Prazisionsschmiede
Attn:  Officer/Managing Agent
Paperberger strasse 37 Remscheid
42809    GERMANY

Sona BLW Prazisionsschmiede GmbH
Attn:  Officer/Managing Agent
Frankfurter Ring 227 Munchen 80807
GERMANY

Sona BLW Precision Forge, Inc.
PO Box 143
Auburn, IN 46706-0143


Sona BLW Precision Forgings Ltd
Attn:  Officer/Managing Agent
Begumpur Khotola Gurgaon AL 122001
INDIA

Source Scan Agency Pvt Ltd
Attn:  Officer/Managing Agent
638 Pace City II, Sector 37 II
Gurgaon Haryana  INDIA

Southeast Industrial Equipment
Attn:  Officer/Managing Agent
P.O. Box 63230
Charlotte, NC 28263-3230

```
Southeast Toyota Finance              Southeastern Freight                 Southeastern Freight Lines Inc.
Attn:  Officer/Managing Agent         Attn:  Officer/Managing Agent        PO Box 1691
P.O. Box 70831                        P.O. Box 100104                      Columbia, SC 29202-1691
Charlotte, NC 28272-0831              Columbia, SC 29202-3104


Southern AG Carriers, Inc.            Southern Substation                  State of Michigan, Unemployment Insurance Ag
Attn:  Officer/Managing Agent         Attn:  Officer/Managing Agent        3024 W. Grand Blvd, Ste.12-650
P.O. Box 50335                        4522 Appleton Ave                    Detroit, MI 48202-6024
Albany, GA 31703-0335                 Jacksonville, FL 32210-2032


Stephen Vogt                          Stephen Vogt                         SunTrust Bank
2508 Kimbolton Dr.                    2604 Kinnersley Ct                   Attn: Support Services
College Station, TX 77845-1204        College Station TX  77845-1237       PO Box 85092
                                                                           Richmond, VA 23285-5092


SunTrust Equipment Finance & Leasing Co   Sunbelt Rentals                  Sunbelt Rentals, Inc.
c/o William E. Burton III             1275 W Mound St                      Attn:  Officer/Managing Agent
Smith Moore Leatherwood LLP           Columbus, OH 43223-2213              3116 Capital Blvd.
Greensboro, NC 27420                                                       Raleigh, NC 27604-3336


Suntrust Bank                         Suntrust Equipment Finance & Lease   Super Systems Inc.
Attn:  Officer/Managing Agent         Attn:  Officer/Managing Agent        7205 Edington Dr.
P.O. Box 791250                       P.O. Box 85024                       Cincinnati, OH 45249-1064
Baltimore, MD 21279-1250              Richmond, VA 23285-5024


Super Systems, Inc.                   Synchrony Bank                       Systel Business Equipment
Attn:  Officer/Managing Agent         c/o PRA Receivables Management, LLC  Attn:  Officer/Managing Agent
7205 Edington Dr.                     PO Box 41021                         P.O. Box 41602
Cincinnati, OH 45249-1064             Norfolk VA 23541-1021                Philadelphia, PA 19101-1602


T & W Welding and Machine Co., Inc.   T&W Welding and Machine Co.          TCF Equipment Finance, a division of TCF Nat
1896 Mallard Road                     Attn:  Officer/Managing Agent        c/o James S. Livermon, III
Smithfield, NC 27577-7139             1896 Mallard Road                    Poyner Spruill, LLP
                                      Smithfield, NC 27577-7139            P.O. Box 353
                                                                           Rocky Mount, NC 27802-0353


TFC Equipment Fin. c/o Corp Svc Co    Taylor Enterprises, Inc.             Tennant
Attn:  Officer/Managing Agent         Attn:  Officer/Managing Agent        Attn:  Officer/Managing Agent
801 Adlai Stevenson Dr.               2586 Southport road                  P.O. Box 71414
Springfield, IL 62703-4261            Spartanburg, SC 29302-2982           Chicago, IL 60694-1414


The PIC Group                         The Roberts Company Field Services, Inc.   The Roberts Company Field Svcs.
Attn: Officer/Managing Agent          133 Forlines Road                    Attn:  Officer/Managing Agent
36510 Treasury Center                 Winterville, NC 28590-8508           133 Forliness Road
Chicago, IL 60694-6500                                                     Winterville, NC 28590-8508


Thermal Metal Treating, Inc.          TimkenSteel Corporation              TimkenSteel Corporation
Attn:  Officer/Managing Agent         1835 Dueber Ave., SW                 Attn:  Officer/Managing Agent
P.O. Box 367                          Canton OH 44706-2798                 28777 Network Place
Aberdeen, NC 28315-0367                                                    Chicago, IL 60673-1287
```

