**SO ORDERED.**

**SIGNED this 13 day of July, 2018.**

_____
**David M. Warren**
**United States Bankruptcy Judge**

_____

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

| IN RE: | CASE NO: |
|---|---|
| SONA BLW PRECISION FORGE, INC. | 16-04336-5-DMW |
| DEBTOR | CHAPTER 7 |

### ORDER ALLOWING TRUSTEE'S MOTION FOR APPROVAL OF COMPROMISE WITH TCF EQUIPMENT FINANCE, A DIVISION OF TCF NATIONAL BANK

THIS MATTER came on to be heard upon the Trustee's Motion for Approval of Compromise (the "Motion") with TCF Equipment Finance, a division of TCF National Bank, filed on behalf of Richard D. Sparkman ("Trustee"), Chapter 7 Trustee in the above-captioned case. The terms of the compromise are set out in the Motion.

After notice and an opportunity for hearing has been given to the proper parties, and after consideration of the pleadings and evidence, the Court finds that it is in the best interest of the estate to allow and approve the compromise on the terms set forth in the Motion, based on the facts, the strengths and weaknesses of the parties' positions, the equities involved, the information and evidence available to the Trustee to pursue the claims through trial and collect on them, and the costs of negotiation and litigation.

WHEREFORE, IT IS ORDERED, ADJUDGED, AND DECREED that the Trustee is authorized to compromise as set out in the Motion and such compromise is approved. To the extent that the effectiveness of the compromise is contingent on or subject to approval by this Court, this Court grants any approvals necessary to fulfill such conditions or contingencies such that the compromise is in full force and effect and is binding on the parties thereto.

END OF DOCUMENT