| | | |
|---|---|---|
| Todd Downie<br>13663 Providence Road, Ste 281,<br>Matthews, NC 28104-9373 | Total Quality Logistics<br>Attn:  Officer/Managing Agent<br>P.O. Box 634558<br>Cincinnati, OH 45263-4558 | Total Quality Logistics, LLC<br>Attn: Joseph B. Wells<br>Assistant Corporate Counsel<br>4289 Ivy Pointe Blvd.<br>Cincinnati, OH 45245-0002 |
| Town of Selma<br>Attn:  Officer/Managing Agent<br>100 North Raiford Street<br>Selma, NC 27576-2833 | Town of Selma, NC<br>114 N Raiford St<br>Selma, NC 27576-2833 | Toyota Motor Credit<br>Attn:  Officer/Managing Agent<br>PO Box 9050<br> Coppell TX  75019-9050 |
| U.S. Bank, N.A. dba U.S. Bank Equipment Fina<br>1310 Madrid Street<br>Marshall, MN 56258-4001 | U.S. Department of Labor, EBSA<br>61 Forsyth Street SW<br>Suite 7B54<br>Atlanta, GA 30303-8943 | UNITED MACHINE WORKS INC<br>PO BOX 147<br>STOKES, NC 27884-0147 |
| UPS<br>Attn:  Officer/Managing Agent<br>P.O. Box 7247-0244<br>Philadelphia, PA 19170-0001 | US Bancorp Equipment Finance<br>Attn: Officer/Managing Agent<br>PO Box 230789<br>Portland, OR 97281-0789 | US Security Associates<br>Attn:  Officer/Managing Agent<br>P.O. Box 931703<br>Atlanta, GA 31193-1703 |
| Uline Shipping Supplies<br>12575 Uline Drive<br>Pleasant Prairie, WI 53158-3686 | Uline Shipping Supplies<br>Attn:  Officer/Managing Agent<br>P.O. Box 88741<br>Chicago, IL 60680-1741 | United Machine Works<br>Attn:  Officer/Managing Agent<br>P.O. Box 147<br>Stokes, NC 27884-0147 |
| United Technology Trade Corp., d.b.a MEGA DE<br>924 Pond Road<br>Hinesburg, VT 05461-9183 | Vardhman Special Steels LTD.<br>C-58 Focal Point<br>Chandigarh Road<br>Ludhiana 141 010<br>Punjab India | Vardhman Special Steels, Ltd<br>Attn:  Officer/Managing Agent<br>C-58 Focal Point Ludhiana Punjab AL<br>INDIA |
| Vickie Fowler<br>109 Kirkwall Lane<br>Selma, NC 27576-9514 | WD Service Company<br>Attn:  Officer/Managing Agent<br>P.O. Box 147<br>Bellmawr, NJ 08099-0147 | WESCO Distribution<br>185 Thorn Hill Road<br>Warrendale, PA 15086-7544 |
| Waste Management<br>2625 W Grandview Rd Ste 150<br>Phoenix, AZ 85023-3109 | Waste Management<br>Attn:  Officer/Managing Agent<br>P.O. Box 105453<br>Atlanta, GA 30348-5453 | Wesco CCA<br>Attn:  Officer/Managing Agent<br>P.O. Box 642728<br>Pittsburgh, PA 15264-2728 |
| William E. Burton III<br>Smith Moore Leatherwood LLP<br>Post Office Box 21927<br>Greensboro, NC 27420-1927 | William R. Sparrow<br>Bugg & Wolf, P.A.<br>P.O. Box 2917<br>Durham, NC 27715-2917 | Windstream Communications<br>Attn:  Officer/Managing Agent<br>P.O. Box 9001950<br>Louisville, KY  40290-1950 |
| Yashvir<br>Selma, NC 27576 | Yashvir Nandal<br>4002 Woodfield Lake Road<br>Cary, NC 27518-7146 | Cindy Oliver<br>Morris, Russell, Eagle & Worley, PLLC<br>2235 Gateway Access Point, Suite 201<br>Raleigh, NC 27607-3076 |

Gerald A Jeutter Jr.
PO Box 12585
Raleigh, NC 27605-2585
Via CM/ECF

Hugh W. Davis II
Poyner Spruill LLP
P.O. Box 1801
Raleigh, NC 27602-1801

Jeanne Bryant
1101 Kermit Drive
Suite 735
Nashville, TN 37217-5100

Marjorie Lynch
434 Fayetteville St. Mall, Ste. 620
Raleigh, NC 27601-1888

Mike Gurkins
Country Boy's Auction & Realty Co.
1211 West Fifth Street
Washington, NC 27889-4211

Richard Dewitte Sparkman
Richard D. Sparkman, P.A.
PO Box 1687
Angier, NC 27501-1687

Todd Downie
500 Oak Tree Drive
Selma, NC 27576-3544

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Bankruptcy Administrator
434 Fayetteville Street, Ste. 640
Raleigh, NC 27601

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Dana Incorporated

(u)Direct Energy Business Marketing, LLC

(u)Executive Personnel Group, LLC

(u)Ford Motor Credit Company LLC

(u)Linamar Corporation

(u)Morris, Russell, Eagle & Worley, PLLC

(u)Nissan Motor Acceptance Corporation

(u)Orbital ATK Missile Products

(u)PNC Bank, National Association

(u)SONA AutoComp USA, LLC

(u)SONA BLW Prazisionsschmiede GmbH (SONA Ger

(u)SunTrust Equipment Finance & Leasing Corp.